# EXHIBIT A

Exhibit A to Complaint

| **(1-1) JC Aurum Vital**<br>Hendershott Decl., Ex. 4 | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(2-1) SGJIK**<br>https://www.amazon.com/gp/product/B0F1XJ53T9/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(2-2) SGJIK**<br>https://www.amazon.com/SGJIK-Wristband-Activity-Monitoring-Waterproof/dp/B0F1XJ7TZW/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(3-1) Harry Williams ("Timexpose")**<br>https://www.amazon.com/dp/B0F3D4ZGSH?th=1 | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(4-1) EGQINR**<br>https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0F2TCB88Y/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(4-2) EGQINR**<br>https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FHW2ZMSM/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(4-3) EGQINR**<br>https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FC2TF8K4/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(4-4) EGQINR**<br>https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FH63RZ4T/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(5-1) Munnrei**<br>https://www.amazon.com/Wristband-Wearable-Activity-Measuring-Waterproof/dp/B0F1D29M55/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the “WHOOP Trade Dress Application”)** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(5-2) Munnrei**<br>https://www.amazon.com/Wristband-Wearable-Activity-Measuring-Waterproof/dp/B0F1D5H6N6/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the “WHOOP Trade Dress Application”)** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| (6-1) CANTENDO<br>https://www.amazon.com/gp/product/B0F9PL6XGL/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| (7-1) SYEEKOM<br>https://www.amazon.com/gp/product/B0DSF5GNKY/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(7-2) SYEEKOM**<br>https://www.amazon.com/dp/B0DSF83J2Z/ref=twister_B0DXDSV4HD | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(7-3) SYEEKOM**<br>https://www.amazon.com/dp/B0F2SS31PQ/ref=twister_B0DXDSV4HD | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| (8-1) afoloery<br>https://www.amazon.com/gp/product/B0FFTTKHXD/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| (9-1) Hannahcos<br>https://www.amazon.com/Wristband-Wearable-Activity-Continuous-Monitoring/dp/B0DS2K2RJZ/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| **(9-2) Hannahcos**<br>https://www.amazon.com/Wristband-Wearable-Activity-Continuous-Monitoring/dp/B0DS2HPZHJ/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(9-3) Hannahcos**<br>https://www.amazon.com/gp/product/B0DS2G3F5Z/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

<table>
<tr><th colspan="3">(10-1) GJMYNSI<br>https://www.amazon.com/gp/product/B0DZVDPPBK/</th></tr>
<tr><th>U.S. Trademark Application No. 99,080,005 (the “WHOOP Trade Dress Application”)</th><th>WHOOP Wearable Embodying the WHOOP Trade Dress</th><th>Exemplary Basis of Infringement</th></tr>
<tr><td>
</td><td></td><td></td></tr>
</table>

<table>
<tr><th colspan="3">(11-1) Leeyalan<br>https://www.amazon.com/gp/product/B0FC5MDKT8/</th></tr>
<tr><th>U.S. Trademark Application No. 99,080,005 (the “WHOOP Trade Dress Application”)</th><th>WHOOP Wearable Embodying the WHOOP Trade Dress</th><th>Exemplary Basis of Infringement</th></tr>
<tr><td>
</td><td></td><td></td></tr>
</table>

| **(12-1) Hadrono**<br>https://www.amazon.com/Hadrono-Wristband-Automatic-Monitoring-Waterproof/dp/B0F1N1GS13/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |  |

| **(13-1) METYYP**<br>https://www.amazon.com/gp/product/B0DX6ZK35Y/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |  |

Exhibit A to Complaint

| **(13-2) METYYP**<br>https://www.amazon.com/Men-Women-Wearable-Health-Tracker/dp/B0DX653ZTF/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |  |

| **(14-1) Booster Review**<br>https://www.amazon.com/gp/product/B0F9GXBSYM/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |   |

Exhibit A to Complaint

| (14-2) Booster Review<br>https://www.amazon.com/gp/product/B0F9F2ZD75/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| (14-3) Booster Review<br>https://www.amazon.com/gp/product/B0F9HJJS42/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

Exhibit A to Complaint

| (14-4) Booster Review<br>https://www.amazon.com/gp/product/B0F9DWLZWF/ | | |
|---|---|---|
| U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application") | WHOOP Wearable Embodying the WHOOP Trade Dress | Exemplary Basis of Infringement |
|  |  |  |

| (14-5) Booster Review<br>https://www.amazon.com/gp/product/B0F9F38GJS/ | | |
|---|---|---|
| U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application") | WHOOP Wearable Embodying the WHOOP Trade Dress | Exemplary Basis of Infringement |
|  |  |  |

| (14-6) Booster Review<br>https://www.amazon.com/gp/product/B0F9HM76S5/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |   |

| (14-7) Booster Review<br>https://www.amazon.com/gp/product/B0F9HCJP5X/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|   |  |   |

Exhibit A to Complaint

| **(15-1) Leafora**<br>https://www.amazon.com/Wristband-Wearable-Activitsy-Continuous-Monitoring/dp/B0DS8C2KVH/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(15-2) Leafora**<br>https://www.amazon.com/gp/product/B0DS2G3F5Z/ | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(15-3) Leafora** https://www.sears.com/leafora-smart-health-wristband-wearable-activity-fitness-tracker-120-sports-modes-all-day-continuous-monitoring-heart-rat/p-A128716586 | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |

| **(15-4) Leafora** https://www.kmart.com/leafora-smart-health-wristband-wearable-activity-fitness-tracker-120-sports-modes-all-day-continuous-monitoring-heart-rat/p-A128716586 | | |
|---|---|---|
| **U.S. Trademark Application No. 99,080,005 (the "WHOOP Trade Dress Application")** | **WHOOP Wearable Embodying the WHOOP Trade Dress** | **Exemplary Basis of Infringement** |
|  |  |  |