# EXHIBIT B

# Exhibit B

| No. | Marketplace Name/Alias | No. | Marketplace Name/Alias |
|---|---|---|---|
| 1 | JC Aurum Vital | 9 | Hannahcos |
| 2 | SGJIK | 10 | GJMYNSI |
| 3 | Harry Williams (“Timexpose”) | 11 | Leeyalan |
| 4 | EGQINR | 12 | Hadrono |
| 5 | Munnrei | 13 | METYYP |
| 6 | CANTENDO | 14 | Booster Review |
| 7 | SYEEKOM | 15 | Leafora |
| 8 | afoloery | | |

Exhibit B to Complaint

# Online Marketplaces

| No. | Online Marketplaces |
|---|---|
| 1-1 | N/A |
| 2-1 | https://www.amazon.com/gp/product/B0F1XJ53T9/ |
| 2-2 | https://www.amazon.com/SGJIK-Wristband-Activity-Monitoring-Waterproof/dp/B0F1XJ7TZW/ |
| 3-1 | https://www.amazon.com/dp/B0F3D4ZGSH?th=1 |
| 4-1 | https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0F2TCB88Y/ |
| 4-2 | https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FHW2ZMSM/ |
| 4-3 | https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FC2TF8K4/ |
| 4-4 | https://www.amazon.com/Bracelet-Wearable-Activity-Continuous-Wristband/dp/B0FH63RZ4T/ |
| 5-1 | https://www.amazon.com/Wristband-Wearable-Activity-Measuring-Waterproof/dp/B0F1D29M55/ |
| 5-2 | https://www.amazon.com/Wristband-Wearable-Activity-Measuring-Waterproof/dp/B0F1D5H6N6/ |
| 6-1 | https://www.amazon.com/gp/product/B0F9PL6XGL/ |
| 7-1 | https://www.amazon.com/gp/product/B0DSF5GNKY/ |
| 7-2 | https://www.amazon.com/dp/B0DSF83J2Z/ref=twister_B0DXDSV4HD |
| 7-3 | https://www.amazon.com/dp/B0F2SS31PQ/ref=twister_B0DXDSV4HD |
| 8-1 | https://www.amazon.com/gp/product/B0FFTTKHXD/ |

| No. | Online Marketplaces |
|---|---|
| 9-3 | https://www.amazon.com/gp/product/B0DS2G3F5Z/ |
| 10-1 | https://www.amazon.com/gp/product/B0DZVDPPBK/ |
| 11-1 | https://www.amazon.com/gp/product/B0FC5MDKT8/ |
| 12-1 | https://www.amazon.com/Hadrono-Wristband-Automatic-Monitoring-Waterproof/dp/B0F1N1GS13/ |
| 13-1 | https://www.amazon.com/gp/product/B0DX6ZK35Y/ |
| 13-2 | https://www.amazon.com/Men-Women-Wearable-Health-Tracker/dp/B0DX653ZTF/ |
| 14-1 | https://www.amazon.com/gp/product/B0F9GXBSYM/ |
| 14-2 | https://www.amazon.com/gp/product/B0F9F2ZD75/ |
| 14-3 | https://www.amazon.com/gp/product/B0F9HJJS42/ |
| 14-4 | https://www.amazon.com/gp/product/B0F9DWLZWF/ |
| 14-5 | https://www.amazon.com/gp/product/B0F9F38GJS/ |
| 14-6 | https://www.amazon.com/gp/product/B0F9HM76S5/ |
| 14-7 | https://www.amazon.com/gp/product/B0F9HCJP5X/ |
| 15-1 | https://www.amazon.com/Wristband-Wearable-Activitsy-Continuous-Monitoring/dp/B0DS8C2KVH/ |
| 15-2 | https://www.amazon.com/gp/product/B0DS2G3F5Z/ |

Exhibit B to Complaint

| No. | Online Marketplaces |
|---|---|
| 9-1 | https://www.amazon.com/Wristband-Wearable-Activity-Continuous-Monitoring/dp/B0DS2K2RJZ/ |
| 9-2 | https://www.amazon.com/Wristband-Wearable-Activity-Continuous-Monitoring/dp/B0DS2HPZHJ/ |

| No. | Online Marketplaces |
|---|---|
| 15-3 | https://www.sears.com/leafora-smart-health-wristband-wearable-activity-fitness-tracker-120-sports-modes-all-day-continuous-monitoring-heart-rat/p-A128716586 |
| 15-4 | https://www.kmart.com/leafora-smart-health-wristband-wearable-activity-fitness-tracker-120-sports-modes-all-day-continuous-monitoring-heart-rat/p-A128716586 |

Exhibit B to Complaint

# ASINs

| No. | Online Marketplaces |
|---|---|
| 1-1 | N/A |
| 2-1 | B0F1XJ53T9 |
| 2-2 | B0F1XJ7TZW |
| 3-1 | B0F3D4ZGSH |
| 4-1 | B0F2TCB88Y |
| 4-2 | B0FHW2ZMSM |
| 4-3 | B0FC2TF8K4 |
| 4-4 | B0FH63RZ4T |
| 5-1 | B0F1D29M55 |
| 5-2 | B0F1D5H6N6 |
| 6-1 | B0F9PL6XGL |
| 7-1 | B0DSF5GNKY |
| 7-2 | B0DSF83J2Z |
| 7-3 | B0F2SS31PQ |
| 8-1 | B0FFTTKHXD |
| 9-1 | B0DS2K2RJZ |
| 9-2 | B0DS2HPZHJ |

| No. | Online Marketplaces |
|---|---|
| 9-3 | B0DS2G3F5Z |
| 10-1 | B0DZVDPPBK |
| 11-1 | B0FC5MDKT8 |
| 12-1 | B0F1N1GS13 |
| 13-1 | B0DX6ZK35Y |
| 13-2 | B0DX653ZTF |
| 14-1 | B0F9GXBSYM |
| 14-2 | B0F9F2ZD75 |
| 14-3 | B0F9HJJS42 |
| 14-4 | B0F9DWLZWF |
| 14-5 | B0F9F38GJS |
| 14-6 | B0F9HM76S5 |
| 14-7 | B0F9HCJP5X |
| 15-1 | B0DS8C2KVH |
| 15-2 | B0DS2G3F5Z |
| 15-3 | N/A |
| 15-4 | N/A |