# EXHIBIT C

**TCB** **GRANT OF EQUIPMENT AUTHORIZATION** **TCB**

**Certification**
**Issued Under the Authority of the**
**Federal Communications Commission**
**By:**

**LGAI Technological Center S.A. (APPLUS)**
**Ronda de la Font del Carme, s/n <BR>P.O. Box 08193,**
**Barcelona,**
**Spain**

**Date of Grant: 04/16/2025**

**Application Dated: 04/15/2025**

**Shenzhen Lexqi Electronic Technology Co.,Ltd**
**12F,Building D,Huilongda Industrial Park,Shilong Community, Shiyan Street,Baoan District,**
**Shenzhen,**
**China**

**Attention: Yuzhou Du , Director**

**NOT TRANSFERABLE**

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is VALID ONLY for the equipment identified hereon for use under the Commission's Rules and Regulations listed below.

**FCC IDENTIFIER:** 2BB8O-H59-1
**Name of Grantee:** Shenzhen Lexqi Electronic Technology Co.,Ltd
**Equipment Class:** **Digital Transmission System**
**Notes:** **Activity Tracker**

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
| --- | --- | --- | --- | --- | --- |
| | 15C | 2402.0 - 2480.0 | 0.00181 | | |

Output power listed is conducted.

Reference No. 2025UW0111

# US Agent for Service of Process LETTER OF ATTESTATION

**TO:**
**Office of Engineering Technology**
**Federal Communications Commission**
**7435 Oakland Mills Road**
**Columbia, MD 21046**

## US Agent for Service of Process:

Company Name: UA INTERNATIONAL INC.
FRN:0033510736
Contact Name: Jessica Zhong
Address: 5030 Boardwalk Dr Suite 818 Colorado Springs, COLORADO 80919, USA
Telephone No: 001-719-6787182
Email:UA.customerservice@hotmail.com

**Applicant:**
Company name:Shenzhen Lexqi Electronic Technology Co.,Ltd
Product Description:Activity Tracker
Grantee code: 2BB8O
FCC ID:2BB8O-H59-1
FRN:0034043489
Contact Name:Yuzhou Du
Address:12F,Building D,Huilongda Industrial Park,Shilong Community, Shiyan Street,Baoan District,Shenzhen
Email:joycecai@lexqi.com.cn
Fax Number:+8613371419548

[Shenzhen Lexqi Electronic Technology Co.,Ltd] certifies that, as of the date of this filing of the application with the TCB, [UA INTERNATIONAL INC.] is our designated US agent for service of process for the above referenced FCC ID. [Shenzhen Lexqi Electronic Technology Co.,Ltd] accepts to maintain an agent for no less than one year after the grantee has terminated all marketing and importation or the conclusion of any commission related proceeding involving equipment. [UA INTERNATIONAL INC.] accepts, as of the date of the filing of the application, the obligation of the designated US agent for service of process for the above reference FCC ID.

The US Agent for Service of Process is aware of and agrees to comply with the requirements outlined in the FCC Equipment Authorization Program, Report and Order FCC 22-84, and clause § 2.911.
The Applicant is aware of and agrees to comply with the requirements outlined in the FCC Equipment Authorization Program, Report and Order FCC 22-84, and clause § 2.911.

**Date: 2025/4/03**

| **Applicant's Name:Yuzhou Du** | **US Agent's Name:** Jessica Zhong |
|---|---|
| **Title:Director** | **Title:Manager** |
| **Signature** Yuzhou Du | **Signature** [signature] UA INTERNATIONAL INC. SEAL 2023 COLORADO |

1/1

# Activity Tracker



## User Manual

# ProductIntroduction



- All-dayheartrate monitoring
- SpO2
- Multi Sport Modes
- Sleep Tracking
- Activity Tracking
- Waterpro of IP68

Note: Smart bracelet is not a medical device and is not intended to diagnose or monitor any disease or medical condition.

## What'sinthepackage?

(1) Smart bracelet
(2) Magnetic USB charger
(3) User manual



# UserGuide

1. **Download the app**

. Scan the QR code below or search QWatch Pro on Google Play/App Store to download

**Our QWatch Pro app.**

· Make sure the Bluetooth function of your mobile device is turned on.

· Select the device identified in the app and connect to your smart bracelet.



**QWatch Pro**

Note: Please ensure that your Android version is 5.0 or later, iOS version is 10.0 or later. This bracelet supports Bluetooth 5.0 connection.

## 2. Chargeandactivate



When using for the first time, please charge and activate the device. If you have performed a factory reset on the device, please charge and activate it before using it again.

Simply place your device on the magnetic USB charger and plug it into an outlet or USB 2.0+ port to start charging. The red light will stay on while charging, and the green light will appear when fully charged.

Warm Tips: Please prevent the USB charger port from contacting conduc tive materials such as liquids, dust, metal powder and pencil leads.

## 3 APP and function operation

After the device is activated, please pair it with the QWatch Pro app f or operation and use. After Bluetooth connection, press the button to display a green light. If the connection is not successful, press the bu tton to display a red light.

### Health



Here you can view your detailed health data an d reports every day such as steps, distance, c alories, heart rate, SpO2, blood pressure, sleep, stress

## Device



Check the basic information of the current dev ice and start detailed settings.

Set the automatic health monitoring interval
Turn on/off automatic heart rate/SpO2/blood pres sure/sleep monitoring through the app.
The sleep detection period is 18:00~12:00, and d ata from the main detection period 1:00~7:00 wil l be recorded.
Heart rate is automatically tested every five mi nutes.
Blood oxygen/blood pressure is automatically tes ted every hour.

### · Goal Setting

Customize your daily goals for steps, distance, calories, and sleep ti me.

### Alarm Clock

Set the alarm on the app according to your needs.

### · Device Settings

It includes settings for Bluetooth disconnection reminders, smart notifications, sedentary alerts, firmware updates, and factory resets

12690-FDS Document 1-3 Filed 09/22/25

* Smart Notifications

Different social notifications and their light and vibrati on prompts are as follows:

| Green light flashing vibration frequency | Signal | Is Bluetooth connecti on required? |
|---|---|---|
| Once per second | Incoming calls | Yes |
| Once | SMS and third-party app notifications (WeChat, WhatsApp, Skype, etc.) | Yes |
| Three times | Sedentary reminder | Yes |
| Thirty times | Alam Clock | Yes |
| Note: Press the home key once to stop above notifications, and press the home key twice to remote the software to take pictures. | | |

## *Firmware Update (OTA)

The APP will remind you if a new firmware version has been released; if so, follow the steps to upgrade to the latest version.

## *Restore factory settings

After resetting, all device data will be deleted. Pl ease charge and reactivate.

## Exercis



You can turn on the sports mode on the QWatch Pro APP

· You can see more than 100 sports modes. GPS running can track movem ent trajectory and running records.

## Me(Mypersonalinformation)



Check basic APP settings: personal informati on, third-party access, login account manage ment, app background , about us, feedback sup port, app

version update, etc.

## Fault Resolution

If the device cannot pair with your phone
1. Make sure your device is power on.
2. Check your phone to make sure Bluetooth is turned on.
3. Check the app and make sure Bluetooth permissions areturned on. 4. Restart the APP and go to the APP home page.
5. The battery icon should be displayed on the APP home page.

If your device battery consumes quickly:
1. Charge for at least three hours to calibrate the battery. 2. Then continue to use your device as usual.

## Safety Tips

Failure to follow safety instructions may result in fire, electric shock ,
injury, or damage to the equipment or other property. Read all safety information below before using the equipment.

**Smart bracelet is not a medical device**

This device is not a medical device and should not be used as a
substitu te for professional medical judgment. For example: it is not
intended to diagnose, cure, mitigate, treat, or prevent disease or
condition. Pleas e consult your healthcare professional before making any decision relate d to your health"

**Device Handling**

Handling this device carefully as it contains sensitive electronic compone nts that may be damaged if dropped, burned,
punctured or crushed. Do not u se a damaged wearable sports device as this may
cause injury. Avoid significant exposure to dust and sand. Children should not use this device unsup ervised

## Battery Disposal

Do not attempt to replace the device battery yourself, as this may damage the battery, cause battery overheating and damage. The lithium-ion battery in the device must only be repaired by the manufacturer or an authorized service provider. The battery must be recycled or disposed of separately f rom household waste. Do not incinerate the battery. Do not dispose of the device in household waste.

## Operating Temperature

This device is designed to operate in ambient temperatures between 32°F an d 113°F (0°C and 45°C) and to be stored between -4°F and 158°F (-20°C and 70°C). The device may be damaged or its battery life may be shortened if stored or operated outside of these temperature ranges.
Avoid exposing the device to extreme changes in temperature or humidity.

## Avoid prolonged exposure to high temperatures

Do not expose the device to extreme temperatures or extreme temperature fluctuations. Keep the device out of direct sunlight. Do not sleep on the device or place it on a blanket, pillow, or under your body while it is charging or plugged into a power source. Take special care if you have a medical condition that prevents you from feeling heat outside your body.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.
If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
-- Reorient or relocate the receiving antenna.
-- Increase the separation between the equipment and receiver.
-- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
-- Consult the dealer or an experienced radio/TV technician for help.

Warning: changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment

The devices has been evaluated to meet general RF exposure requirement， the device can be used in portable exposure condition without restriction

An official website of the United States government Here's how you know



# Equipment Authorization

**Engineering & Technology**

Prohibition on Authorization of "Covered" Equipment

Approval Procedures

Mutual Recognition Agreements

Measurement Procedures

Other Information Sources

Grantee Code

Importation

Knowledge Database

FCC ID Search

Equipment Authorization System

Testing Laboratory Search

Telecommunications Certification Body Search

RF Device

FCC Rules (Title 47)

Testing Laboratory Qualifications

LABORATORY DIVISION HOME

# Approval Guide

## Overview

Radio Frequency (RF) devices are required to be properly authorized under 47 CFR part 2 prior to being marketed or imported into the United States. The Office of Engineering and Technology (OET) administers the equipment authorization program under the authority delegated to it by the Commission. This program is one of the principal ways the Commission ensures that RF devices used in the United States operate effectively without causing harmful interference and otherwise comply with the Commission's rules. All RF devices subject to equipment authorization must comply with the Commission's technical requirements prior to importation or marketing.

Equipment that contains an RF device must be authorized in accordance with the appropriate procedures specified in 47 CFR part 2, subpart J as summarized below (with certain limited exceptions). These requirements not only minimize the potential for harmful interference, but also ensure that the equipment complies with the rules that address other policy objectives – such as human RF exposure limits and hearing aid compatibility (HAC) with wireless handsets.

The Commission has two different approval procedures for equipment authorization – Certification and Supplier's Declaration of Conformity (SDoC). The required procedure depends on the type of equipment being authorized as specified in the applicable rule part. In some instances, a device may have different functions resulting in the device being subject to more than one type of approval procedure.

## Steps to Obtain an Equipment Authorization

The following steps summarize the process to obtain the required equipment authorization for your product (device):

Determine FCC rules that apply to your product.

Determine which Equipment Authorization Procedure(s) is required for your product.

Perform compliance testing at an authorized testing laboratory.

Obtain the required approval.

Label product with the required information and include compliance information in the user manual. Maintain compliance information and records.

Ready to manufacture, import and market your product.

Modifications to approved products.

### Step 1 – Determine FCC Rules that Apply

- Determine if device is a Radio Frequency (RF) device subject to the FCC rules.
- Determine all applicable technical and administrative rules that apply to the device requiring an equipment authorization.
- The technical requirements are generally specified in the applicable FCC rule parts and the administrative rules are specified in 47 CFR part 2, subpart J.

### Step 2 – Equipment Authorization Procedures

If a device is subject to FCC rules, determine the specific type of equipment authorization that applies to the device. Become familiar with all the basic marketing, equipment authorization, and importation rules. In some instances, a device may have different functions resulting in the device being subject to more than one type of approval procedure.

- Determine the applicable equipment authorization procedure for your device.
  - Supplier's Declaration of Conformity (SDoC)
  - Certification

### Step 3 – Compliance Testing

Perform the required tests to ensure the device complies with the applicable technical requirements (as determined in step 1).

The qualifications of the testing laboratory used to demonstrate compliance is based on the approval procedure you are required to use (as determined in step 2):

**Supplier's Declaration of Conformity (SDoC)**

Equipment approved using SDoC is required to be tested, however, it is not necessary to use an FCC-recognized accredited testing laboratory. However, as minimum the testing laboratory used is required to maintain a record of the measurement facilities as specified in Section 2.948 and a record of the measurements made as specified in Section 2.938.

**Certification**

Equipment approved under the Certification procedure is required to be tested by an FCC-recognized

accredited testing laboratory. [For a list of currently FCC-recognized accredited testing laboratory see https://apps.fcc.gov/oetcf/eas/reports/TestFirmSearch.cfm]

## Step 4 – Approval

After the testing is complete and your device is found to be in compliance, finalize the approval process based on the applicable approval procedure:

**Supplier's Declaration of Conformity (SDoC)**

- The responsible party, as specified in the rules, warrants that each unit of equipment complies with the applicable FCC rules.
- The responsible party maintains all of the required documentation demonstrating compliance with the applicable FCC rules.
- The responsible party prepares a compliance information statement to be supplied with the product at the time of marketing.

**Certification**

- The responsible party, typically the manufacturer, obtains an FCC Registration Number (FRN) for a device requiring Certification. The FRN is a 10-digit number used to identify the individual or organization doing business with the FCC. The same FRN will be used for future approvals.
- After obtaining an FRN, the responsible party obtains a Grantee Code from the Commission by applying at the Grantee Registration website. A grantee code is required the first time a party applies for certification, and can be used for all future approvals.
- The responsible party files with a Telecommunication Certification Body (TCB) an application for a grant of certification. An application for equipment authorization requires submission of information about the product, as listed in Section 2.1033. The applicant must submit the required information to a TCB for review as part of the certification process. [For a list of FCC recognized TCBs see https://apps.fcc.gov/oetcf/tcb/reports/TCBSearch.cfm]
- The TCB reviews all of the supporting information and the evaluation results to determine if the product complies with the FCC requirements.
- Once the TCB makes a decision to certify the product the supporting information is uploaded to the FCC Equipment Authorization Electronic System (EAS) – Database.
- A grant of certification is issued by the TCB on the FCC Equipment Authorization Electronic System (EAS) – Database.

## Step 5 – Label/Manual/Record Retention

- Label the product and provide the required customer information.
- For more information see Labeling Guidelines – KDB Publication 784748.
- Maintain all documentation as part of the responsibility for the retention of records and ensure that the manufactured products are in compliance.
- Section 2.938 – Requirements for the retention of records of equipment subject to FCC approval.

## Step 6 – Manufacture/Import/Market

- When importing products into the United States, follow the FCC importation requirements.

- Importation – Frequently Asked Questions.
- Marketing of radio frequency devices prior to equipment authorization.

*NOTE – Determining all applicable technical and administrative rules requires a technical understanding of the electrical functions of the device and an understanding of the FCC rules. For assistance, we recommend that you work with one of the FCC recognized accredited testing laboratories or TCBs. Questions can also be submitted through the Knowledge Database (KDB).*

**Step 7 - Modifications to approved products**

Changes to your product design may require an additional approval. KDB Publication 178919 gives general guidance when making changes to a previously approved product. See the permissive change rules in Section 2.1043 for:

- Modifications that may be made to an RF device without filing for a new equipment authorization;
- Three different types of permissive changes; and
- Identifies when a permissive change filing with the Commission is required.

## Supporting Information

- FCC Rules
- Knowledge Database (KDB)
- Grantee Code Information – KDB Publication 204515
- Guidelines for labeling and User Information for RF devices – KDB Publication 784748
- FCC Registration Number (FRN) – CORES Home Page
- Directions to FCC Laboratory in Columbia, Maryland – KDB Publication 522082

## Testing Laboratories

- Search for FCC recognized accredited testing laboratories
- Search for accreditation bodies
- Accredited Laboratory Roles and Responsibilities – KDB Publication 974614
- Accredited Testing Laboratory Technical Assessment Checklist – KDB Publication 853844

## Telecommunications Certification Bodies (TCB)

- Search for Telecommunication Certification Bodies
- Telecommunication Certification Body Page
- Telecommunication Certification Body – Roles and Responsibilities – KDB Publication 641163
- TCB Technical Assessment Checklist – KDB Publication 668797
- TCB Designated to Approve Telephone Terminal Equipment (TTE - Part 68) - Scope C – KDB Publication 784838

## Equipment Authorization Databases

- Certified equipment – Search database with the FCC ID Search tool
- Equipment Authorization Knowledge Database (KDB)

**Bureau/Office:**

Engineering & Technology

**Tags:**

Devices - Devices, Engineering & Technology

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322

ASL Video Call: 1-844-432-2275

Fax: 1-866-418-0232

Contact Us

Visiting FCC Facilities