# EXHIBIT D

# TIMEXPOSE LIMITED

Sunny Chan
sunny@timexpose.com

18 September 2025

**SENT VIA EMAIL**

Mr. Joshua M. Dalton
+1.617.951.8284
josh.dalton@morganlewis.com

**Re: Cease and Desist – Infringement of Whoop, Inc.'s Intellectual Property Rights by Timexpose International Limited ("Timexpose")**

We are in receipt of your correspondence dated 8 September 2025 regarding the above matter. We have reviewed your assertions of trade dress infringement concerning our product, TIMEXPOSE.

After a thorough examination of your claims and the applicable law, we must respectfully but firmly reject your allegations for the following reasons:

**Functionality of the Alleged Trade Dress**

The fundamental design elements of the WHOOP device that you appear to be claiming—a strap-based wearable with a central sensor pod—are primarily functional and utilitarian in nature. The form is dictated by the need to maintain consistent skin contact for biometric reading, secure fit during activity, and housing necessary electronic components. U.S. law explicitly prohibits the assertion of trade dress rights over functional features. Therefore, the basis of your claim is invalid.

Mr. Joshua M. Dalton
18 September 2025
Page 2

**Lack of Originality and Distinctiveness**

Furthermore, the concept of a screenless health and fitness tracker is not original to WHOOP. Devices like the JAWBONE UP, launched as early as 2011, prior to WHOOP's market presence, established this very product category and design paradigm. Your client's trade dress, to the extent it exists, is weak and cannot be considered inherently distinctive, as it heavily relies on a functional form factor common to the industry. And Whoop is not the only company working on screenless fitness tracker. See blow other company's product for reference.

| JAWBONE | IAMJOY | AMAZFIT |
|---|---|---|
|  |  |  |
| JAWBONE | COROS ARM BAND | WAHOO AMY BAND |
|  |  |  |

**Timexpose's Rights are Derivative of Lexqi's Prior Rights**

Timexpose operates under a valid and binding Licensing Agreement with Shenzhen Lexqi. This agreement explicitly grants Timexpose the right to manufacture, market, distribute, and sell products bearing this design under the Timexpose brand in the United States market, including via the Amazon.com platform.

As the licensee, Timexpose legally "stands in the shoes" of Lexqi and is entitled to assert Lexqi's prior rights as a defense against these claims.

**Summary of Legal Deficiencies in Your Claim**

For the avoidance of doubt, we summarize the critical deficiencies in your position as follows:

A. The screenless fitness tracker was pioneered by others (e.g., JAWBONE), thus WHOOP cannot claim proprietary rights over the entire product category or its general business model.

B. Public records indicate that WHOOP's design patent application for this 外观 (design) is still in a pending status. Moreover, our affiliated entity, Lexqi Inc., holds a design patent for a similar product form factor with an earlier filing date. Consequently, WHOOP cannot assert exclusive patent rights against us.

C. As stated in point 1, the product's appearance is primarily functional, which is a complete bar to trade dress protection.

From the points above, WHOOP lacks any valid legal basis to assert infringement claims against us.

While we are confident in the legal merits of our position, we are a pragmatic business. The smart band product is a minor, discontinued item in our catalogue with negligible commercial impact. To be fully transparent, our total sales data reflects this: we have shipped only 250 units and sold approximately 50 units to end customers. We are willing to provide relevant documentation to verify these figures.

**Proposed Resolution**

To avoid the unnecessary burden and legal costs associated with disputing this further over a product of such minor significance, we propose the following good-faith resolution without any admission of liability or wrongdoing:

We will agree to permanently de-list the smart band from amazon.com within the next 30 days and will destroy any remaining inventory in our possession.

This proposal is made solely to conserve resources and should not be construed as an admission of the validity of your claims. If this offer is acceptable, please confirm in writing that this matter will be considered fully and finally resolved upon our completion of these actions.

Sincerely,

[signature]

Sunny Chan

摩根律师事务所（Morgan Lewis）
Joshua M. Dalton 合伙人：

贵所于 2025 年 7 月 30 日发送至我方（JC Aurum Vital）的《停止侵权通知》（涉及 Whoop 公司知识产权侵权指控）已收悉。我方高度重视此事，立即就通知中提及的问题进行核查，现将具体情况回复如下：

**一、我方主体及销售背景说明**

JC Aurum Vital 售卖的型号为 H59 的产品为深圳市力士其电子科技有限公司旗下产品，JC Aurum Vital 于 2025 年 6 月正式在沃尔玛开设店铺，6 月中旬起开始上架商品。

**二、关于 H59 智能手环的知识产权合规性说明**

**（一）合法授权来源**

我方销售的 H59 智能手环系获得**深圳市力士其电子科技有限公司（Shenzhen Lexqi Electronic Technology Co., Ltd.）**合法授权的产品。根据该公司于 2025 年 4 月 8 日出具的《授权书》（见附件 1），我方作为其官方被许可方，有权在全球范围内市场推广及销售 H59 智能手环，授权期限至 2028 年 4 月 8 日，目前授权状态有效。

**（二）H59 智能手环的专利保护情况**

经核查，H59 智能手环的外观设计已通过多项专利认证，具备完整的知识产权保护：

1. **中国外观设计专利：**专利号 ZL 2024 3 0514079.4，授权公告日 2025 年 3 月 18 日，专利权人为深圳市力士其电子科技有限公司（见附件 2）。
2. **欧盟外观设计注册：**注册号 015095703-0004，注册日期 2025 年 3 月 18 日，权利人为深圳市力士其电子科技有限公司（见附件 3）。
3. **美国外观专利申请：**申请号 29/957,863，申请日 2024 年 8 月 16 日，目前处于"Preexam Processing"阶段，申请人为深圳市力士其电子科技有限公司（见附件 4）。

**（三）专利合规性评估**

国家知识产权局就 H59 智能手环出具的《专利权评价报告》（专利号 ZL 2024 3 0514079.4）明确指出：该外观设计与现有设计（包括对比文件中涉及的智能手环、健康追踪设备）存在**明显区别**，对一般消费者的整体视觉效果产生显著影响，符合《中华人民共和国专利法》第 23 条关于外观设计授权的要求，未发现不符合授予专利权条件的缺陷（见附件 5）。

**三、关于侵权指控的回应**

贵所通知中提及的"Whoop Trade Dress"（美国商标申请号 99,080,005）的核心特征为"U 型卡扣 + 十字横杆带‘WHOOP’标识 + 矩形传感器设备 + 扁平表带"的三维结

构。而我方销售的 H59 智能手环的设计要点在于**独特的形状结构**（具体见专利文件中的立体图及设计说明），其外观与 Whoop Trade Dress 的核心特征存在显著差异，未采用任何与 “WHOOP” 相关的标识或类似结构。

此外，深圳市力士其电子科技有限公司作为 H59 智能手环的专利权人，已通过专业评估确认该设计未侵犯任何第三方知识产权，我方作为授权销售方，已尽到合理的知识产权审查义务。

**四、后续措施**

我方一贯重视知识产权保护，严格遵守相关法律法规及市场规则。为进一步核实情况，我方已将贵所通知内容同步至专利权人深圳市力士其电子科技有限公司。

如贵所认为我方产品存在侵权嫌疑，恳请提供具体的侵权比对分析及证据，以便我方与专利权人针对性核实。我方愿意在合法合规的前提下，与贵所及 Whoop 公司保持沟通，共同妥善处理此事。

请贵所审慎评估我方陈述及所附证据，暂停相关法律行动。期待贵所的回复。

顺颂商祺！

JC Aurum Vital
2025 年 8 月 06 日

**附件清单：**

1. 深圳市力士其电子科技有限公司《授权书》（2025 年 4 月 8 日）
2. 中国外观设计专利证书（ZL 2024 3 0514079.4）
3. 欧盟外观设计注册证书（015095703-0004）
4. 美国外观专利申请回执（申请号 29/957,863）
5. 中国专利权评价报告（ZL 2024 3 0514079.4）

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 14
Alexandria, VA 22313 - 14
www.uspto.g

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/957,863** | **08/16/2024 12:33:17 AM Z ET** | **-** |

## Title of Invention

Smart Bracelet

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 9048 | FILED BY | Mandana Jafarinejad |
| PATENT CENTER # | 66808564 | FILING DATE | - |
| CUSTOMER # | – | FIRST NAMED INVENTOR | ShengLi Huang |
| CORRESPONDENCE ADDRESS | Mandana Jafarinejad<br>1 Park Plaza Suite 600<br>Irvine, CA 92614<br>US | AUTHORIZED BY | - |

## Documents

## TOTAL DOCUMENTS:

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| generatedADS66808564.pdf | 5 | Application Data Sheet | 109 KI |
| Specification.pdf | 1 | Specification | 83 KI |
| Drawings.pdf | 11 | Drawings-only black and white line drawings | 1632 KI |
| aia0018.pdf | 2 | Transmittal of New Application | 390 KI |
| sb0017.pdf | 2 | Fee Worksheet (SB06) | 307 KI |

## Digest

**DOCUMENT** **MESSAGE DIGEST(SHA-512)**

| | |
|---|---|
| generatedADS66808564.pdf | EBD150711D5F173EE0C018CEB089C503D7DCB53BDAC969E5647EC7061FB907FBCDE97802D60F849C76E7AF6DE3E04FE6AF66D050111A2EB5A4F9CC95482DA710 |
| Specification.pdf | 4C5618AD05B7BCD6610C36BA07E6A1D295EB0CEC59E8B56D24C6E5F6FAB81B844B85A71FD0F3EC20F2154957BF26DBE4AF6933B908DE1580845F1F2424C14363 |
| Drawings.pdf | 3460B802B88986A0E74539C03447F8D78C49A10A565C7CAAEFEC730B817BB99229D4532B86AA61231A09A8C53E30F8838DA54739A605BC7C9E7C584E738B20F5 |
| aia0018.pdf | 612DC636D784956A4A04AE34E57E8DDF71CF63716B01EC08CD21205A9241363E567D1080E228F5AC4F831C8DF1D38ABB9CE9BF069160B91C7AA2D52B3F1F1FE9 |
| sb0017.pdf | DDC41EAABF7F27EFF208E8A4D37BAF796D631DED38F178BAB25ECEFB761DC5FF610BFCF672288301FCDF71BA7D9C9190ACCB3C51DDE47561EB0E797CF07DF40D |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

*Registered / Enregistré 18/03/2025*

*No 015095703-0004*

EUIPO
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

# EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE
# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

# OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE
# CERTIFICAT D'ENREGISTREMENT

Le présent Certificat d'Enregistrement est émis pour le Dessin ou Modèle Communautaire enregistré spécifié ci-dessous. Les inscriptions afférentes ont été portées au Registre des Dessins ou Modèles Communautaires.

*The Executive Director / Le Directeur exécutif*

www.euipo.europa.eu

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE

21 015095703-0004
25 EN - FR
22 18/03/2025
15 18/03/2025
45 24/03/2025
11 015095703-0004
72 Yuzhou DU
73 Shenzhen Lexqi Electronic Technology Co., Ltd
12/F, Building D, Huilongda Industrial Park,
Shilong Community, Shiyan Street, Bao'an
District,
Shenzhen
REPÚBLICA POPULAR DE CHINA
74 Isabelle Bertaux
55 rue Ramey
F-75018 PARIS
FRANCIA
51 10 - 02
54 BG - Смарт часовници

ES - Relojes inteligentes

CS - Chytré hodinky

DA - Smarture

DE - Smartwatches

ET - Nutikellad

EL - Έξυπνα ρολόγια χειρός

EN - Smartwatches

FR - Montres intelligentes

HR - Pametni ručni satovi

IT - Orologi intelligenti

LV - Viedie rokaspulksteņi

LT - Išmanieji rankiniai laikrodžiai

HU - Okosórák

MT - Arloġġi tal-idejn tat-tip smart

NL - Smartwatches

PL - Zegarki inteligentne

PT - Relógios de pulso inteligentes

RO - Ceasuri inteligente

SK - Inteligentné hodinky

SL - Pametne zapestne ure

FI - Älykellot

SV - Smarta klockor

30 -
55



0004.1



0004.2



0004.3



0004.4

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE



0004.5



0004.6

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE

0004.7

patentcenter.uspto.gov/applications/29957863?application=%2Fworkbench%2Fapplications

An official website of the United States government Here's how you know

uspto

Patents Trademarks Fees and payment Contact Us MyUSPTO

**Patent Center**

Home New submission Existing submissions Petitions Post grant Workbench Manage Search Patent Center Help

Back to application

Order certified copies Download Print

## 29/957,863 | -: Smart Bracelet PRIVATE VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 29/957,863 | 9048 | - Edit | - | 08/16/2024 | Application Undergoing Preexam Processing 08/16/2024 |

Application Data
Documents & Transactions
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

## Application data

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

**Correspondence address**

**Inventors**

**Applicants**

Humid Now Search 11:09 AM 7/29/2025

patentcenter.uspto.gov/applications/29957863?application=%2Fworkbench%2Fapplications

Documents & Transactions

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

## Correspondence address

202308 - Mandana Jafarinejad
1 Park Plaza Suite 600
Irvine, CA
UNITED STATES

## Inventors

ShengLi Huang
Shenzhen (CN)

## Applicants

Shenzhen Lexqi Electronic Technology Co., Ltd.
Shenzhen (CN)

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**Receive updates from the USPTO**
Enter your email to subscribe or update your preferences
your@email.com Subscribe

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

Follow us

https://www.commerce.gov

Men's Singles
Match results

Search

7:37 PM
7/29/2025

This XML file does not appear to have any style information associated with it. The document tree is shown below.


```
<PatentApplicationData>
  <FileHeader>
    <FileCreationTimeStamp>2025-07-29</FileCreationTimeStamp>
  </FileHeader>
  <CorrespondenceInfo>
    <CorrespondenceAddresses>
      <CorrespondenceAddress>
        <NameLine1>Mandana Jafarinejad</NameLine1>
        <AddressLine1>1 Park Plaza Suite 600</AddressLine1>
        <City>Irvine</City>
        <GeographicRegion>
          <GeographicRegionCode>CA</GeographicRegionCode>
          <GeographicRegionName>CALIFORNIA</GeographicRegionName>
        </GeographicRegion>
        <PostalCode>92614</PostalCode>
        <CountryCode>US</CountryCode>
        <CountryName>UNITED STATES</CountryName>
      </CorrespondenceAddress>
    </CorrespondenceAddresses>
    <CorrespondenceInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>ACTIVE</AgentStatus>
        </Attorney>
      </Attorneys>
    </CorrespondenceInfo>
  </CorrespondenceInfo>
  <POAInfo>
    <POAInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <MiddleName/>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>67974</AgentStatus>
        </Attorney>
      </Attorneys>
    </POAInfo>
  </POAInfo>
  <ApplicationBibliographicData>
    <ApplicationNumber>29957863</ApplicationNumber>
    <ApplicationStatusCode>19</ApplicationStatusCode>
```

<ApplicationStatusText>Application Undergoing Preexam Processing</ApplicationStatusText>
<ApplicationStatusDate>2024-08-16</ApplicationStatusDate>
<ConfirmationNumber>9048</ConfirmationNumber>
<CustomerNumber>202308</CustomerNumber>
<FilingDate>2024-08-16</FilingDate>
<GroupArtUnit>2913</GroupArtUnit>
<InventionSubjectMatterType>DES</InventionSubjectMatterType>
<InventionTitle>Smart Bracelet</InventionTitle>
<PatentClass>D14</PatentClass>
<PatentSubclass/>
<IsPublic>false</IsPublic>
</ApplicationBibliographicData>
<Inventors>
<Inventor>
<InventorName>
<FirstName>ShengLi</FirstName>
<LastName>Huang</LastName>
</InventorName>
<InventorAddresses>
<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
</InventorAddresses>
</Inventor>
</Inventors>
<Applicants>
<Applicant>
<LegalEntityName>Shenzhen Lexqi Electronic Technology Co., Ltd.</LegalEntityName>
<ApplicantAddresses>
<ApplicantAddress>
<NameLine1>Shenzhen Lexqi Electronic Technology Co., Ltd.</NameLine1>
<AddressLine1>12/F, Building D, Huilongda Industrial Park,</AddressLine1>
<AddressLine2>Shilong Community, Shiyan Street, Bao'an District</AddressLine2>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</ApplicantAddress>
</ApplicantAddresses>
</Applicant>
</Applicants>
<FileContentHistories>
<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Notice Mailed--Application Incomplete--Filing Date Assigned</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Filing Receipt</TransactionDescription>

</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>PTO/SB/69-Authorize EPO Access to Search Results</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Applicants have given acceptable permission for participating foreign</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-19</TransactionDate>
<TransactionDescription>Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Entity Status Set To Undiscounted (Initial Default Setting or Status Change)</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Initial Exam Team nn</TransactionDescription>
<StatusNumber>19</StatusNumber>
<StatusDescription>Application Undergoing Preexam Processing</StatusDescription>
</FileContentHistory>
</FileContentHistories>
ImageFileWrapperList>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Electronic Fee Payment /DocumentDescription>
<FileWrapperDocumentCode>N417.PYMT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal of New Application</DocumentDescription>
<FileWrapperDocumentCode>TRNA</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Application Data Sheet</DocumentDescription>
<FileWrapperDocumentCode>ADS</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>5</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Specification</DocumentDescription>
<FileWrapperDocumentCode>SPEC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>

<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Drawings-only black and white line drawings</DocumentDescription>
<FileWrapperDocumentCode>DRW</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>11</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Placeholder sheet indicating presence of supplemental content in Supplemental Complex Repository for Examiners(SCORE)</DocumentDescription>
<FileWrapperDocumentCode>SCORE</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Filing Receipt</DocumentDescription>
<FileWrapperDocumentCode>APP.FILE.REC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>3</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Notice to File Missing Parts</DocumentDescription>
<FileWrapperDocumentCode>NTC.MISS.PRT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Welcome Letter from USPTO Director and Deputy Director</DocumentDescription>
<FileWrapperDocumentCode>WELCOME.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Extension of Time</DocumentDescription>
<FileWrapperDocumentCode>XT/</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Applicant Response to Pre-Exam Formalities Notice</DocumentDescription>
<FileWrapperDocumentCode>PEFR</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Miscellaneous Internal Document</DocumentDescription>
<FileWrapperDocumentCode>IMIS</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>

<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Change of Address</DocumentDescription>
<FileWrapperDocumentCode>C.AD</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
</ImageFileWrapperList>
<ForeignPriorities/>
<SupplementalContents>
<SupplementalContent>
<SupplementalContentCategory>Appendix</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>CertificateOfCorrection</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>CertifiedColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>ChemicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>ComputerProgramListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>DesignDrawings</SupplementalContentCategory>
<SupplementalContentQuantity>1</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>InterimCopy</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>MathematicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>ProteinCrystals</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SearchResults</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SequenceListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>Tables</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>USPatentColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
</SupplementalContents>
<FirstActionPrediction>

```
    <ApplicationStatusCode>19</ApplicationStatusCode>
    <PredictionTimePeriod>3</PredictionTimePeriod>
  </FirstActionPrediction>
  <InternationalRegistrationNumbers/>
  <Fees>
    <Fee>
      <AccountingDate>2024-08-16</AccountingDate>
      <FeeCode>2312</FeeCode>
      <FeeAmount>256</FeeAmount>
      <FeeQuantity>1</FeeQuantity>
      <TotalAmount>256</TotalAmount>
      <MailroomDate>2024-08-16</MailroomDate>
      <PaymentMethod>CC</PaymentMethod>
    </Fee>
    <Fee>
      <AccountingDate>2024-08-16</AccountingDate>
      <FeeCode>2012</FeeCode>
      <FeeAmount>88</FeeAmount>
      <FeeQuantity>1</FeeQuantity>
      <TotalAmount>88</TotalAmount>
      <MailroomDate>2024-08-16</MailroomDate>
      <PaymentMethod>CC</PaymentMethod>
    </Fee>
    <Fee>
      <AccountingDate>2024-08-16</AccountingDate>
      <FeeCode>2112</FeeCode>
      <FeeAmount>64</FeeAmount>
      <FeeQuantity>1</FeeQuantity>
      <TotalAmount>64</TotalAmount>
      <MailroomDate>2024-08-16</MailroomDate>
      <PaymentMethod>CC</PaymentMethod>
    </Fee>
  </Fees>
</PatentApplicationData>
```

# Authorization letter

April 8,2025
Shenzhen Lexqi Electronic Technology Co.,Ltd
Address:11C, Building D1, Huilongda Industrial Park,Shilong Community,Shiyan Street,Baoan District,Shenzhen

To Whom It May Concern:
I write to you in my capacity as Director of Shenzhen Lexqi Electronic Technology Co.,Ltd,the exclusive owner of the design of H59 smart bracelet.

This letter will serve as confirmation that JC Aurum Vital,the brand underTimexpose Limited is an official licensee of Shenzhen Lexqi Electronic Technology Co.,Ltd and is authorized to market and sell the following products in the following territories:

Licensed Product: H59 smart bracelet
Territory: Worldwide.

This authorization is limited and shall remain in effect until April 8, 2028, unless revokedearlier by Shenzhen Lexqi Electronic Technology Co.,Ltd. Should you have any questions or need any further information please do not hesitate to contact me directly.

Very truly yours,

Shenzhen Lexqi Electronic Technology Co.,Ltd

证书号第9204732号

专利公告信息

# 外观设计专利证书

外观设计名称：智能手环（H59）

专 利 权 人：深圳市力士其电子科技有限公司

地 址：518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园C栋4楼

设 计 人：黄胜力

专 利 号：ZL 2024 3 0514079.4

授权公告号：CN 309178614 S

专利申请日：2024年08月14日

授权公告日：2025年03月18日

申请日时申请人：深圳市力士其电子科技有限公司

申请日时设计人：黄胜力

国家知识产权局依照中华人民共和国专利法进行审查，决定授予专利权，并予以公告。

专利权自授权公告之日起生效。专利权有效性及专利权人变更等法律信息以专利登记簿记载为准。

局长
申长雨

国家知识产权局
2025年03月18日

美国外观专利 - H59






FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6




FIG. 7




FIG. 8



FIG. 9



FIG. 10



FIG. 11

# 国家知识产权局

# 外观设计专利权评价报告

| | | |
|---|---|---|
| 专利号：ZL202430514079.4 | 申请日：2024-08-14 | 优先权日： |
| 授权公告日：2025-03-18 | 外观设计名称：智能手环（H59） | |
| 专利权人：深圳市力士其电子科技有限公司 | 请求人：深圳市力士其电子科技有限公司 | |
| 请求日：2025-04-12 | 形式审查合格日：2025-04-12 | |
| 评价报告总计 3 页 | ☒附有报告中引用的各相关文件的副本 11 份 | |
| 本专利权评价报告不是行政决定，当事人不能就本专利权评价报告提起行政复议和行政诉讼。 | | |

评价所针对的文本

☒ 与授权公告一并公布的专利文件

☐ 由生效的无效宣告请求审查决定维持有效的专利文件，其中涉及第__________号无效宣告请求审查决定

检索针对的外观设计：

☒ 全部外观设计__________；

☐ 外观设计__________未被检索，因为其主题属于专利法第 5 条或第 25 条规定的范围；

☐ 外观设计__________未被检索，因为不属于专利法第 2 条第 4 款规定的客体；

☐ 外观设计__________未被检索，因为其图片或者照片未清楚地显示要求专利保护的产品的外观设计。

**A. 外观设计的类别** 10−04

**B. 检索领域**

10−04；10−02；10−03；10−05；10−07；11−01；14−01；14−02；14−03；24−01；24−02

**C. 在检索时查阅的电子数据库(数据库的名称和/或使用的检索式)**

1985 年 9 月 10 日至 2025 年 4 月 29 日的《中国外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (申请日={..2025−02−14})1998 年 5 月 15 日至 2025 年 3 月 14 日的《韩国外观设计专利公报》、1997 年 1 月 1 日至 2025 年 4 月 1 日的《美国外观设计专利公报》、2000 年 1 月 11 日至 2025 年 3 月 21 日的《日本外观设计专利公报》、2000 年 1 月 31 日至 2025 年 4 月 4 日的《WIPO 外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (公告日={..2024−08−13})

**D. 相关文件**

| 类型 ★ | 文献号或书名（包括期刊卷号/期号） | 公开/出版/发行日期 | 类别 | 相关部分 | 涉及的外观设计 |
|---|---|---|---|---|---|
| A | CN305608967S | 2020−02−14 | 10−02 | 整体 | 全部 |
| A | USD0720635 | 2015−01−06 | 10−04 | 整体 | 全部 |
| A | CN305742175S | 2020−04−28 | 10−04 | 整体 | 全部 |
| A | USD0928647 | 2021−08−24 | 11−01 | 整体 | 全部 |
| A | CN304599074S | 2018−04−27 | 10−04 | 整体 | 全部 |
| A | CN305649200S | 2020−03−20 | 10−04 | 整体 | 全部 |
| A | CN302982273S | 2014−10−29 | 14−03 | 整体 | 全部 |
| A | CN304698629S | 2018−06−26 | 10−04 | 整体 | 全部 |
| A | CN304938858S | 2018−12−11 | 10−04 | 整体 | 全部 |
| A | CN305723271S | 2020−04−21 | 10−04 | 整体 | 全部 |

☐ 其余的相关文件，参见续页 。

★ 引用文件的专用类型：

“X” 单独导致外观设计专利不符合专利法第 23 条第 1 款和/或第 2 款规定的现有设计文件；

“Y” 与报告中其他现有设计文件结合导致外观设计专利不符合专利法第 23 条第 2 款规定的现有设计文件；

“R” 在申请日向专利局提交的属于同样的发明创造的外观设计专利文件；

“A” 背景文件，即反映外观设计的部分设计特征或者有关的现有设计文件；

“E” 与外观设计专利相同或实质相同的抵触申请文件；

“P” 中间文件，其公开日在外观设计专利的申请日与所要求的优先权日之间的文件，或者会导致需要核实外观设计专利优先权的文件。

**E. 关于是否符合授予专利权条件的初步结论以及对初步结论的具体说明和解释**

**1. 初步结论：**

☒ 全部外观设计未发现存在不符合授予专利权条件的缺陷。
☐ 全部外观设计不符合授予专利权条件。
☐ 该外观设计的__________不符合授予专利权条件，该外观设计的__________未发现存在不符合授予专利权条件的缺陷。

具体的不符合授予专利权条件的缺陷如下：

☐外观设计__________属于专利法第 5 条第 1 款规定的不授予专利权的范围。
☐外观设计__________属于专利法第 25 条第 1 款第 6 项规定的不授予专利权的范围。
☐外观设计__________不符合专利法第 2 条第 4 款的规定。
☐外观设计__________不符合专利法第 23 条第 1 款的规定。
☐外观设计__________不符合专利法第 23 条第 2 款的规定。
☐外观设计__________不符合专利法第 9 条的规定。
☐外观设计__________不符合专利法第 27 条第 2 款的规定。
☐外观设计__________不符合专利法第 33 条或实施细则第 49 条第 1 款的规定。

**2. 对初步结论的具体说明和解释：**

本专利与对比设计 1 以及其他现有设计在产品设计上存在明显区别，对于一般消费者来说，该差别对外观设计的整体视觉效果产生了显著影响，本专利与对比设计 1 以及其他现有设计相比均具有显著差异。因此，本专利符合专利法第 23 条第 1 款、第 2 款的规定。

此外，未发现本专利存在其他不符合专利法有关外观设计授权条件的缺陷。

☐ 对初步结论的具体说明和解释，参见续页

| | | | |
|---|---|---|---|
| 国家知识产权局 专利权评价报告专用章 | 评价员：潘微微 | 审核员：滕洪强 | 完成日期：2025 年 04 月 30 日 |

**本专利:**

[11]授权公告号： CN 309178614 S　　[45]授权公告日： 2025-03-18

[22]申请日： 2024-08-14　　[21]申请号： CN202430514079.4　　分类号： 10-04

[72]设计人： 黄胜力　　[30]优先权：　　文献号： CN 309178614 S

[73]专利权人： 深圳市力士其电子科技有限公司　　地址： 518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园 C 栋 4 楼

[74]专利代理机构： 深圳市洪荒之力专利代理有限公司 44541　　代理人： 李青

[57]简要说明： 1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环（H59）

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图



后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2


A 部放大图

**本专利简要说明：**

1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图1。

**对比设计 1：**

[11]授权公告号： CN305608967S [45]授权公告日： 2020-02-14

[22]申请日： 2019-06-25 [21]申请号： CN201930331921.X 分类号： 10-02

[72]设计人： 温从允 [30]优先权： 文献号： CN305608967S

[73]专利权人： 深圳市魔力宝时代科技有限公司 地址： 518000 广东省深圳市福田区华强北街道燕南路 88 号 A 座 2004

[74]专利代理机构： 北京君泊知识产权代理有限公司 11496 代理人： 王程远

[57]简要说明： 1.本外观设计产品的名称：智能手表（D5）。2.本外观设计产品的用途：一种可以佩戴在手腕上的智能手表使用。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：主视图。

[54]使用外观设计的产品名称： 智能手表(D5)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图

**对比设计 2:**

[11]授权公告号: USD0720635 [45]授权公告日: 2015-01-06

[22]申请日: 2013-10-01 [21]申请号: US29/468517 分类号: 10-04

[72]设计人: Park,James;Martinez,Mark Manu... [30]优先权: 文献号: USD0720635

[73]专利权人: Fitbit, Inc. 地址: San Francisco,CA,US

[74]专利代理机构: 代理人: Weaver Austin Villeneuve & Sampson

[57]简要说明:

[54]使用外观设计的产品名称: Enhanced wristband health tracker

注解: 1、由于篇幅所限，部分著录项目未显示 2、为了清楚显示视图，未按比例进行显示。



FIG. 1A is an isometric view of an enhanced wristband health tracker.



FIG. 1B is a right side view of the enhanced wristband health tracker.



FIG. 1C is a left side view of the enhanced wristband health tracker.



FIG. 1D is a front view of the enhanced wristband health tracker.



FIG. 1E is a back view of the enhanced wristband health tracker.



FIG. 1F is a top view of the enhanced wristband health tracker.



FIG. 1G is a bottom view of the enhanced wristband health tracker.



FIG. 1H is a removed sectional profile of the enhanced wristband health tracker drawn along the dash–dot–dot line 1H of FIG. 1G.



FIG. 1I is a removed sectional profile of the enhanced wristband health tracker drawn along the dash–dot–dot line 1I of FIG. 1G.

**对比设计 2：**



FIG. 1J is an off–angle view of the bottom of the enhanced wristband health tracker.



FIG. 1K is another off–angle view of the bottom of the enhanced wristband health tracker.



FIG. 2A is an isometric view of a larger enhanced wristband health tracker.



FIG. 2B is a right side view of the larger enhanced wristband health tracker.



FIG. 2C is a left side view of the larger enhanced wristband health tracker.



FIG. 2D is a front view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2F is a top view of the larger enhanced wristband health tracker.



FIG. 2G is a bottom view of the larger enhanced wristband health tracker.



FIG. 3A is a three–dimensional view of a peg component that is insertable into an end of the enhanced wristband health tracker and the larger enhanced wristband helath tracker of FIGS. 1A through 2G.



FIG. 3B is a three–dimensional bottom view of the peg component of FIG. 3A.



FIG. 3C is a side view of the peg component of FIG. 3A.



FIG. 3D is a bottom view of the peg component of FIG. 3A.



FIG. 3E is a front view of the peg component of FIG. 3A.



FIG. 3F is a top view of the peg component of FIG. 3A.



FIG. 3G is an opposing side view of the peg component of FIG. 3A; and,

**对比设计 3：**

[11]授权公告号： CN305742175S　　[45]授权公告日： 2020-04-28

[22]申请日： 2019-09-10　　[21]申请号： CN201930498734.0　　分类号： 10-04

[72]设计人： 郑永坚　　[30]优先权：　　文献号： CN305742175S

[73]专利权人： 深圳市璐歌实业有限公司　　地址： 518000 广东省深圳市前海深港合作区前湾一路 1 号 A 栋 201 室（入驻深圳市前海...

[74]专利代理机构： 合肥市科融知识产权代理事务所(普通合伙)34126　　代理人： 马小辉

[57]简要说明： 1.本外观设计产品的名称：智能手环（X3）。2.本外观设计产品的用途：用于一种具有定位、心率监测、计步、睡眠监测、时间等功能的智能手环。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：组合状态图 7。

[54]使用外观设计的产品名称： 智能手环(X3)

注解：1、由于篇幅所限，部分著录项目未显示 2、为了清楚显示视图，未按比例进行显示。



组件 1 主视图



组件 1 后视图



组件 1 左视图



组件 1 右视图



组件 1 俯视图



组件 1 仰视图



组件 1 立体图



组件 2 主视图



组件 2 后视图

**对比设计 3：**


组件 2 左视图


组件 2 右视图


组件 2 俯视图


组件 2 仰视图


组件 2 立体图


组件 3 主视图


组件 3 后视图


组件 3 左视图


组件 3 右视图


组件 3 俯视图


组件 3 仰视图


组件 3 立体图


组合状态图 1


组合状态图 2


组合状态图 3


组合状态图 4


组合状态图 5


组合状态图 6

**对比设计 3：**



组合状态图 7

**对比设计 4:**

[11]授权公告号： USD0928647 [45]授权公告日： 2021-08-24

[22]申请日： 2020-11-09 [21]申请号： US29/757714 分类号： 11-01

[72]设计人： Harms,Hannes;Robertson,Ben;Ch... [30]优先权： 文献号： USD0928647

[73]专利权人： GOOGLE LLC 地址： Mountain View,CA,US

[74]专利代理机构： 代理人： Leason Ellis LLP

[57]简要说明： FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;FIG. 2 is a front elevation view thereof;FIG. 3 is a rear elevation view thereof;FIG. 4 is a right side elevational view thereof;FIG. 5 is a left side elevational view thereof;FIG. 6 is a t...

[54]使用外观设计的产品名称： Wristband for tracking fitness

注解：1、由于篇幅所限，部分著录项目未显示 2、为了清楚显示视图，未按比例进行显示



FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;



FIG. 2 is a front elevation view thereof;



FIG. 3 is a rear elevation view thereof;



FIG. 4 is a right side elevational view thereof;



FIG. 5 is a left side elevational view thereof;



FIG. 6 is a top plan view thereof;



FIG. 7 is a bottom plan view thereof;



FIG. 8 is a front right perspective view of the bottom thereof;



FIG. 9 is a right perspective view of the wristband for tracking fitness of FIG. 1, showing our new design in a folded position;

**对比设计 4:**



FIG. 10 is a front elevation view thereof;



FIG. 11 is a rear elevation view thereof;



FIG. 12 is a right side elevational view thereof;



FIG. 13 is a left side elevational view thereof;



FIG. 14 is a top plan view thereof;



FIG. 15 is a bottom plan view thereof; and,



FIG. 16 is a right rear perspective view thereof.

**对比设计 5：**

[11]授权公告号： CN304599074S [45]授权公告日： 2018-04-27

[22]申请日： 2017-11-09 [21]申请号： CN201730549655.9 分类号： 10-04(11)

[72]设计人： 严凯波 [30]优先权： 文献号： CN304599074S

[73]专利权人： 深圳市奇洛普科技有限公司 地址： 518000 广东省深圳市龙岗区布吉街道布吉镇龙园意境 34 栋 2701

[74]专利代理机构： 代理人：

[57]简要说明： 1. 本外观设计产品的名称：智能手环（H7）。2. 本外观设计产品的用途：本外观设计产品用于智能手表领域。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(H7)

注解：1、由于篇幅所限，部分著录项目未显示 2、为了清楚显示视图，未按比例进行显示


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

**对比设计 6:**

| | | | | | |
|---|---|---|---|---|---|
| [11]授权公告号: | CN305649200S | | [45]授权公告日: | 2020-03-20 | |
| [22]申请日: | 2019-09-18 | [21]申请号: | CN201930512491.1 | 分类号: | 10-04 |
| [72]设计人: | 牟嘉锐 | [30]优先权: | | 文献号: | CN305649200S |
| [73]专利权人: | 深圳市超级猩猩健身管理有限公司 | 地址: | 518000 广东省深圳市南山区沙河街道华侨城金众工业小区 201 栋五楼 501 室 | | |
| [74]专利代理机构: | 深圳中一联合知识产权代理有限公司 44414 | 代理人: | 褚淑杰 | | |
| [57]简要说明: | 1.本外观设计产品的名称:智能手环。2.本外观设计产品的用途:用于智能手环。3.本外观设计产品的设计要点:在于形状。4.最能表明设计要点的图片或照片:立体图 1。 | | | | |

[54]使用外观设计的产品名称: 智能手环

注解:1、由于篇幅所限,部分著录项目未显示 2、为了清楚显示视图,未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

对比设计 7：

[11]授权公告号： CN302982273S [45]授权公告日： 2014-10-29

[22]申请日： 2014-05-15 [21]申请号： CN201430133904.2 分类号： 14-03

[72]设计人： 董全超 [30]优先权： 文献号： CN302982273S

[73]专利权人： 惠州 TCL 移动通信有限公司 地址： 516006 广东省惠州市仲恺高新区和畅七路西 86 号

[74]专利代理机构： 深圳市威世博知识产权代理事务所(普通合伙)44280 代理人： 何青瓦

[57]简要说明： 1. 本外观设计产品的名称：手环（Wristband1st）。2. 本外观设计产品的用途：本外观设计产品用于通信。3. 本外观设计产品的设计要点：在于产品的形状。4. 最能表明本外观设计设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 手环(Wristband 1st)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

**对比设计 8：**

[11]授权公告号： CN304698629S [45]授权公告日： 2018-06-26

[22]申请日： 2018-02-02 [21]申请号： CN201830051096.3 分类号： 10-04(11)

[72]设计人： 王硕;郝鸿亚 [30]优先权： 文献号： CN304698629S

[73]专利权人： 青岛耶鲁斯通科技有限责任公司 地址： 266000 山东省青岛市黄岛区珠海东路 288 号东方金石大厦 608 室

[74]专利代理机构： 青岛永基知识产权代理事务所(普通合伙)37235 代理人： 殷雷

[57]简要说明： 1. 本外观设计产品的名称：智能手环。2. 本外观设计产品的用途：本外观设计产品用于监测人在运动时的数据以及购买时进行支付。3. 本外观设计产品的设计要点：形状和图案。4. 最能表明本外观设计设计要点的图片或照片：立体图。5. 省略视图：左右视图对称，省略右视图；俯视图和仰视图没有设计要点省略。

[54]使用外观设计的产品名称： 智能手环

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图



后视图



左视图



立体图



使用状态图

**对比设计 9：**

[11]授权公告号： CN304938858S [45]授权公告日： 2018-12-11

[22]申请日： 2018-07-19 [21]申请号： CN201830389746.5 分类号： 10-04

[72]设计人： 汪冬 [30]优先权： 文献号： CN304938858S

[73]专利权人： 汪冬 地址： 518000 广东省深圳市福田区商报路天健创业大厦1919

[74]专利代理机构： 深圳市远航专利商标事务所(普通合伙)44276@深圳市远航专利商标事务所(普通合伙)44276 代理人： 张朝阳;袁浩华

[57]简要说明： 1. 本外观设计产品的名称：智能手环(W10)。2. 本外观设计产品的用途：本外观设计产品用于智能手环,是一种穿戴式智能设备。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(W10)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

**对比设计 10：**

[11]授权公告号： CN305723271S [45]授权公告日： 2020-04-21

[22]申请日： 2019-10-08 [21]申请号： CN201930544327.9 分类号： 10-04

[72]设计人： 赵海军 [30]优先权： 文献号： CN305723271S

[73]专利权人： 深圳市佰亿美科技有限公司 地址： 518000 广东省深圳市宝安区新安街道宝民一道广场大厦 1011-1013 室

[74]专利代理机构： 深圳市千纳专利代理有限公司 44218 代理人： 黄良宝

[57]简要说明： 1.本外观设计产品的名称：智能手环（P13）。2.本外观设计产品的用途：用于显示时间、记录人体运动量数据以及心率变化。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环(P13)

注解：1、由于篇幅所限，部分著录项目未显示 2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

To: Joshua M. Dalton, Partner
Morgan, Lewis & Bockius LLP

We are in receipt of the Cease and Desist Notice dated July 30, 2025 (the "Notice"), sent by your firm on behalf of Whoop, Inc., concerning allegations of intellectual property infringement. We take these allegations very seriously and have conducted an immediate internal review of the matter. This letter serves as our formal response to the claims raised in the Notice:

**I. Background**

The H59 smart band sold by JC Aurum Vital is manufactured by Shenzhen Lexqi Electronic Technology Co., Ltd. JC Aurum Vital established its online store on the Walmart platform in June 2025 and began listing products in mid-June.

**II. Intellectual Property Rights and Compliance**

**(I) Lawful Authorization**

The H59 smart bands we sell are sourced under a valid license from **Shenzhen Lexqi Electronic Technology Co., Ltd**. Pursuant to the Letter of Authorization issued by the company on April 8, 2025 (see Attachment 1), JC Aurum Vital is an official licensee with the right to market and sell the H59 smart band globally. This authorization is effective until April 8, 2028.

**(II) Patent Protection f for the H59 Smart Band**

Our investigation confirms that the design of the H59 smart band is protected by several intellectual property rights, including:

1. **Chinese Design Patent:** Patent No. ZL 2024 3 0514079.4; Date of Grant: March 18, 2025; Holder: Shenzhen Lexqi Electronic Technology Co., Ltd. (see Attachment 2).
2. **European Union Registered Community Design:** Registration No. 015095703-0004; Registration Date: March 18, 2025; Holder: Shenzhen Lexqi Electronic Technology Co., Ltd. (see Attachment 3).
3. **United States Design Patent Application:** Application No. 29/957,863; Filing Date: August 16, 2024; Status: Currently in the "Pre-Examination Processing" stage; Applicant: Shenzhen Lexqi Electronic Technology Co., Ltd. (see Attachment 4).

**(III) Patentability Evaluation**

A Patent Evaluation Report for Chinese Design Patent No. ZL 2024 3 0514079.4, issued by the China National Intellectual Property Administration (CNIPA), explicitly states that the design "is **clearly distinguishable** from existing designs (including smart bands and health tracking devices referenced in comparative documents)... creates a significantly different overall visual impression for the ordinary consumer," and therefore "complies with the requirements of Article 23 of the Patent Law of the People's Republic of China." The report found "no grounds for invalidating the patent right." (see Attachment 5).

**III. Rebuttal of Infringement Allegations**

The Notice identifies the "Whoop Trade Dress" (U.S. Trademark Application No. 99,080,005) as a three-dimensional mark consisting of a "U-shaped clasp + a cross-hatch patterned band + a 'WHOOP' logo + a

rectangular sensor + a flat strap." In contrast, the design of the H59 smart band is based on its own **unique shape and structure**, as detailed in the enclosed patent documents. The H59's design is substantially different from the core elements of the Whoop trade dress and does not incorporate the "WHOOP" mark or any confusingly similar design features.

Furthermore, the patent holder, Shenzhen Lexqi Electronic Technology Co., Ltd., has conducted its own professional assessment and confirmed that the H59 design does not infringe on any third-party intellectual property. As an authorized seller, we have fulfilled our duty of reasonable care by verifying the product's IP standing.

**IV. Proposed Next Steps**

JC Aurum Vital respects intellectual property rights and is committed to full compliance with all applicable laws and regulations. To ensure all parties have the necessary information, we have forwarded a copy of the Notice to the patent holder, Shenzhen Lexqi Electronic Technology Co., Ltd.

Should you continue to assert that our product infringes on your client's rights, we request that you provide a detailed claim chart or other comparative analysis illustrating the alleged infringement. We are prepared to maintain an open line of communication with your firm and Whoop, Inc. to resolve this matter amicably and in good faith.

In light of the evidence provided, we respectfully request that you suspend any further legal action pending your review of this response. We await your reply.

Sincerely,

JC Aurum Vital
August 6, 2025

**List of Attachments:**

1. Letter of Authorization from Shenzhen Lexqi Electronic Technology Co., Ltd. (April 8, 2025)
2. Chinese Design Patent Certificate (ZL 2024 3 0514079.4)
3. European Union Registered Community Design Certificate (015095703-0004)
4. U.S. Design Patent Filing Application Receipt (Application No. 29/957,863)
5. Chinese Patent Evaluation Report (ZL 2024 3 0514079.4)

welocalize

September 9, 2025

**Certification**

**Welocalize Translations**

**TRANSLATOR'S DECLARATION:**

I, **Johnson Wong**, hereby declare:

That I possess advanced knowledge of the Chinese and English languages. The attached Chinese into English translation has been translated by me and to the best of my knowledge and belief, it is a true and accurate translation of: JC Aurum Vital's Response (Chinese Letter Only)

*(Digital or printed signature here above the line)*

**Johnson Wong**

**Project Number: MLB_2509_P0145**

**Hendershott, Jack**

---

| | |
|---|---|
| **From:** | Dalton, Joshua M. |
| **Sent:** | Thursday, August 14, 2025 10:50 PM |
| **To:** | Hendershott, Jack |
| **Subject:** | Fw: Response to Demand Letter Regarding Alleged Intellectual Property Infringement |
| **Attachments:** | H59_美国外观专利回执[1].pdf; 20240814-美国-外观专利-H59_智能手环-仅需绘图-（8视图+1放大图+赠送俯仰视图放大图）-F(2)[1].pdf; 2025-03-18外观设计专利证书2024305140794智能手环（H59）_(1)(1)[1].pdf; 美国专利网查询结果1[1].png; 美国专利网查询结果下载[1].xml; 美国专利网查询结果2[1].png; H59_欧盟外观专利[1].pdf; H59专利权评价报告[1].pdf |

**Joshua M. Dalton** (he/him)
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Cell: 617-875-1964
josh.dalton@morganlewis.com | www.morganlewis.com

---

**From:** Alan <heyanpengpp@gmail.com>
**Sent:** Thursday, August 14, 2025 8:41:06 PM
**To:** josh.dalton@morganlewis.com <josh.dalton@morganlewis.com>
**Subject:** Response to Demand Letter Regarding Alleged Intellectual Property Infringement

[EXTERNAL EMAIL]
Dear Joshua,

My name is Alan. I am the manager in SGJIK limited.

I represent SGJIK limited in connection with certain intellectual property matters.

I am writing in response to your demand letter dated 8 August 2025, concerning the allegations made by your client, Whoop. We are in receipt of your legal notice dated [date] regarding alleged infringement of Whoop's intellectual property rights related to smart wristbands sold on Amazon. After carefully reviewing the claims outlined in your letter, I respectfully dispute the assertions and demands presented therein. We categorically deny these allegations and provide the following points in our defense:

Legitimate Supply Chain & Authorization

Our smart wristbands (SGJIK is logo) were legally procured from Shenzhen Lexgi Electronic Technology Co., Ltd., a company that holds its own design patents for the product.

We operate under formal authorization from Shenzhen Lexgi.

Patent Status of Shenzhen Lexgi's Design

Shenzhen Lexgi's design has already been registered in the EU (Application No.: [015095703-0004]), and in the United States of America with USPTO in August 2024 (Application No.: [29/957,863]).

Whoop's USPTO filing for a similar design was submitted only in March 2025 (Application No.: [99080005]) and remains in " Pending " status.

Under U.S. patent law (35 U.S.C. § 154), a pending application does not confer enforceable rights, meaning Whoop cannot yet claim infringement based on an unapproved patent.

We have registered the patent design before you submitted the application.

We holds valid and subsisting copyright and patent protections in the People's Republic of China, United States of America, Europe pertaining to our product.

Please be advised that we reserve the right to take all necessary legal action to protect our interests, including but not limited to initiating court proceedings, seeking injunctive relief, and/or claiming damages.

No Infringement of Valid Rights

Since Whoop's application is still pending and Shenzhen Lexgi's design predates Whoop's filing, no valid infringement claim exists.

We have conducted due diligence and confirm that our product does not violate any SGJIK enforceable intellectual property rights.

Request for Withdrawal of Claims

Given the above, we demand that Whoop immediately withdraw its infringement allegations and cease any further unjustified legal actions or Amazon complaints against our business.

Failure to do so may compel us to seek legal remedies for unfounded claims causing reputational and financial harm.

We trust this clarifies our position. Should you require additional documentation, we are prepared to provide it. However, we expect a prompt resolution to this matter.

Best regards,
Alan

证书号第9204732号

专利公告信息

# 外观设计专利证书

外观设计名称：智能手环（H59）

专 利 权 人：深圳市力士其电子科技有限公司

地 址：518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园C栋4楼

设 计 人：黄胜力

专 利 号：ZL 2024 3 0514079.4

授权公告号：CN 309178614 S

专利申请日：2024年08月14日

授权公告日：2025年03月18日

申请日时申请人：深圳市力士其电子科技有限公司

申请日时设计人：黄胜力

国家知识产权局依照中华人民共和国专利法进行审查，决定授予专利权，并予以公告。

专利权自授权公告之日起生效。专利权有效性及专利权人变更等法律信息以专利登记簿记载为准。

局长
申长雨

国家知识产权局
2025年03月18日




FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6




FIG. 7




FIG. 8



FIG. 9



FIG. 10



FIG. 11

*Registered / Enregistré 18/03/2025*

*No 015095703-0004*

EUIPO
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

# EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE
# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

# OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE
# CERTIFICAT D'ENREGISTREMENT

Le présent Certificat d'Enregistrement est émis pour le Dessin ou Modèle Communautaire enregistré spécifié ci-dessous. Les inscriptions afférentes ont été portées au Registre des Dessins ou Modèles Communautaires.

*The Executive Director / Le Directeur exécutif*

*João Negrão*

www.euipo.europa.eu

21 015095703-0004
25 EN - FR
22 18/03/2025
15 18/03/2025
45 24/03/2025
11 015095703-0004
72 Yuzhou DU
73 Shenzhen Lexqi Electronic Technology Co., Ltd
12/F, Building D, Huilongda Industrial Park,
Shilong Community, Shiyan Street, Bao'an
District,
Shenzhen
REPÚBLICA POPULAR DE CHINA
74 Isabelle Bertaux
55 rue Ramey
F-75018 PARIS
FRANCIA
51 10 - 02
54 BG - Смарт часовници

ES - Relojes inteligentes

CS - Chytré hodinky

DA - Smarture

DE - Smartwatches

ET - Nutikellad

EL - Έξυπνα ρολόγια χειρός

EN - Smartwatches

FR - Montres intelligentes

HR - Pametni ručni satovi

IT - Orologi intelligenti

LV - Viedie rokaspulksteņi

LT - Išmanieji rankiniai laikrodžiai

HU - Okosórák

MT - Arloġġi tal-idejn tat-tip smart

NL - Smartwatches

PL - Zegarki inteligentne

PT - Relógios de pulso inteligentes

RO - Ceasuri inteligente

SK - Inteligentné hodinky

SL - Pametne zapestne ure

FI - Älykellot

SV - Smarta klockor

30 -
55



0004.1



0004.2



0004.3



0004.4



0004.5



0004.6



0004.7

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/957,863** | **08/16/2024 12:33:17 AM Z ET** | **-** |

## Title of Invention

Smart Bracelet

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 9048 | FILED BY | Mandana Jafarinejad |
| PATENT CENTER # | 66808564 | FILING DATE | - |
| CUSTOMER # | – | FIRST NAMED INVENTOR | ShengLi Huang |
| CORRESPONDENCE ADDRESS | Mandana Jafarinejad<br>1 Park Plaza Suite 600<br>Irvine, CA 92614<br>US | AUTHORIZED BY | - |

## Documents

## TOTAL DOCUMENTS: 5

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| generatedADS66808564.pdf | 5 | Application Data Sheet | 109 KB |
| Specification.pdf | 1 | Specification | 83 KB |
| Drawings.pdf | 11 | Drawings-only black and white line drawings | 1632 KB |
| aia0018.pdf | 2 | Transmittal of New Application | 390 KB |
| sb0017.pdf | 2 | Fee Worksheet (SB06) | 307 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|

| | |
|---|---|
| generatedADS66808564.pdf | EBD150711D5F173EE0C018CEB089C503D7DCB53BDAC969E5647EC7061FB907FBCDE97802D60F849C76E7AF6DE3E04FE6AF66D050111A2EB5A4F9CC95482DA710 |
| Specification.pdf | 4C5618AD05B7BCD6610C36BA07E6A1D295EB0CEC59E8B56D24C6E5F6FAB81B844B85A71FD0F3EC20F2154957BF26DBE4AF6933B908DE1580845F1F2424C14363 |
| Drawings.pdf | 3460B802B88986A0E74539C03447F8D78C49A10A565C7CAAEFEC730B817BB99229D4532B86AA61231A09A8C53E30F8838DA54739A605BC7C9E7C584E738B20F5 |
| aia0018.pdf | 612DC636D784956A4A04AE34E57E8DDF71CF63716B01EC08CD21205A9241363E567D1080E228F5AC4F831C8DF1D38ABB9CE9BF069160B91C7AA2D52B3F1F1FE9 |
| sb0017.pdf | DDC41EAABF7F27EFF208E8A4D37BAF796D631DED38F178BAB25ECEFB761DC5FF610BFCF672288301FCDF71BA7D9C9190ACCB3C51DDE47561EB0E797CF07DF40D |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# 国家知识产权局

# 外观设计专利权评价报告

| | | |
|---|---|---|
| 专利号：ZL202430514079.4 | 申请日：2024-08-14 | 优先权日： |
| 授权公告日：2025-03-18 | 外观设计名称：智能手环（H59） | |
| 专利权人：深圳市力士其电子科技有限公司 | 请求人：深圳市力士其电子科技有限公司 | |
| 请求日：2025-04-12 | 形式审查合格日：2025-04-12 | |
| 评价报告总计 3 页 | ☒附有报告中引用的各相关文件的副本 11 份 | |
| 本专利权评价报告不是行政决定，当事人不能就本专利权评价报告提起行政复议和行政诉讼。 | | |
| 评价所针对的文本<br>☒ 与授权公告一并公布的专利文件<br>☐ 由生效的无效宣告请求审查决定维持有效的专利文件，其中涉及第__________号无效宣告请求审查决定 | | |
| 检索针对的外观设计：<br>☒ 全部外观设计__________；<br>☐ 外观设计__________未被检索，因为其主题属于专利法第 5 条或第 25 条规定的范围；<br>☐ 外观设计__________未被检索，因为不属于专利法第 2 条第 4 款规定的客体；<br>☐ 外观设计__________未被检索，因为其图片或者照片未清楚地显示要求专利保护的产品的外观设计。 | | |

**A. 外观设计的类别** 10−04

**B. 检索领域**

10−04；10−02；10−03；10−05；10−07；11−01；14−01；14−02；14−03；24−01；24−02

**C. 在检索时查阅的电子数据库(数据库的名称和/或使用的检索式)**

1985 年 9 月 10 日至 2025 年 4 月 29 日的《中国外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (申请日={.,2025−02−14})1998 年 5 月 15 日至 2025 年 3 月 14 日的《韩国外观设计专利公报》、1997 年 1 月 1 日至 2025 年 4 月 1 日的《美国外观设计专利公报》、2000 年 1 月 11 日至 2025 年 3 月 21 日的《日本外观设计专利公报》、2000 年 1 月 31 日至 2025 年 4 月 4 日的《WIPO 外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (公告日={.,2024−08−13})

**D. 相关文件**

| 类型 ★ | 文献号或书名（包括期刊卷号/期号） | 公开/出版/发行日期 | 类别 | 相关部分 | 涉及的外观设计 |
|---|---|---|---|---|---|
| A | CN305608967S | 2020−02−14 | 10−02 | 整体 | 全部 |
| A | USD0720635 | 2015−01−06 | 10−04 | 整体 | 全部 |
| A | CN305742175S | 2020−04−28 | 10−04 | 整体 | 全部 |
| A | USD0928647 | 2021−08−24 | 11−01 | 整体 | 全部 |
| A | CN304599074S | 2018−04−27 | 10−04 | 整体 | 全部 |
| A | CN305649200S | 2020−03−20 | 10−04 | 整体 | 全部 |
| A | CN302982273S | 2014−10−29 | 14−03 | 整体 | 全部 |
| A | CN304698629S | 2018−06−26 | 10−04 | 整体 | 全部 |
| A | CN304938858S | 2018−12−11 | 10−04 | 整体 | 全部 |
| A | CN305723271S | 2020−04−21 | 10−04 | 整体 | 全部 |

☐ 其余的相关文件，参见续页 。

★ 引用文件的专用类型：

“X” 单独导致外观设计专利不符合专利法第 23 条第 1 款和/或第 2 款规定的现有设计文件；

“Y” 与报告中其他现有设计文件结合导致外观设计专利不符合专利法第 23 条第 2 款规定的现有设计文件；

“R” 在申请日向专利局提交的属于同样的发明创造的外观设计专利文件；

“A” 背景文件，即反映外观设计的部分设计特征或者有关的现有设计文件；

“E” 与外观设计专利相同或实质相同的抵触申请文件；

“P” 中间文件，其公开日在外观设计专利的申请日与所要求的优先权日之间的文件，或者会导致需要核实外观设计专利优先权的文件。

**E. 关于是否符合授予专利权条件的初步结论以及对初步结论的具体说明和解释**

**1. 初步结论：**

☒ 全部外观设计未发现存在不符合授予专利权条件的缺陷。
☐ 全部外观设计不符合授予专利权条件。
☐ 该外观设计的__________不符合授予专利权条件，该外观设计的__________未发现存在不符合授予专利权条件的缺陷。

具体的不符合授予专利权条件的缺陷如下：
☐外观设计__________属于专利法第 5 条第 1 款规定的不授予专利权的范围。
☐外观设计__________属于专利法第 25 条第 1 款第 6 项规定的不授予专利权的范围。
☐外观设计__________不符合专利法第 2 条第 4 款的规定。
☐外观设计__________不符合专利法第 23 条第 1 款的规定。
☐外观设计__________不符合专利法第 23 条第 2 款的规定。
☐外观设计__________不符合专利法第 9 条的规定。
☐外观设计__________不符合专利法第 27 条第 2 款的规定。
☐外观设计__________不符合专利法第 33 条或实施细则第 49 条第 1 款的规定。

**2. 对初步结论的具体说明和解释：**

本专利与对比设计 1 以及其他现有设计在产品设计上存在明显区别，对于一般消费者来说，该差别对外观设计的整体视觉效果产生了显著影响，本专利与对比设计 1 以及其他现有设计相比均具有显著差异。因此，本专利符合专利法第 23 条第 1 款、第 2 款的规定。

此外，未发现本专利存在其他不符合专利法有关外观设计授权条件的缺陷。

☐ 对初步结论的具体说明和解释，参见续页 。

| | | | |
|---|---|---|---|
| 专利权评价报告<br>专用章<br>（印章：国家知识产权局 专利权评价报告专用章 1101036061182） | 评价员：<br>潘微微 | 审核员：<br>滕洪强 | 完成日期：<br>2025 年 04 月 30 日 |

**本专利:**

[11]授权公告号： CN 309178614 S [45]授权公告日： 2025−03−18

[22]申请日： 2024−08−14 [21]申请号： CN202430514079.4 分类号： 10−04

[72]设计人： 黄胜力 [30]优先权： 文献号： CN 309178614 S

[73]专利权人： 深圳市力士其电子科技有限公司 地址： 518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园 C 栋 4 楼

[74]专利代理机构： 深圳市洪荒之力专利代理有限公司 44541 代理人： 李青

[57]简要说明： 1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环（H59）

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图




后视图



左视图



右视图



俯视图



仰视图



立体图 1



立体图 2



A 部放大图

**本专利简要说明：**

1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图1。

**对比设计 1：**

[11]授权公告号： CN305608967S [45]授权公告日： 2020−02−14

[22]申请日： 2019−06−25 [21]申请号： CN201930331921.X 分类号： 10−02

[72]设计人： 温从允 [30]优先权： 文献号： CN305608967S

[73]专利权人： 深圳市魔力宝时代科技有限公司 地址： 518000 广东省深圳市福田区华强北街道燕南路 88 号 A 座 2004

[74]专利代理机构： 北京君泊知识产权代理有限公司 11496 代理人： 王程远

[57]简要说明： 1.本外观设计产品的名称：智能手表（D5）。2.本外观设计产品的用途：一种可以佩戴在手腕上的智能手表使用。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：主视图。

[54]使用外观设计的产品名称： 智能手表(D5)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图

对比设计 2：

[11]授权公告号： USD0720635 [45]授权公告日： 2015−01−06

[22]申请日： 2013−10−01 [21]申请号： US29/468517 分类号： 10−04

[72]设计人： Park,James;Martinez,Mark Manu... [30]优先权： 文献号： USD0720635

[73]专利权人： Fitbit, Inc. 地址： San Francisco,CA,US

[74]专利代理机构： 代理人： Weaver Austin Villeneuve & Sampson

[57]简要说明：

[54]使用外观设计的产品名称： Enhanced wristband health tracker

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



FIG. 1A is an isometric view of an enhanced wristband health tracker.



FIG. 1B is a right side view of the enhanced wristband health tracker.



FIG. 1C is a left side view of the enhanced wristband health tracker.




FIG. 1D is a front view of the enhanced wristband health tracker.



FIG. 1E is a back view of the enhanced wristband health tracker.



FIG. 1F is a top view of the enhanced wristband health tracker.



FIG. 1G is a bottom view of the enhanced wristband health tracker.



FIG. 1H is a removed sectional profile of the enhanced wristband health tracker drawn along the dash−dot−dot line 1H of FIG. 1G.



FIG. 1I is a removed sectional profile of the enhanced wristband health tracker drawn along the dash−dot−dot line 1I of FIG. 1G.

对比设计 2：



FIG. 1J is an off−angle view of the bottom of the enhanced wristband health tracker.



FIG. 1K is another off−angle view of the bottom of the enhanced wristband health tracker.



FIG. 2A is an isometric view of a larger enhanced wristband health tracker.



FIG. 2B is a right side view of the larger enhanced wristband health tracker.



FIG. 2C is a left side view of the larger enhanced wristband health tracker.



FIG. 2D is a front view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2F is a top view of the larger enhanced wristband health tracker.



FIG. 2G is a bottom view of the larger enhanced wristband health tracker.



FIG. 3A is a three−dimensional view of a peg component that is insertable into an end of the enhanced wristband health tracker and the larger enhanced wristband helath tracker of FIGS. 1A through 2G.



FIG. 3B is a three−dimensional bottom view of the peg component of FIG. 3A.



FIG. 3C is a side view of the peg component of FIG. 3A.



FIG. 3D is a bottom view of the peg component of FIG. 3A.



FIG. 3E is a front view of the peg component of FIG. 3A.



FIG. 3F is a top view of the peg component of FIG. 3A.



FIG. 3G is an opposing side view of the peg component of FIG. 3A; and,

对比设计 3：

[11]授权公告号： CN305742175S　　[45]授权公告日： 2020−04−28

[22]申请日： 2019−09−10　　[21]申请号： CN201930498734.0　　分类号： 10−04

[72]设计人： 郑永坚　　[30]优先权：　　文献号： CN305742175S

[73]专利权人： 深圳市璐歌实业有限公司　　地址： 518000 广东省深圳市前海深港合作区前湾一路 1 号 A 栋 201 室（入驻深圳市前海...

[74]专利代理机构： 合肥市科融知识产权代理事务所(普通合伙)34126　　代理人： 马小辉

[57]简要说明： 1.本外观设计产品的名称：智能手环（X3）。2.本外观设计产品的用途：用于一种具有定位、心率监测、计步、睡眠监测、时间等功能的智能手环。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：组合状态图 7。

[54]使用外观设计的产品名称： 智能手环(X3)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


组件 1 主视图


组件 1 后视图


组件 1 左视图


组件 1 右视图


组件 1 俯视图


组件 1 仰视图


组件 1 立体图


组件 2 主视图


组件 2 后视图

对比设计 3：


组件 2 左视图


组件 2 右视图


组件 2 俯视图


组件 2 仰视图


组件 2 立体图


组件 3 主视图


组件 3 后视图


组件 3 左视图


组件 3 右视图


组件 3 俯视图


组件 3 仰视图


组件 3 立体图


组合状态图 1


组合状态图 2


组合状态图 3


组合状态图 4


组合状态图 5


组合状态图 6

**对比设计 3：**



组合状态图 7

对比设计 4：

[11]授权公告号： USD0928647 [45]授权公告日： 2021−08−24

[22]申请日： 2020−11−09 [21]申请号： US29/757714 分类号： 11−01

[72]设计人： Harms,Hannes;Robertson,Ben;Ch... [30]优先权： 文献号： USD0928647

[73]专利权人： GOOGLE LLC 地址： Mountain View,CA,US

[74]专利代理机构： 代理人： Leason Ellis LLP

[57]简要说明： FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;FIG. 2 is a front elevation view thereof;FIG. 3 is a rear elevation view thereof;FIG. 4 is a right side elevational view thereof;FIG. 5 is a left side elevational view thereof;FIG. 6 is a t...

[54]使用外观设计的产品名称： Wristband for tracking fitness

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;



FIG. 2 is a front elevation view thereof;



FIG. 3 is a rear elevation view thereof;



FIG. 4 is a right side elevational view thereof;



FIG. 5 is a left side elevational view thereof;



FIG. 6 is a top plan view thereof;



FIG. 7 is a bottom plan view thereof;



FIG. 8 is a front right perspective view of the bottom thereof;



FIG. 9 is a right perspective view of the wristband for tracking fitness of FIG. 1, showing our new design in a folded position;

对比设计 4：



FIG. 10 is a front elevation view thereof;



FIG. 11 is a rear elevation view thereof;



FIG. 12 is a right side elevational view thereof;



FIG. 13 is a left side elevational view thereof;



FIG. 14 is a top plan view thereof;



FIG. 15 is a bottom plan view thereof; and,



FIG. 16 is a right rear perspective view thereof.

**对比设计 5：**

[11]授权公告号： CN304599074S [45]授权公告日： 2018−04−27

[22]申请日： 2017−11−09 [21]申请号： CN201730549655.9 分类号： 10−04(11)

[72]设计人： 严凯波 [30]优先权： 文献号： CN304599074S

[73]专利权人： 深圳市奇洛普科技有限公司 地址： 518000 广东省深圳市龙岗区布吉街道布吉镇龙园意境 34 栋 2701

[74]专利代理机构： 代理人：

[57]简要说明： 1. 本外观设计产品的名称：智能手环（H7）。2. 本外观设计产品的用途：本外观设计产品用于智能手表领域。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(H7)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

**对比设计 6：**

[11]授权公告号： CN305649200S　　[45]授权公告日： 2020−03−20

[22]申请日： 2019−09−18　　[21]申请号： CN201930512491.1　　分类号： 10−04

[72]设计人： 牟嘉锐　　[30]优先权：　　文献号： CN305649200S

[73]专利权人： 深圳市超级猩猩健身管理有限公司　　地址： 518000 广东省深圳市南山区沙河街道华侨城金众工业小区 201 栋五楼 501 室

[74]专利代理机构： 深圳中一联合知识产权代理有限公司 44414　　代理人： 褚淑杰

[57]简要说明： 1.本外观设计产品的名称：智能手环。2.本外观设计产品的用途：用于智能手环。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

**对比设计 7：**

[11]授权公告号： CN302982273S [45]授权公告日： 2014−10−29

[22]申请日： 2014−05−15 [21]申请号： CN201430133904.2 分类号： 14−03

[72]设计人： 董全超 [30]优先权： 文献号： CN302982273S

[73]专利权人： 惠州 TCL 移动通信有限公司 地址： 516006 广东省惠州市仲恺高新区和畅七路西 86 号

[74]专利代理机构： 深圳市威世博知识产权代理事务所(普通合伙)44280 代理人： 何青瓦

[57]简要说明： 1. 本外观设计产品的名称：手环（Wristband1st）。2. 本外观设计产品的用途：本外观设计产品用于通信。3. 本外观设计产品的设计要点：在于产品的形状。4. 最能表明本外观设计设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 手环(Wristband 1st)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图



后视图



左视图



右视图



俯视图



仰视图



立体图 1



立体图 2

**对比设计 8：**

[11]授权公告号： CN304698629S [45]授权公告日： 2018-06-26

[22]申请日： 2018-02-02 [21]申请号： CN201830051096.3 分类号： 10-04(11)

[72]设计人： 王硕;郝鸿亚 [30]优先权： 文献号： CN304698629S

[73]专利权人： 青岛耶鲁斯通科技有限责任公司 地址： 266000 山东省青岛市黄岛区珠海东路 288 号东方金石大厦 608 室

[74]专利代理机构： 青岛永基知识产权代理事务所(普通合伙)37235 代理人： 殷雷

[57]简要说明： 1. 本外观设计产品的名称：智能手环。2. 本外观设计产品的用途：本外观设计产品用于监测人在运动时的数据以及购买时进行支付。3. 本外观设计产品的设计要点：形状和图案。4. 最能表明本外观设计设计要点的图片或照片：立体图。5. 省略视图：左右视图对称，省略右视图；俯视图和仰视图没有设计要点省略。

[54]使用外观设计的产品名称： 智能手环

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图



后视图



左视图



立体图



使用状态图

**对比设计 9：**

[11]授权公告号： CN304938858S [45]授权公告日： 2018-12-11

[22]申请日： 2018-07-19 [21]申请号： CN201830389746.5 分类号： 10-04

[72]设计人： 汪冬 [30]优先权： 文献号： CN304938858S

[73]专利权人： 汪冬 地址： 518000 广东省深圳市福田区商报路天健创业大厦1919

[74]专利代理机构： 深圳市远航专利商标事务所(普通合伙)44276@深圳市远航专利商标事务所(普通合伙)44276 代理人： 张朝阳;袁浩华

[57]简要说明： 1. 本外观设计产品的名称：智能手环(W10)。2. 本外观设计产品的用途：本外观设计产品用于智能手环,是一种穿戴式智能设备。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(W10)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

对比设计 10：

[11]授权公告号： CN305723271S　　[45]授权公告日： 2020−04−21

[22]申请日： 2019−10−08　　[21]申请号： CN201930544327.9　　分类号： 10−04

[72]设计人： 赵海军　　[30]优先权：　　文献号： CN305723271S

[73]专利权人： 深圳市佰亿美科技有限公司　　地址： 518000 广东省深圳市宝安区新安街道宝民一道广场大厦 1011−1013 室

[74]专利代理机构： 深圳市千纳专利代理有限公司 44218　　代理人： 黄良宝

[57]简要说明： 1.本外观设计产品的名称：智能手环（P13）。2.本外观设计产品的用途：用于显示时间、记录人体运动量数据以及心率变化。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环(P13)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

An official website of the United States government Here's how you know



# 29/957,863 | -: Smart Bracelet

PRIVATE VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 29/957,863 | 9048 | - Edit | - | 08/16/2024 | Application Undergoing Preexam Processing 08/16/2024 |

Application Data
Documents & Transactions
Continuity
Patent Term Adjustment
Foreign priority
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

## Application data

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

## Correspondence address

## Inventors

## Applicants

Humid Now
Search
11:09 AM
7/29/2025

Documents & Transactions
Continuity
Patent Term Adjustment
Foreign priority
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

## Correspondence address

202308 - Mandana Jafarinejad
1 Park Plaza Suite 600
Irvine, CA
UNITED STATES

## Inventors

ShengLi Huang
Shenzhen (CN)

## Applicants

Shenzhen Lexqi Electronic Technology Co., Ltd.
Shenzhen (CN)



Receive updates from the USPTO
Enter your email to subscribe or update your preferences
your@email.com
Subscribe
uspto UNITED STATES PATENT AND TRADEMARK OFFICE
Follow us
https://www.commerce.gov
Men's Singles
Match results
Search
7:37 PM
7/29/2025

This XML file does not appear to have any style information associated with it. The document tree is shown below.


```
<PatentApplicationData>
  <FileHeader>
    <FileCreationTimeStamp>2025-07-29</FileCreationTimeStamp>
  </FileHeader>
  <CorrespondenceInfo>
    <CorrespondenceAddresses>
      <CorrespondenceAddress>
        <NameLine1>Mandana Jafarinejad</NameLine1>
        <AddressLine1>1 Park Plaza Suite 600</AddressLine1>
        <City>Irvine</City>
        <GeographicRegion>
          <GeographicRegionCode>CA</GeographicRegionCode>
          <GeographicRegionName>CALIFORNIA</GeographicRegionName>
        </GeographicRegion>
        <PostalCode>92614</PostalCode>
        <CountryCode>US</CountryCode>
        <CountryName>UNITED STATES</CountryName>
      </CorrespondenceAddress>
    </CorrespondenceAddresses>
    <CorrespondenceInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>ACTIVE</AgentStatus>
        </Attorney>
      </Attorneys>
    </CorrespondenceInfo>
  </CorrespondenceInfo>
  <POAInfo>
    <POAInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <MiddleName/>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>67974</AgentStatus>
        </Attorney>
      </Attorneys>
    </POAInfo>
  </POAInfo>
```

<ApplicationBibliographicData>
<ApplicationNumber>29957863</ApplicationNumber>
<ApplicationStatusCode>19</ApplicationStatusCode>
<ApplicationStatusText>Application Undergoing Preexam Processing</ApplicationStatusText>
<ApplicationStatusDate>2024-08-16</ApplicationStatusDate>
<ConfirmationNumber>9048</ConfirmationNumber>
<CustomerNumber>202308</CustomerNumber>
<FilingDate>2024-08-16</FilingDate>
<GroupArtUnit>2913</GroupArtUnit>
<InventionSubjectMatterType>DES</InventionSubjectMatterType>
<InventionTitle>Smart Bracelet</InventionTitle>
<PatentClass>D14</PatentClass>
<PatentSubclass/>
<IsPublic>false</IsPublic>
</ApplicationBibliographicData>
<Inventors>
<Inventor>
<InventorName>
<FirstName>ShengLi</FirstName>
<LastName>Huang</LastName>
</InventorName>
<InventorAddresses>
<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
</InventorAddresses>
</Inventor>
</Inventors>
<Applicants>
<Applicant>
<LegalEntityName>Shenzhen Lexqi Electronic Technology Co., Ltd.</LegalEntityName>
<AppliantAddresses>
<AppliantAddress>
<NameLine1>Shenzhen Lexqi Electronic Technology Co., Ltd.</NameLine1>
<AddressLine1>12/F, Building D, Huilongda Industrial Park,</AddressLine1>
<AddressLine2>Shilong Community, Shiyan Street, Bao'an District</AddressLine2>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</AppliantAddress>
</AppliantAddresses>
</Applicant>
</Applicants>
<FileContentHistories>
<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
<FileContentHistory>

<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Notice Mailed--Application Incomplete--Filing Date Assigned</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Filing Receipt</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>PTO/SB/69-Authorize EPO Access to Search Results</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Applicants have given acceptable permission for participating foreign</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-19</TransactionDate>
<TransactionDescription>Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Entity Status Set To Undiscounted (Initial Default Setting or Status Change)</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Initial Exam Team nn</TransactionDescription>
<StatusNumber>19</StatusNumber>
<StatusDescription>Application Undergoing Preexam Processing</StatusDescription>
</FileContentHistory>
</FileContentHistories>
▼<ImageFileWrapperList>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Electronic Fee Payment</DocumentDescription>
<FileWrapperDocumentCode>N417.PYMT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal of New Application</DocumentDescription>
<FileWrapperDocumentCode>TRNA</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Application Data Sheet</DocumentDescription>
<FileWrapperDocumentCode>ADS</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>5</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>

<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Specification</DocumentDescription>
<FileWrapperDocumentCode>SPEC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Drawings-only black and white line drawings</DocumentDescription>
<FileWrapperDocumentCode>DRW</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>11</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Placeholder sheet indicating presence of supplemental content in Supplemental Complex Repository for Examiners(SCORE)</DocumentDescription>
<FileWrapperDocumentCode>SCORE</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Filing Receipt</DocumentDescription>
<FileWrapperDocumentCode>APP.FILE.REC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>3</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Notice to File Missing Parts</DocumentDescription>
<FileWrapperDocumentCode>NTC.MISS.PRT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Welcome Letter from USPTO Director and Deputy Director</DocumentDescription>
<FileWrapperDocumentCode>WELCOME.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Extension of Time</DocumentDescription>
<FileWrapperDocumentCode>XT/</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Applicant Response to Pre-Exam Formalities Notice</DocumentDescription>
<FileWrapperDocumentCode>PEFR</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>

<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Miscellaneous Internal Document</DocumentDescription>
<FileWrapperDocumentCode>IMIS</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Change of Address</DocumentDescription>
<FileWrapperDocumentCode>C.AD</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
</ImageFileWrapperList>
<ForeignPriorities/>
▼<SupplementalContents>
▼<SupplementalContent>
<SupplementalContentCategory>Appendix</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>CertificateOfCorrection</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>CertifiedColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ChemicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ComputerProgramListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>DesignDrawings</SupplementalContentCategory>
<SupplementalContentQuantity>1</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>InterimCopy</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>MathematicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ProteinCrystals</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>

</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SearchResults</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SequenceListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>Tables</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>USPatentColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
</SupplementalContents>
<FirstActionPrediction>
<ApplicationStatusCode>19</ApplicationStatusCode>
<PredictionTimePeriod>3</PredictionTimePeriod>
</FirstActionPrediction>
<InternationalRegistrationNumbers/>
<Fees>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2312</FeeCode>
<FeeAmount>256</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>256</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2012</FeeCode>
<FeeAmount>88</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>88</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2112</FeeCode>
<FeeAmount>64</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>64</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
</Fees>
</PatentApplicationData>

## Hendershott, Jack

**From:** Hendershott, Jack
**Sent:** Tuesday, September 9, 2025 11:31 AM
**To:** Hendershott, Jack
**Subject:** FW: Infringement of Whoop. Inc.'s Intellectual Property Rights by Harry Williams

---

**From:** Sunny Chan <sunny@timexpose.com>
**Sent:** Friday, August 1, 2025 4:56:00 PM
**To:** josh.dalton@morganlewis.com <josh.dalton@morganlewis.com>
**Subject:** Infringement of Whoop. Inc.'s Intellectual Property Rights by Harry Williams

[EXTERNAL EMAIL]
Dear Joshua,

My name is Sunny Chan. I am the manager in Timexpose International Limited.

I represent Timexpose International Limited in connection with certain intellectual property matters.

I am writing in response to your demand letter dated 18 July 2025, concerning the allegations made by your client, Whoop. We are in receipt of your legal notice dated [date] regarding alleged infringement of Whoop's intellectual property rights related to smart wristbands sold on Amazon. After carefully reviewing the claims outlined in your letter, I respectfully dispute the assertions and demands presented therein. We categorically deny these allegations and provide the following points in our defense:

**Legitimate Supply Chain & Authorization**

Our smart wristbands (Harry Williams logo) were legally procured from Shenzhen Lexgi Electronic Technology Co., Ltd., a company that holds its own design patents for the product.

We operate under formal authorization from Shenzhen Lexgi.

**Patent Status of Shenzhen Lexgi's Design**

Shenzhen Lexgi's design has already been registered in the EU (**Application No.: [015095703-0004]**). and in the United States of America with USPTO in August 2024 (**Application No.: [29/957,863]**).

Whoop's USPTO filing for a similar design was submitted only in March 2025 **(Application No.: [99080005])** and remains in "Pending" status.

Under U.S. patent law (35 U.S.C. § 154), a pending application does not confer enforceable rights, meaning Whoop cannot yet claim infringement based on an unapproved patent.

We have registered the patent design before you submitted the application.

We holds valid and subsisting copyright and patent protections in the People's Republic of China, United States of America, Europe pertaining to our product.

Please be advised that we reserve the right to take all necessary legal action to protect our interests, including but not limited to initiating court proceedings, seeking injunctive relief, and/or claiming damages.

**No Infringement of Valid Rights**

Since Whoop's application is still pending and Shenzhen Lexgi's design predates Whoop's filing, no valid infringement claim exists.

We have conducted due diligence and confirm that our product does not violate any enforceable intellectual property rights.

**Request for Withdrawal of Claims**

Given the above, we demand that Whoop immediately withdraw its infringement allegations and cease any further unjustified legal actions or Amazon complaints against our business.

Failure to do so may compel us to seek legal remedies for unfounded claims causing reputational and financial harm.

We trust this clarifies our position. Should you require additional documentation, we are prepared to provide it. However, we expect a prompt resolution to this matter.

Best regards,
Sunny Chan

**Hendershott, Jack**

| | |
|---|---|
| **From:** | Dalton, Joshua M. |
| **Sent:** | Tuesday, August 12, 2025 8:37 AM |
| **To:** | Hendershott, Jack |
| **Subject:** | Fw: Subject: Formal Response Regarding Your Infringement Warning Letter of August 4, 2025 (Involving Amazon ASIN: B0F2TCB88Y) |
| **Attachments:** | Amazon sales records.pdf; Product display comparison chart.pdf |

**Joshua M. Dalton** (he/him)
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Cell: 617-875-1964
josh.dalton@morganlewis.com | www.morganlewis.com

---

**From:** yi ting <ytingus2025@outlook.com>
**Sent:** Tuesday, August 12, 2025 3:38:08 AM
**To:** josh.dalton@morganlewis.com <josh.dalton@morganlewis.com>
**Subject:** Subject: Formal Response Regarding Your Infringement Warning Letter of August 4, 2025 (Involving Amazon ASIN: B0F2TCB88Y)

[EXTERNAL EMAIL]
Dear Dalton, Attorney:

We have received your infringement warning letter dated August 4, 2025, issued on behalf of Whoop, Inc. ("Whoop"). We appreciate your dedication to protecting your intellectual property rights. However, after careful evaluation, we believe your claims lack legal and factual basis. We hereby explain the core issues below and look forward to resolving them through friendly negotiations:

I. Clarification of Legal Position

Your trademark has not yet been registered, and we have prior use rights.

The figurative trademark you referenced (application number: 99080005) was filed on March 12, 2025, and is currently under review.

Similar products have been sold continuously on Amazon US since February 2025 (see attached sales record screenshots in Attachment 1 for details), significantly predating your application. Under the "prior use doctrine" of U.S. trademark law (15 U.S.C. §1052(d)), we have the legal right to continue using the trademark within the original scope.

There are substantial differences between our products, and there is no likelihood of consumer confusion.

Functional positioning differences: Your product's design, structural design, and wearing method are significantly different from ours in terms of usage scenarios and target audience.

There is no subjective intent to infringe, and the principle of good faith use is met.

We were unaware of the existence of your trademark during the sales process (until we received the warning letter), and we did not reference your brand elements in our product descriptions, packaging, or advertising. We operate entirely under our own brand.

2. Legitimacy of EGQINR's Supply Chain
Our products are purchased from Shenzhen Lexqi Electronic Technology Co., Ltd. ("Lexgi") and we hold official authorization from them. Lexgi holds the EU design patent (No. 015095703-0004) and US design patent application (No. 29/957,863, filed in August 2024) for this design.

II. Proposed Solution
To avoid escalating misunderstandings, we recommend the following:
Written confirmation of non-infringement: Declare that you will no longer assert your rights in this matter.

Important Note: If you insist on your accusation, we will be forced to file a trademark opposition with the USPTO (based on our prior use rights) and reserve the right to pursue legal action for damage to our reputation caused by malicious warnings.

Appendix List
Appendix 1: Screenshot of Amazon Keepa listing time and ASIN

Appendix 2: Comparison of the appearance of both products

Other sellers provided by lesqi suppliers listed their products earlier than March



https://www.amazon.com/dp/B0DSF5GNKY/ref=pd_sbs_d_sccl_1_12/140-6051494-7769143?pd_rd_w=OJHmY&content-id=amzn1.sym.2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_p=2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_r=8X6P0AAV5V64JW5506RH&pd_rd_wg=NFEQA&pd_rd_r=4d2bb9c2-3ff5-4fcc-ae66-1f5df50ad161&pd_rd_i=B0DSF5GNKY&th=1



https://www.amazon.com/dp/B0DS2GVXKF/ref=pd_sbs_d_sccl_1_11/140-6051494-7769143?pd_rd_w=OJHmY&content-id=amzn1.sym.2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_p=2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_r=8X6P0AAV5V64JW5506RH&pd_rd_wg=NFEQA&pd_rd_r=4d2bb9c2-3ff5-4fcc-ae66-1f5df50ad161&pd_rd_i=B0DS2GVXKF&psc=1

# Product display comparison chart



(1) WHOOP (left) | EGQINR (right)



(2) WHOOP (left) | EGQINR (right)

**Hendershott, Jack**

---

**From:** Dalton, Joshua M.
**Sent:** Tuesday, August 12, 2025 8:39 AM
**To:** Hendershott, Jack
**Subject:** Fw: Statement Regarding Whoop Infringement
**Attachments:** 2025-03-18外观设计专利证书2024305140794智能手环（H59） (1)(1).pdf; 20240814-美国-外观专利-H59 智能手环-仅需绘图-（8视图+1放大图+赠送俯仰视图放大图）-F(2).pdf; H59 美国外观专利回执.pdf; H59 欧盟外观专利.pdf; H59专利权评价报告.pdf; 美国专利网查询结果1.png; 美国专利网查询结果2.png; 美国专利网查询结果下载.xml; 授权书--Munnrei.pdf

**Joshua M. Dalton** (he/him)
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8284 | Main: +1.617.341.7700 | Cell: 617-875-1964
josh.dalton@morganlewis.com | www.morganlewis.com

---

**From:** 3766507718 <3766507718@qq.com>
**Sent:** Monday, August 11, 2025 11:49:10 PM
**To:** josh.dalton@morganlew... <josh.dalton@morganlewis.com>
**Subject:** Statement Regarding Whoop Infringement

[EXTERNAL EMAIL]

Dear Joshua,

My name is Alan.

L represent Munnrei imited in connection with certain intellectual property matters

I am writing in response to your demand letter dated 30 July 2025, concerning the allegations made by yourclient. Whoop, We are in receipt of your leaal notice dated idatel regarding alleged infringement of Whoop'sintellectual property rights related to smart wristbands sold on Amazon. After carefuly reviewing the claimsoutlined in your letter,Irespectfully dispute theassertions and demands presented therein. We categoricalldeny these allegations and provide the following points in our defense

Legitimate Supply Chain & Authorization

Our smart wristbands Munnrei were legally procured from Shenzhen Lexgi Electronic TechnologyOur smart wristbandsCo,, Ltd., a company that holds its own design patents for the product.

We operate under formal authorization from Shenzhen Lexgi

Patent Status of Shenzhen Lexgi's Design

Shenzhen Lexgi's design has already been registered in the EU (Application No.: [015095703-0004). andin the United States of America with USPTO in August 2024 (Application No.: [29/957,863]).

Whoop's USPTO filing for a similar design was submitted only in March 2025 (Application No.!

[99080005])and remains in "Pending" status.

Under U,S. patent law (35 U.S.C. 6 154), a pending application does not confer enforceable rights, meaningWhoop cannot yet claim infringement based on an unapproved patent.

We have registered the patent design before you submitted the application.

We holds valid and subsisting copyright and patent protections in the People's Republic of China, UnitedStates of America, Europe pertaining to our product.

Please be advised that we reserve the right to take all necessary legal action to protect our interests, includingbut not limited to initiating court proceedings, seeking injunctive relief, and/or claiming damages.

No infringement of Valid Rights

Since Whoop's application is stil pending and Shenzhen Lexgi's design predates Whoop's filing, no validinfringement claim exists.

We have conducted due diligence and confirm that our product does not violate any enforceable intellectualproperty rights.

Request for Withdrawal of Claims

Given the above, we demand that Whoop immediately withdraw its infringement allegations and cease anyfurther unjustified legal actions or Amazon complaints against our business.

Failure to do so may compel us to seek legal remedies for unfounded claims causing reputational andfinancial harm.

We trust this clarifies our position. Should you require additional documentation, we are prepared to provide itHowever, we expect a prompt resolution to this matter.

Best regards

Alan

证书号第9204732号

专利公告信息

# 外观设计专利证书

外观设计名称：智能手环（H59）

专 利 权 人：深圳市力士其电子科技有限公司

地　　　址：518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园C栋4楼

设　计　人：黄胜力

专　　利　号：ZL 2024 3 0514079.4　　　授权公告号：CN 309178614 S

专利申请日：2024年08月14日　　　授权公告日：2025年03月18日

申请日时申请人：深圳市力士其电子科技有限公司

申请日时设计人：黄胜力

国家知识产权局依照中华人民共和国专利法进行审查，决定授予专利权，并予以公告。

专利权自授权公告之日起生效。专利权有效性及专利权人变更等法律信息以专利登记簿记载为准。

局长

申长雨

国家知识产权局

2025年03月18日




FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6




FIG. 7




FIG. 8



FIG. 9



FIG. 10



FIG. 11

*Registered / Enregistré 18/03/2025*

*No 015095703-0004*

EUIPO
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

## EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE
## CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

## OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE
## CERTIFICAT D'ENREGISTREMENT

Le présent Certificat d'Enregistrement est émis pour le Dessin ou Modèle Communautaire enregistré spécifié ci-dessous. Les inscriptions afférentes ont été portées au Registre des Dessins ou Modèles Communautaires.

*The Executive Director / Le Directeur exécutif*

*João Negrão*

www.euipo.europa.eu

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

OFFICE DE L'UNION EUROPÉENNE POUR LA PROPRIÉTÉ INTELLECTUELLE

21 015095703-0004
25 EN - FR
22 18/03/2025
15 18/03/2025
45 24/03/2025
11 015095703-0004
72 Yuzhou DU
73 Shenzhen Lexqi Electronic Technology Co., Ltd
12/F, Building D, Huilongda Industrial Park,
Shilong Community, Shiyan Street, Bao'an
District,
Shenzhen
REPÚBLICA POPULAR DE CHINA
74 Isabelle Bertaux
55 rue Ramey
F-75018 PARIS
FRANCIA
51 10 - 02
54 BG - Смарт часовници

ES - Relojes inteligentes

CS - Chytré hodinky

DA - Smarture

DE - Smartwatches

ET - Nutikellad

EL - Έξυπνα ρολόγια χειρός

EN - Smartwatches

FR - Montres intelligentes

HR - Pametni ručni satovi

IT - Orologi intelligenti

LV - Viedie rokaspulksteņi

LT - Išmanieji rankiniai laikrodžiai

HU - Okosórák

MT - Arloġġi tal-idejn tat-tip smart

NL - Smartwatches

PL - Zegarki inteligentne

PT - Relógios de pulso inteligentes

RO - Ceasuri inteligente

SK - Inteligentné hodinky

SL - Pametne zapestne ure

FI - Älykellot

SV - Smarta klockor

30 -
55



0004.1



0004.2



0004.3



0004.4



0004.5



0004.6



0004.7

# 国家知识产权局

# 外观设计专利权评价报告

| | | |
|---|---|---|
| 专利号：ZL202430514079.4 | 申请日：2024-08-14 | 优先权日： |
| 授权公告日：2025-03-18 | 外观设计名称：智能手环（H59） | |
| 专利权人：深圳市力士其电子科技有限公司 | 请求人：深圳市力士其电子科技有限公司 | |
| 请求日：2025-04-12 | 形式审查合格日：2025-04-12 | |
| 评价报告总计 3 页 | ☒附有报告中引用的各相关文件的副本 11 份 | |
| 本专利权评价报告不是行政决定，当事人不能就本专利权评价报告提起行政复议和行政诉讼。 | | |
| 评价所针对的文本<br>☒ 与授权公告一并公布的专利文件<br>☐ 由生效的无效宣告请求审查决定维持有效的专利文件，其中涉及第__________号无效宣告请求审查决定 | | |
| 检索针对的外观设计：<br>☒ 全部外观设计__________；<br>☐ 外观设计__________未被检索，因为其主题属于专利法第 5 条或第 25 条规定的范围；<br>☐ 外观设计__________未被检索，因为不属于专利法第 2 条第 4 款规定的客体；<br>☐ 外观设计__________未被检索，因为其图片或者照片未清楚地显示要求专利保护的产品的外观设计。 | | |

**A. 外观设计的类别** 10−04

**B. 检索领域**

10−04；10−02；10−03；10−05；10−07；11−01；14−01；14−02；14−03；24−01；24−02

**C. 在检索时查阅的电子数据库(数据库的名称和/或使用的检索式)**

1985 年 9 月 10 日至 2025 年 4 月 29 日的《中国外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (申请日={.,2025−02−14})1998 年 5 月 15 日至 2025 年 3 月 14 日的《韩国外观设计专利公报》、1997 年 1 月 1 日至 2025 年 4 月 1 日的《美国外观设计专利公报》、2000 年 1 月 11 日至 2025 年 3 月 21 日的《日本外观设计专利公报》、2000 年 1 月 31 日至 2025 年 4 月 4 日的《WIPO 外观设计专利公报》：(洛迦诺分类号=10−04;10−02;10−03;10−05;10−07;11−01;14−01;14−02;14−03;24−01;24−02) AND (公告日={.,2024−08−13})

**D. 相关文件**

| 类型 ★ | 文献号或书名（包括期刊卷号/期号） | 公开/出版/发行日期 | 类别 | 相关部分 | 涉及的外观设计 |
|---|---|---|---|---|---|
| A | CN305608967S | 2020−02−14 | 10−02 | 整体 | 全部 |
| A | USD0720635 | 2015−01−06 | 10−04 | 整体 | 全部 |
| A | CN305742175S | 2020−04−28 | 10−04 | 整体 | 全部 |
| A | USD0928647 | 2021−08−24 | 11−01 | 整体 | 全部 |
| A | CN304599074S | 2018−04−27 | 10−04 | 整体 | 全部 |
| A | CN305649200S | 2020−03−20 | 10−04 | 整体 | 全部 |
| A | CN302982273S | 2014−10−29 | 14−03 | 整体 | 全部 |
| A | CN304698629S | 2018−06−26 | 10−04 | 整体 | 全部 |
| A | CN304938858S | 2018−12−11 | 10−04 | 整体 | 全部 |
| A | CN305723271S | 2020−04−21 | 10−04 | 整体 | 全部 |

☐ 其余的相关文件，参见续页 。

★ 引用文件的专用类型：

“X” 单独导致外观设计专利不符合专利法第 23 条第 1 款和/或第 2 款规定的现有设计文件；

“Y” 与报告中其他现有设计文件结合导致外观设计专利不符合专利法第 23 条第 2 款规定的现有设计文件；

“R” 在申请日向专利局提交的属于同样的发明创造的外观设计专利文件；

“A” 背景文件，即反映外观设计的部分设计特征或者有关的现有设计文件；

“E” 与外观设计专利相同或实质相同的抵触申请文件；

“P” 中间文件，其公开日在外观设计专利的申请日与所要求的优先权日之间的文件，或者会导致需要核实外观设计专利优先权的文件。

**E. 关于是否符合授予专利权条件的初步结论以及对初步结论的具体说明和解释**

**1. 初步结论：**

☒ 全部外观设计未发现存在不符合授予专利权条件的缺陷。
☐ 全部外观设计不符合授予专利权条件。
☐ 该外观设计的__________不符合授予专利权条件，该外观设计的__________未发现存在不符合授予专利权条件的缺陷。

具体的不符合授予专利权条件的缺陷如下：
☐外观设计__________属于专利法第 5 条第 1 款规定的不授予专利权的范围。
☐外观设计__________属于专利法第 25 条第 1 款第 6 项规定的不授予专利权的范围。
☐外观设计__________不符合专利法第 2 条第 4 款的规定。
☐外观设计__________不符合专利法第 23 条第 1 款的规定。
☐外观设计__________不符合专利法第 23 条第 2 款的规定。
☐外观设计__________不符合专利法第 9 条的规定。
☐外观设计__________不符合专利法第 27 条第 2 款的规定。
☐外观设计__________不符合专利法第 33 条或实施细则第 49 条第 1 款的规定。

**2. 对初步结论的具体说明和解释：**

本专利与对比设计 1 以及其他现有设计在产品设计上存在明显区别，对于一般消费者来说，该差别对外观设计的整体视觉效果产生了显著影响，本专利与对比设计 1 以及其他现有设计相比均具有显著差异。因此，本专利符合专利法第 23 条第 1 款、第 2 款的规定。

此外，未发现本专利存在其他不符合专利法有关外观设计授权条件的缺陷。

☐ 对初步结论的具体说明和解释，参见续页 。

| 专利权评价报告<br>专用章 | 评价员：<br>潘微微 | 审核员：<br>滕洪强 | 完成日期：<br>2025 年 04 月 30 日 |
|---|---|---|---|

国家知识产权局 专利权评价报告专用章 1101020041182

**本专利:**

[11]授权公告号： CN 309178614 S [45]授权公告日： 2025−03−18

[22]申请日： 2024−08−14 [21]申请号： CN202430514079.4 分类号： 10−04

[72]设计人： 黄胜力 [30]优先权： 文献号： CN 309178614 S

[73]专利权人： 深圳市力士其电子科技有限公司 地址： 518000 广东省深圳市宝安区石岩街道北环路横坑大道富达工业园 C 栋 4 楼

[74]专利代理机构： 深圳市洪荒之力专利代理有限公司 44541 代理人： 李青

[57]简要说明： 1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环（H59）

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图




后视图



左视图



右视图



俯视图



仰视图



立体图 1



立体图 2



A 部放大图

**本专利简要说明：**

1.本外观设计产品的名称：智能手环（H59）。2.本外观设计产品的用途：用于运动数据追踪、记录。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图1。

**对比设计 1：**

[11]授权公告号： CN305608967S [45]授权公告日： 2020−02−14

[22]申请日： 2019−06−25 [21]申请号： CN201930331921.X 分类号： 10−02

[72]设计人： 温从允 [30]优先权： 文献号： CN305608967S

[73]专利权人： 深圳市魔力宝时代科技有限公司 地址： 518000 广东省深圳市福田区华强北街道燕南路 88 号 A 座 2004

[74]专利代理机构： 北京君泊知识产权代理有限公司 11496 代理人： 王程远

[57]简要说明： 1.本外观设计产品的名称：智能手表（D5）。2.本外观设计产品的用途：一种可以佩戴在手腕上的智能手表使用。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：主视图。

[54]使用外观设计的产品名称： 智能手表(D5)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图

**对比设计 2：**

| | | | | | |
|---|---|---|---|---|---|
| [11]授权公告号： | USD0720635 | | | [45]授权公告日： | 2015-01-06 |
| [22]申请日： | 2013-10-01 | [21]申请号： | US29/468517 | 分类号： | 10-04 |
| [72]设计人： | Park,James;Martinez,Mark Manu... | [30]优先权： | | 文献号： | USD0720635 |
| [73]专利权人： | Fitbit, Inc. | 地址： | San Francisco,CA,US | | |
| [74]专利代理机构： | | | | 代理人： | Weaver Austin Villeneuve & Sampson |
| [57]简要说明： | | | | | |
| [54]使用外观设计的产品名称： | Enhanced wristband health tracker | | | | |

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



FIG. 1A is an isometric view of an enhanced wristband health tracker.



FIG. 1B is a right side view of the enhanced wristband health tracker.



FIG. 1C is a left side view of the enhanced wristband health tracker.




FIG. 1D is a front view of the enhanced wristband health tracker.



FIG. 1E is a back view of the enhanced wristband health tracker.



FIG. 1F is a top view of the enhanced wristband health tracker.



FIG. 1G is a bottom view of the enhanced wristband health tracker.



FIG. 1H is a removed sectional profile of the enhanced wristband health tracker drawn along the dash-dot-dot line 1H of FIG. 1G.



FIG. 1I is a removed sectional profile of the enhanced wristband health tracker drawn along the dash-dot-dot line 1I of FIG. 1G.

对比设计 2：



FIG. 1J is an off–angle view of the bottom of the enhanced wristband health tracker.



FIG. 1K is another off–angle view of the bottom of the enhanced wristband health tracker.



FIG. 2A is an isometric view of a larger enhanced wristband health tracker.



FIG. 2B is a right side view of the larger enhanced wristband health tracker.



FIG. 2C is a left side view of the larger enhanced wristband health tracker.



FIG. 2D is a front view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2E is a back view of the larger enhanced wristband health tracker.



FIG. 2F is a top view of the larger enhanced wristband health tracker.



FIG. 2G is a bottom view of the larger enhanced wristband health tracker.



FIG. 3A is a three–dimensional view of a peg component that is insertable into an end of the enhanced wristband health tracker and the larger enhanced wristband helath tracker of FIGS. 1A through 2G.



FIG. 3B is a three–dimensional bottom view of the peg component of FIG. 3A.



FIG. 3C is a side view of the peg component of FIG. 3A.



FIG. 3D is a bottom view of the peg component of FIG. 3A.



FIG. 3E is a front view of the peg component of FIG. 3A.



FIG. 3F is a top view of the peg component of FIG. 3A.



FIG. 3G is an opposing side view of the peg component of FIG. 3A; and,

**对比设计 3：**

[11]授权公告号： CN305742175S [45]授权公告日： 2020−04−28

[22]申请日： 2019−09−10 [21]申请号： CN201930498734.0 分类号： 10−04

[72]设计人： 郑永坚 [30]优先权： 文献号： CN305742175S

[73]专利权人： 深圳市璐歌实业有限公司 地址： 518000 广东省深圳市前海深港合作区前湾一路 1 号 A 栋 201 室（入驻深圳市前海...

[74]专利代理机构： 合肥市科融知识产权代理事务所(普通合伙)34126 代理人： 马小辉

[57]简要说明： 1.本外观设计产品的名称：智能手环（X3）。2.本外观设计产品的用途：用于一种具有定位、心率监测、计步、睡眠监测、时间等功能的智能手环。3.本外观设计产品的设计要点在于形状。4.最能表明设计要点的图片或照片：组合状态图 7。

[54]使用外观设计的产品名称： 智能手环(X3)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


组件 1 主视图


组件 1 后视图


组件 1 左视图


组件 1 右视图


组件 1 俯视图


组件 1 仰视图


组件 1 立体图


组件 2 主视图


组件 2 后视图

对比设计 3：


组件 2 左视图


组件 2 右视图


组件 2 俯视图


组件 2 仰视图


组件 2 立体图


组件 3 主视图


组件 3 后视图


组件 3 左视图


组件 3 右视图


组件 3 俯视图


组件 3 仰视图


组件 3 立体图


组合状态图 1


组合状态图 2


组合状态图 3


组合状态图 4


组合状态图 5


组合状态图 6

**对比设计 3：**



组合状态图 7

**对比设计 4：**

[11]授权公告号： USD0928647 [45]授权公告日： 2021−08−24

[22]申请日： 2020−11−09 [21]申请号： US29/757714 分类号： 11−01

[72]设计人： Harms,Hannes;Robertson,Ben;Ch... [30]优先权： 文献号： USD0928647

[73]专利权人： GOOGLE LLC 地址： Mountain View,CA,US

[74]专利代理机构： 代理人： Leason Ellis LLP

[57]简要说明： FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;FIG. 2 is a front elevation view thereof;FIG. 3 is a rear elevation view thereof;FIG. 4 is a right side elevational view thereof;FIG. 5 is a left side elevational view thereof;FIG. 6 is a t...

[54]使用外观设计的产品名称： Wristband for tracking fitness

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



FIG. 1 is a front right perspective view of a wristband for tracking fitness, showing our new design in an open position;



FIG. 2 is a front elevation view thereof;



FIG. 3 is a rear elevation view thereof;



FIG. 4 is a right side elevational view thereof;



FIG. 5 is a left side elevational view thereof;



FIG. 6 is a top plan view thereof;



FIG. 7 is a bottom plan view thereof;



FIG. 8 is a front right perspective view of the bottom thereof;



FIG. 9 is a right perspective view of the wristband for tracking fitness of FIG. 1, showing our new design in a folded position;

对比设计 4：


FIG. 10 is a front elevation view thereof;


FIG. 11 is a rear elevation view thereof;


FIG. 12 is a right side elevational view thereof;


FIG. 13 is a left side elevational view thereof;


FIG. 14 is a top plan view thereof;


FIG. 15 is a bottom plan view thereof; and,


FIG. 16 is a right rear perspective view thereof.

**对比设计 5：**

[11]授权公告号： CN304599074S　　[45]授权公告日： 2018−04−27

[22]申请日： 2017−11−09　　[21]申请号： CN201730549655.9　　分类号： 10−04(11)

[72]设计人： 严凯波　　[30]优先权：　　文献号： CN304599074S

[73]专利权人： 深圳市奇洛普科技有限公司　　地址： 518000 广东省深圳市龙岗区布吉街道布吉镇龙园意境 34 栋 2701

[74]专利代理机构：　　代理人：

[57]简要说明： 1. 本外观设计产品的名称：智能手环（H7）。2. 本外观设计产品的用途：本外观设计产品用于智能手表领域。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(H7)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

对比设计 6：

[11]授权公告号： CN305649200S　　[45]授权公告日： 2020−03−20

[22]申请日： 2019−09−18　　[21]申请号： CN201930512491.1　　分类号： 10−04

[72]设计人： 牟嘉锐　　[30]优先权：　　文献号： CN305649200S

[73]专利权人： 深圳市超级猩猩健身管理有限公司　　地址： 518000 广东省深圳市南山区沙河街道华侨城金众工业小区 201 栋五楼 501 室

[74]专利代理机构： 深圳中一联合知识产权代理有限公司 44414　　代理人： 褚淑杰

[57]简要说明： 1.本外观设计产品的名称：智能手环。2.本外观设计产品的用途：用于智能手环。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

**对比设计 7：**

[11]授权公告号： CN302982273S　　[45]授权公告日： 2014−10−29

[22]申请日： 2014−05−15　　[21]申请号： CN201430133904.2　　分类号： 14−03

[72]设计人： 董全超　　[30]优先权：　　文献号： CN302982273S

[73]专利权人： 惠州 TCL 移动通信有限公司　　地址： 516006 广东省惠州市仲恺高新区和畅七路西 86 号

[74]专利代理机构： 深圳市威世博知识产权代理事务所(普通合伙)44280　　代理人： 何青瓦

[57]简要说明： 1. 本外观设计产品的名称：手环（Wristband1st）。2. 本外观设计产品的用途：本外观设计产品用于通信。3. 本外观设计产品的设计要点：在于产品的形状。4. 最能表明本外观设计设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 手环(Wristband 1st)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

对比设计 8：

[11]授权公告号： CN304698629S

[45]授权公告日： 2018−06−26

[22]申请日： 2018−02−02

[21]申请号： CN201830051096.3

分类号： 10−04(11)

[72]设计人： 王硕;郝鸿亚

[30]优先权：

文献号： CN304698629S

[73]专利权人： 青岛耶鲁斯通科技有限责任公司

地址： 266000 山东省青岛市黄岛区珠海东路 288 号东方金石大厦 608 室

[74]专利代理机构： 青岛永基知识产权代理事务所(普通合伙)37235

代理人： 殷雷

[57]简要说明： 1. 本外观设计产品的名称：智能手环。2. 本外观设计产品的用途：本外观设计产品用于监测人在运动时的数据以及购买时进行支付。3. 本外观设计产品的设计要点：形状和图案。4. 最能表明本外观设计设计要点的图片或照片：立体图。5. 省略视图：左右视图对称，省略右视图；俯视图和仰视图没有设计要点省略。

[54]使用外观设计的产品名称： 智能手环

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。



主视图



后视图



左视图



立体图



使用状态图

**对比设计 9：**

[11]授权公告号： CN304938858S [45]授权公告日： 2018−12−11

[22]申请日： 2018−07−19 [21]申请号： CN201830389746.5 分类号： 10−04

[72]设计人： 汪冬 [30]优先权： 文献号： CN304938858S

[73]专利权人： 汪冬 地址： 518000 广东省深圳市福田区商报路天健创业大厦1919

[74]专利代理机构： 深圳市远航专利商标事务所(普通合伙)44276@深圳市远航专利商标事务所(普通合伙)44276 代理人： 张朝阳;袁浩华

[57]简要说明： 1. 本外观设计产品的名称：智能手环(W10)。2. 本外观设计产品的用途：本外观设计产品用于智能手环,是一种穿戴式智能设备。3. 本外观设计产品的设计要点：在于产品的整体形状。4. 最能表明本外观设计设计要点的图片或照片：立体图。

[54]使用外观设计的产品名称： 智能手环(W10)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

对比设计 10：

[11]授权公告号： CN305723271S [45]授权公告日： 2020−04−21

[22]申请日： 2019−10−08 [21]申请号： CN201930544327.9 分类号： 10−04

[72]设计人： 赵海军 [30]优先权： 文献号： CN305723271S

[73]专利权人： 深圳市佰亿美科技有限公司 地址： 518000 广东省深圳市宝安区新安街道宝民一道广场大厦 1011−1013 室

[74]专利代理机构： 深圳市千纳专利代理有限公司 44218 代理人： 黄良宝

[57]简要说明： 1.本外观设计产品的名称：智能手环（P13）。2.本外观设计产品的用途：用于显示时间、记录人体运动量数据以及心率变化。3.本外观设计产品的设计要点：在于形状。4.最能表明设计要点的图片或照片：立体图 1。

[54]使用外观设计的产品名称： 智能手环(P13)

注解：1、由于篇幅所限，部分著录项目未显示。2、为了清楚显示视图，未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图 1


立体图 2

# Authorization letter

April 8,2025
Shenzhen Lexqi Electronic Technology Co.,Ltd
Address:11C, Building D1, Huilongda Industrial Park,Shilong Community,Shiyan Street,Baoan District,Shenzhen

To Whom It May Concern:
I write to you in my capacity as Director of Shenzhen Lexqi Electronic Technology Co.,Ltd,the exclusive owner of the design of H59 smart bracelet.

This letter will serve as confirmation that Munnrei,the brand underTimexpose Limited is an official licensee of Shenzhen Lexqi Electronic Technology Co.,Ltd and is authorized to market and sell the following products in the following territories:

Licensed Product: H59 smart bracelet
Territory: Worldwide.

This authorization is limited and shall remain in effect until April 8, 2028, unless revokedearlier by Shenzhen Lexqi Electronic Technology Co.,Ltd. Should you have any questions or need any further information please do not hesitate to contact me directly.

Very truly yours,

Shenzhen Lexqi Electronic Technology Co.,Ltd

深圳市力士其电子科技有限公司
合同专用章

An official website of the United States government Here's how you know



# 29/957,863 | -: Smart Bracelet

PRIVATE VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 29/957,863 | 9048 | - Edit | - | 08/16/2024 | Application Undergoing Preexam Processing 08/16/2024 |



## Application data

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

## Correspondence address

## Inventors

## Applicants

Humid Now Search 11:09 AM 7/29/2025

**Application type**
Design

**Examiner**
-

**Group art unit**
2913

**Class/subclass**
D14/-

**AIA (first inventor to file)**
-

**Entity status**
Small Edit

**Earliest publication #**
-

**Earliest publication date**
-

**Assignee for publication**
-

**Confirmation #**
9048

**Intl. registration # (Hague)**
-

**Intl. registration publication date**
-

## Correspondence address

202308 - Mandana Jafarinejad
1 Park Plaza Suite 600
Irvine, CA
UNITED STATES

## Inventors

ShengLi Huang
Shenzhen (CN)

## Applicants

Shenzhen Lexqi Electronic Technology Co., Ltd.
Shenzhen (CN)

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/957,863** | **08/16/2024 12:33:17 AM Z ET** | **-** |

## Title of Invention

Smart Bracelet

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 9048 | FILED BY | Mandana Jafarinejad |
| PATENT CENTER # | 66808564 | FILING DATE | - |
| CUSTOMER # | – | FIRST NAMED INVENTOR | ShengLi Huang |
| CORRESPONDENCE ADDRESS | Mandana Jafarinejad<br>1 Park Plaza Suite 600<br>Irvine, CA 92614<br>US | AUTHORIZED BY | - |

## Documents

## TOTAL DOCUMENTS: 5

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| generatedADS66808564.pdf | 5 | Application Data Sheet | 109 KB |
| Specification.pdf | 1 | Specification | 83 KB |
| Drawings.pdf | 11 | Drawings-only black and white line drawings | 1632 KB |
| aia0018.pdf | 2 | Transmittal of New Application | 390 KB |
| sb0017.pdf | 2 | Fee Worksheet (SB06) | 307 KB |

## Digest

**DOCUMENT** **MESSAGE DIGEST(SHA-512)**

| | |
|---|---|
| generatedADS66808564.pdf | EBD150711D5F173EE0C018CEB089C503D7DCB53BDAC969E5647EC7061FB907FBCDE97802D60F849C76E7AF6DE3E04FE6AF66D050111A2EB5A4F9CC95482DA710 |
| Specification.pdf | 4C5618AD05B7BCD6610C36BA07E6A1D295EB0CEC59E8B56D24C6E5F6FAB81B844B85A71FD0F3EC20F2154957BF26DBE4AF6933B908DE1580845F1F2424C14363 |
| Drawings.pdf | 3460B802B88986A0E74539C03447F8D78C49A10A565C7CAAEFEC730B817BB99229D4532B86AA61231A09A8C53E30F8838DA54739A605BC7C9E7C584E738B20F5 |
| aia0018.pdf | 612DC636D784956A4A04AE34E57E8DDF71CF63716B01EC08CD21205A9241363E567D1080E228F5AC4F831C8DF1D38ABB9CE9BF069160B91C7AA2D52B3F1F1FE9 |
| sb0017.pdf | DDC41EAABF7F27EFF208E8A4D37BAF796D631DED38F178BAB25ECEFB761DC5FF610BFCF672288301FCDF71BA7D9C9190ACCB3C51DDE47561EB0E797CF07DF40D |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

This XML file does not appear to have any style information associated with it. The document tree is shown below.


```
<PatentApplicationData>
  <FileHeader>
    <FileCreationTimeStamp>2025-07-29</FileCreationTimeStamp>
  </FileHeader>
  <CorrespondenceInfo>
    <CorrespondenceAddresses>
      <CorrespondenceAddress>
        <NameLine1>Mandana Jafarinejad</NameLine1>
        <AddressLine1>1 Park Plaza Suite 600</AddressLine1>
        <City>Irvine</City>
        <GeographicRegion>
          <GeographicRegionCode>CA</GeographicRegionCode>
          <GeographicRegionName>CALIFORNIA</GeographicRegionName>
        </GeographicRegion>
        <PostalCode>92614</PostalCode>
        <CountryCode>US</CountryCode>
        <CountryName>UNITED STATES</CountryName>
      </CorrespondenceAddress>
    </CorrespondenceAddresses>
    <CorrespondenceInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>ACTIVE</AgentStatus>
        </Attorney>
      </Attorneys>
    </CorrespondenceInfo>
  </CorrespondenceInfo>
  <POAInfo>
    <POAInfo>
      <Attorneys>
        <Attorney>
          <RegistrationNumber>67974</RegistrationNumber>
          <AttorneyName>
            <FirstName>MANDANA</FirstName>
            <MiddleName/>
            <LastName>JAFARINEJAD</LastName>
          </AttorneyName>
          <AttorneyContacts>
            <AttorneyContact>
              <TelecommunicationNumber>626-379-5490</TelecommunicationNumber>
              <ExtensionNumber/>
              <UsageTypeCategory>TEL</UsageTypeCategory>
            </AttorneyContact>
          </AttorneyContacts>
          <AgentStatus>67974</AgentStatus>
        </Attorney>
      </Attorneys>
    </POAInfo>
  </POAInfo>
```

▼<ApplicationBibliographicData>
<ApplicationNumber>29957863</ApplicationNumber>
<ApplicationStatusCode>19</ApplicationStatusCode>
<ApplicationStatusText>Application Undergoing Preexam Processing</ApplicationStatusText>
<ApplicationStatusDate>2024-08-16</ApplicationStatusDate>
<ConfirmationNumber>9048</ConfirmationNumber>
<CustomerNumber>202308</CustomerNumber>
<FilingDate>2024-08-16</FilingDate>
<GroupArtUnit>2913</GroupArtUnit>
<InventionSubjectMatterType>DES</InventionSubjectMatterType>
<InventionTitle>Smart Bracelet</InventionTitle>
<PatentClass>D14</PatentClass>
<PatentSubclass/>
<IsPublic>false</IsPublic>
</ApplicationBibliographicData>
▼<Inventors>
▼<Inventor>
▼<InventorName>
<FirstName>ShengLi</FirstName>
<LastName>Huang</LastName>
</InventorName>
▼<InventorAddresses>
▼<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
▼<InventorAddress>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</InventorAddress>
</InventorAddresses>
</Inventor>
</Inventors>
▼<Applicants>
▼<Applicant>
<LegalEntityName>Shenzhen Lexqi Electronic Technology Co., Ltd.</LegalEntityName>
▼<AppliantAddresses>
▼<AppliantAddress>
<NameLine1>Shenzhen Lexqi Electronic Technology Co., Ltd.</NameLine1>
<AddressLine1>12/F, Building D, Huilongda Industrial Park,</AddressLine1>
<AddressLine2>Shilong Community, Shiyan Street, Bao'an District</AddressLine2>
<City>Shenzhen</City>
<GeographicRegion/>
<CountryCode>CN</CountryCode>
<CountryName>CHINA</CountryName>
</AppliantAddress>
</AppliantAddresses>
</Applicant>
</Applicants>
▼<FileContentHistories>
▼<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-30</TransactionDate>
<TransactionDescription>Application ready for PDX access by participating foreign offices</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>

<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Notice Mailed--Application Incomplete--Filing Date Assigned</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-20</TransactionDate>
<TransactionDescription>Filing Receipt</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>PTO/SB/69-Authorize EPO Access to Search Results</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Applicants have given acceptable permission for participating foreign</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-19</TransactionDate>
<TransactionDescription>Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Entity Status Set To Undiscounted (Initial Default Setting or Status Change)</TransactionDescription>
</FileContentHistory>
▼<FileContentHistory>
<TransactionDate>2024-08-16</TransactionDate>
<TransactionDescription>Initial Exam Team nn</TransactionDescription>
<StatusNumber>19</StatusNumber>
<StatusDescription>Application Undergoing Preexam Processing</StatusDescription>
</FileContentHistory>
</FileContentHistories>
▼<ImageFileWrapperList>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Electronic Fee Payment</DocumentDescription>
<FileWrapperDocumentCode>N417.PYMT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal of New Application</DocumentDescription>
<FileWrapperDocumentCode>TRNA</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Application Data Sheet</DocumentDescription>
<FileWrapperDocumentCode>ADS</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>5</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>

<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Specification</DocumentDescription>
<FileWrapperDocumentCode>SPEC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Drawings-only black and white line drawings</DocumentDescription>
<FileWrapperDocumentCode>DRW</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>11</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Placeholder sheet indicating presence of supplemental content in Supplemental Complex Repository for Examiners(SCORE)</DocumentDescription>
<FileWrapperDocumentCode>SCORE</FileWrapperDocumentCode>
<MailRoomDate>2024-08-16</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Filing Receipt</DocumentDescription>
<FileWrapperDocumentCode>APP.FILE.REC</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>3</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Notice to File Missing Parts</DocumentDescription>
<FileWrapperDocumentCode>NTC.MISS.PRT</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Welcome Letter from USPTO Director and Deputy Director</DocumentDescription>
<FileWrapperDocumentCode>WELCOME.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-08-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Extension of Time</DocumentDescription>
<FileWrapperDocumentCode>XT/</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Applicant Response to Pre-Exam Formalities Notice</DocumentDescription>
<FileWrapperDocumentCode>PEFR</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>

<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Transmittal Letter</DocumentDescription>
<FileWrapperDocumentCode>TRAN.LET</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>2</DocumentCategory>
<DocumentDescription>Miscellaneous Internal Document</DocumentDescription>
<FileWrapperDocumentCode>IMIS</FileWrapperDocumentCode>
<MailRoomDate>2024-12-20</MailRoomDate>
<PageQuantity>1</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>1</DocumentCategory>
<DocumentDescription>Electronic Filing System Acknowledgment Receipt</DocumentDescription>
<FileWrapperDocumentCode>N417</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
▼<ImageFileWrapperDocument>
<DocumentCategory>0</DocumentCategory>
<DocumentDescription>Change of Address</DocumentDescription>
<FileWrapperDocumentCode>C.AD</FileWrapperDocumentCode>
<MailRoomDate>2025-04-08</MailRoomDate>
<PageQuantity>2</PageQuantity>
</ImageFileWrapperDocument>
</ImageFileWrapperList>
<ForeignPriorities/>
▼<SupplementalContents>
▼<SupplementalContent>
<SupplementalContentCategory>Appendix</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>CertificateOfCorrection</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>CertifiedColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ChemicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ComputerProgramListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>DesignDrawings</SupplementalContentCategory>
<SupplementalContentQuantity>1</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>InterimCopy</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>MathematicalFormulas</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
▼<SupplementalContent>
<SupplementalContentCategory>ProteinCrystals</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>

</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SearchResults</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>SequenceListing</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>Tables</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
<SupplementalContent>
<SupplementalContentCategory>USPatentColor</SupplementalContentCategory>
<SupplementalContentQuantity>0</SupplementalContentQuantity>
</SupplementalContent>
</SupplementalContents>
<FirstActionPrediction>
<ApplicationStatusCode>19</ApplicationStatusCode>
<PredictionTimePeriod>3</PredictionTimePeriod>
</FirstActionPrediction>
<InternationalRegistrationNumbers/>
<Fees>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2312</FeeCode>
<FeeAmount>256</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>256</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2012</FeeCode>
<FeeAmount>88</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>88</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
<Fee>
<AccountingDate>2024-08-16</AccountingDate>
<FeeCode>2112</FeeCode>
<FeeAmount>64</FeeAmount>
<FeeQuantity>1</FeeQuantity>
<TotalAmount>64</TotalAmount>
<MailroomDate>2024-08-16</MailroomDate>
<PaymentMethod>CC</PaymentMethod>
</Fee>
</Fees>
</PatentApplicationData>

**Hendershott, Jack**

**From:** Hendershott, Jack
**Sent:** Tuesday, September 9, 2025 11:29 AM
**To:** Hendershott, Jack
**Subject:** FW: Whoop, Inc. Cease and Desist Notice

**From:** Legal & Compliance <legal@amiventures.net>
**Sent:** Wednesday, August 20, 2025 7:28 AM
**To:** Dalton, Joshua M. <josh.dalton@morganlewis.com>
**Subject:** Whoop, Inc. Cease and Desist Notice

[EXTERNAL EMAIL]
Dear Joshua M. Dalton,

I hope this message finds you well.

We apologize for the recent oversight regarding an inventory listing discrepancy. As a leading USA-based seller operating directly with consumers, we highly value our partnerships with esteemed manufacturers and vendors.

With a network comprising over 500 manufacturers and reputable suppliers like Doba, Dropshiptown LLC, Benzara, TRue brands, and Casey, we are committed to maintaining the integrity of our inventory management.

Regarding the specific product associated with your recent notice, here's what happened: We diligently separated item details requiring your approval before listing them online. Unfortunately, due to an unintentional error by a new team member, a data file earmarked for your approval was inadvertently uploaded. This was compounded by an internal inventory tool lapse that failed to intercept the pending-for-approval file.

We have taken immediate corrective actions. All products from your brand have been removed from our inventory to ensure full compliance with your directives. If there are any additional products requiring removal, please inform us, and we will promptly address them. Our commitment to adhering to policies and fostering responsible business practices remains unwavering.

If you notice our products still being sold on Marketplaces, we kindly request the exact links to facilitate quick resolution.

Please feel free to reach out if you need further information to address this matter comprehensively. We eagerly await your positive acknowledgment as we strive to rectify this situation entirely.

Thank you for your understanding and cooperation.

Best Regards,
Sharon M | Account Health