# EXHIBIT E



whoop Follow

whoop Which WHOOP Your Way look are you choosing? 👇
5w

waleed_ibrahem77 😍
5w Reply

mahipal_chinthakunta 🧡
5w 1 like Reply

swirespga When do they ship? Ordered mine like 7 days ago
5w 2 likes Reply

annavanyan_ orange 🧡... i can't find to buy 🥹 plz suggest from where i can buy that one?
5w 3 likes Reply

natskibelski Too expensive so none of them unfortunately
5w 4 likes Reply

View replies (2)

4,906 likes
August 11

Add a comment... Post


03 — What Is WHOOP?
WHOOP is a health and fitness wearable that captures your biometric data with lab-level accuracy — providing unprecedented insights into your body to unlock your best performance.
What Does WHOOP Track?


03 — What Is WHOOP?
What makes us different makes us better
WHOOP doesn't just track, it translates your data to give you personalized recommendations. Plus, ask WHOOP Coach anything about your health and fitness and get specific-to-you answers in seconds.
All on a minimalist, screen-free device that you'll forget you're even wearing.


Is your crush wearing a WHOOP?
We got you covered
WHOOP


WHOOP × CRISTIANO RONALDO WHOOP × CRISTIANO RONALDO WHOOP × CRISTIANO RONALDO
DESIGNED WITH THE LEGEND
WHOOP × CRISTIANO RONALDO


What our new bands say about your personality.


Post
Haotoshi
@MrHaotoshi
Follow
Spotted @benbybit wearing his @WHOOP band on the livestream discussing the next steps for the Bybit hack.
He looks really composed and chill 😎
Curious to see his stress and recovery stats from today
Good spot @tacocat5555
BYBIT
Ben | Bybit
10:37 PM · 2/21/25 · 117 Views
Post your reply


Post
triplethread_NBA
@triplethreadNBA
Follow
Still young, but living the life of a true professional.
Max Christie seen doing one of the best knee injury prevention excercises I know of.
Plus he´s wearing a whoop band - monitoring his sleep and recovery
Love to see this #mffl
@dallasmavs
4:11 AM · 2/18/25 · 906 Views
3
16
3


Post
Shreya Pattar @ShreyaPattar · 2/16/25
Hellu there ☺️ Weekend QnA, ask me anything!
13
46
1.9K
cumulus☁️
@BhumikaChopra6
Follow
Are you wearing the whoop?
4:58 AM · 2/16/25 · 54 Views


Post
aish
@noaishforaish
Follow
bro promoted whoop band like no other now I see many wearing it
Tanuj Singh @ImTanujSingh · 1/28/25
Virat Kohli is in happy mood in today's practice session at Arun Jaitley stadium. 😀❤️
5:36 AM · 1/28/25 · 1K Views
1
1
15

YD
YANKO DESIGN
(https://www.yankodesign.com/)

Heat pumps powered by solar. Learn More

# THE WHOOP 4.0 COMBINES THE FITNESS TRACKING OF A FITBIT WITH THE FASHION-APPEAL OF A LIVESTRONG BAND

BY SARANG SHETH (HTTPS://WWW.YANKODESIGN.COM/AUTHOR/SARANGSHETH/) / 11/03/2021

If you're old enough to remember the Livestrong craze, you'll attest to the fact that it had a much more widespread cultural impact than the Apple Watch ever did. Promoting millions of sales as well as spawning millions of cheap copies, the Livestrong band was perhaps one of the largest awareness initiatives of our time, raising awareness for cancer and providing support for cancer survivors. Cut to 2021, and the Livestrong band's been replaced by step-trackers, fitness bracelets, and smartwatches… but there's a problem. Not many of them compare to how much of a fashion statement those bands were.

Designed to meld the worlds of fashion and fitness, the WHOOP 4.0 band sports a minimalist, sans-screen design that echoes the fashion sensibilities of the Livestrong band. With a design that highlights the fitness tracker's woven fabric band, the WHOOP 4.0 does two jobs remarkably well – it expertly tracks your fitness stats, and looks good while doing it.

Designer: Aruliden(https://aruliden.com/) for WHOOP(https://www.whoop.com/)




Having garnered the support of world-class sportspeople like LeBron James among other Olympic athletes, WHOOP has revolutionized human fitness and performance through its combination of tracking physiological data and providing real-time effective coaching to help reduce injury and boost performance. Currently in its 4th edition, the band, created by design studio Aruliden(http://yankodesign.com/tag/aruliden) for WHOOP, sports a smaller, smarter, more streamlined design that features the tracking device itself, along with an interchangeable fabric band that lets you simply and easily swap bands to suit your fashion needs or match your outfit.


WHOOP
ALWAYS ON


PROMO CODES
AVAILABLE
SEE CODES




What really sets the WHOOP 4.0 aside is its fashion-friendly design. The product does away with the silicone and plastic constructions seen on most bands, opting instead for a slick wraparound woven fabric that clamps in place using a metal buckle, with the tracker underneath. The tracker sits sandwiched right between the fabric and your body, doing what it needs to do, while staying effectively hidden from view.

"Our innovative design for WHOOP rethought the archetype of the wearable category," mentions the Aruliden team. All of the team's design decisions around the WHOOP 4.0 are focused towards combining fashion and tech, while keeping them separated. For starters, the band ditches the screen altogether, immediately setting itself apart from its tech-focused competition. The lack of a screen, of buttons, or even of the tracker itself allows the WHOOP 4.0 to comfortably sit in the category of a fashion accessory, while quietly and effectively doing the job of a state-of-the-art fitness, sleep, and recovery tracker.








Sitting in a housing that's 33% smaller than its predecessor, the WHOOP 4.0 comes with a variety of new features. Its tinier, smarter design even helped spawn the WHOOP Body ecosystem of accessories that let you attach the WHOOP 4.0 hardware device to any part of your body. The new technology within the WHOOP 4.0 device leverages an upgraded sensor configuration for optimal accuracy, and WHOOP's Any-Wear™ Technology includes a first-of-its-kind line of smart apparel which enables members to wear their WHOOP 4.0 on multiple locations across the body. The smart apparel collection is available in two collections: the Training Collection comes in sports bras, compression tops, leggings, shorts, and athletic boxers while the Intimates Collection has bralettes and everyday boxers.

"We've always aspired to develop wearable technology that is either cool or invisible. With the launch of WHOOP 4.0 and WHOOP Body, we have accomplished both goals and are now setting the standard for the future of our industry", said Will Ahmed, WHOOP Founder & CEO.


WHOOP


WHOOP
WHOOP 4.0




WHOOP 4.0 features include:

**Upgraded Sensor Configuration:** The active sensor area now balances green and infrared lights with five LEDs, four photodiodes, and advanced algorithms to provide more accurate heart rate measurements

**33% Smaller Size:** WHOOP 4.0 is 33% smaller than WHOOP 3.0 with a five-day battery life

**New Feature – Sleep Coach with Haptic Alerts:**WHOOP 4.0 is engineered with haptic alerts that members can set to wake them up through gentle vibrations at the optimal time based on their sleep needs and cycles

**New Feature – Pulse Oximeter:** The upgraded hardware is equipped to calculate blood oxygen levels (SPO2) to help members unlock daily health insights

**New Feature – Skin Temperature Sensor:** WHOOP 4.0 can now measure skin temperature and provide members another layer of knowledge about their bodies

**New Feature – Health Monitor:** Members can now track live heart rate, skin temperature, blood oxygen, resting heart rate, and heart rate variability in one view. The Health Monitor also allows members to easily download and export 30 or 180-day trends of these metrics into a PDF that can be shared with a coach, trainer, PT, PCP, or physician

**WHOOP Battery Pack 4.0:** The upgraded, waterproof battery pack lets members charge on the go and double-tap to view battery level

**Next Generation Battery Technology**: WHOOP 4.0 is the first product in the world powered with Sila's silicon anode battery materials. Engineered with cell configuration improvements and long cycle life, the new battery delivers 17% higher energy density than WHOOP 3.0, facilitating a reimagined industrial design that also unlocks WHOOP Body.


WHOOP




WHOOP


WHOOP


WHOOP




## RELATED POSTS



(https://www.yankodesign.com/2025/02/17/a-self-sharpening-blade-and-built-in-mirror-make-this-pocket-razor-a-must-have-travel-edc/)

A SELF-SHARPENING BLADE AND BUILT-IN MIRROR MAKE THIS POCKET RAZOR A MUST-HAVE TRAVEL EDC(HTTPS://WWW.YANKODESIGN.COM/2025/02/17/A-SELF-SHARPENING-BLADE-AND-BUILT-IN-MIRROR-MAKE-THIS-POCKET-RAZOR-A-MUST-HAVE-TRAVEL-EDC/)

It's strange how shaving is associated with masculinity, but not through



(https://www.yankodesign.com/2025/02/12/roborock-saros-10r-robot-vacuum-review-advanced-cleaning-features-never-looked-so-beautiful/)

ROBOROCK SAROS 10R ROBOT VACUUM REVIEW: ADVANCED CLEANING FEATURES NEVER LOOKED SO BEAUTIFUL(HTTPS://WWW.YANKODESIGN.COM/2025/02/12/ROBOROCK-SAROS-10R-ROBOT-VACUUM-REVIEW-ADVANCED-CLEANING-FEATURES-NEVER-LOOKED-SO-BEAUTIFUL/)

Men's Health + Follow 619K Followers

# We've Been Testing Fitness Trackers Since the First Apple Watch—These Are the 9 Best

Story by Charles Thorp, NASM, Ebenezer Samuel, C.S.C.S., Lauren Keary, NASM • 5mo




