# EXHIBIT F

SUBSCRIBE

Check out our full Emmy Awards coverage

# Prince William Spotted Wearing Fitness Tracker, But He's Not the First Royal to Try the Trend

The Prince of Wales' fitness band was visible as he celebrated during the EURO quarterfinals

By **Janine Henni** | Published on July 10, 2024 04:04PM EDT



**Prince William at the UEFA EURO 2024 quarter-final match between England and Switzerland in Dusseldorf, Germany on July 6, 2024.**
Credit : Alex Gottschalk/DeFodi Images/DeFodi via Getty

SKIP TO CONTENT

SUBSCRIBE

Check out our full Emmy Awards coverage

membership.

The apparent WHOOP band was visible on Prince William's right wrist when he touched his temples and leaped from his seat during the close game. The teams tied 1-1 before England advanced through a penalty shootout.



**Prince William cheers at the end of the UEFA EURO 2024 quarter-final match between England and Switzerland in Dusseldorf, Germany on July 6, 2024.**
Credit: Gokhan Balci/Anadolu via Getty

**RELATED:** Prince William Has Hilarious Reaction to 'Cheesy' Sign with a Royal Twist in the Crowd at Soccer Game

SKIP TO CONTENT

While the fitness tracker was a new addition to Prince William's royal

SUBSCRIBE

Check out our full Emmy Awards coverage

healthcare professionals during the pandemic.



**Prince Harry visits Victoria Park in Dubbo, Australia, on Oct. 17, 2018.**
Credit: Samir Hussein/WireImage

**Can't get enough of PEOPLE's Royals coverage? Sign up for our free Royals newsletter to get the latest updates on Kate Middleton, Meghan Markle and more!**

Queen Camilla wore a FitBit that summer and was often spotted sporting the activity tracker. However, she appeared to stop wearing it in public following the death of Queen Elizabeth in September 2022, swapping it

SKIP TO CONTENT

SUBSCRIBE

Check out our full Emmy Awards coverage

SKIP TO CONTENT

Queen Camilla visits the Swindon Fire Station near London on July 6, 2020.

SUBSCRIBE

Check out our full Emmy Awards coverage

## You Might Like

Prince William, Prince of Wales talks to teammates from Jac's football team Ammanford FC during his visit to new a mental health hub run by the Jac Lewis Foundation on World Suicide Prevention Day

**Prince William Marks Suicide Prevention Day in Wales as Prince Harry Steps Out in London**

SKIP TO CONTENT

Royals • September 10, 2025

SUBSCRIBE

Check out our full Emmy Awards coverage

Princess Charlotte Is Taking After Mom Kate Middleton's Musical Skills — While Prince Louis Has a Louder Hobby!

Royals • September 09, 2025

Prince William Had the Best Response When Asked If Prince Louis, 7, Is 'a Bit of a Handful'

Royals • September 08, 2025

## Related Articles

Prince William, Prince of Wales talks to teammates from Jac's football team

BRITISH ROYAL FAMILY NEWS

### Prince William Marks Suicide Prevention Day in Wales as Prince Harry Steps Out in London

By Stephanie Petit • 18

Catherine, Princess of Wales and Princess Charlotte of Wales and Prince

BRITISH ROYAL FAMILY NEWS

### Princess Charlotte Is Taking After Mom Kate Middleton's Musical Skills — While Prince Louis Has a Louder Hobby!

By Janine Henni • 13

Prince Louis of Wales and Prince William, Prince of Wales attend a

BRITISH ROYAL FAMILY NEWS

### Prince William Had the Best Response When Asked If Prince Louis, 7, Is 'a Bit of a Handful'

By Janine Henni • 30

The Prince visited the organisation at its new space and

BRITISH ROYAL FAMILY NEWS

### Prince William Steps Out for Royal Duty in London as Prince Harry Makes Appearance 3 Hours Away

By Stephanie Petit • 145

SKIP TO CONTENT

SUBSCRIBE

Check out our full Emmy Awards coverage

Prince Harry arrives at the Royal Courts of Justice on April 09, 2025 in

BRITISH ROYAL FAMILY NEWS

## Prince Harry and Prince William Are Only 8 Miles Apart Yet Still Won't Cross Paths After Olive Branch Gesture

By Stephanie Petit • 161

Catherine, Princess of Wales and Britain's Prince William, Prince of

BRITISH ROYAL FAMILY NEWS

## Kate Middleton Joins Prince William in Surprise Tribute to Queen Elizabeth Just Hours Before Prince Harry Steps Out

By Simon Perry • 160

William, Prince of Wales Britain's Catherine, Princess of Wales

BRITISH ROYAL FAMILY NEWS

## Kate Middleton and Prince William Show Their Rugby Rivalry with Separate Match Day Appearances

By Nicholas Rice • 14

Catherine, Princess of Wales arrives at Sudbury Silk Mills,

SKIP TO CONTENT

BRITISH ROYAL FAMILY NEWS

## Kate Middleton Makes Solo Appearance as Prince Harry Prepares for Final Day in the U.K.

SUBSCRIBE

Check out our full Emmy Awards coverage

Eugene Levy, Prince William

BRITISH ROYAL FAMILY NEWS

**What's Prince William Doing with Eugene Levy? Hint: 'Getting Drunk'**

By Janine Henni

Prince William, Prince of Wales and Catherine, Princess of Wales during their

BRITISH ROYAL FAMILY NEWS

**Kate Middleton and Prince William Make First Joint Return to Royal Duties After Summer Break — and Get Caught in the Rain!**

By Stephanie Petit • 68

Prince William and Kate Middleton Share Family Photo from Trooping the

BRITISH ROYAL FAMILY NEWS

**Prince George, Princess Charlotte and Prince Louis Don't Use Royal Titles at School — Inside Why**

By Janine Henni • 25

Britain's Prince William, Prince of Wales and Britain's Catherine, Princess of

BRITISH ROYAL FAMILY NEWS

**Kate Middleton and Prince William Share Message After Outing Where Her Blonde Debut Made Headlines**

By Stephanie Petit • 30

Britain's Prince William (R) stands beside girlfriend Kate Middleton (L) in

BRITISH ROYAL FAMILY NEWS

**Kate Middleton Couldn't Hold Back When Prince William Was Teased Over Balding by Royal Butler**

By Simon Perry

SKIP TO CONTENT

SUBSCRIBE

Check out our full Emmy Awards coverage

People SUBSCRIBE

Check out our full Emmy Awards coverage

WIRED

FEATURED BEST ANDROID TABLETS BEST ELECTRIC SCOOTERS ULTIMATE HOME OFFICE BUY IT FO




ADRIENNE SO GEAR JUN 6, 2025 10:00 AM

# Review: Whoop MG

**Years after its debut, the new Whoop band is still a uniquely designed tracker with distinctive health offerings.**




COURTESY OF WHOOP

Rating: 8/10

**WIRED**

**The only wrist wearable with a blood pressure measurement. New Healthspan and Pace of Aging features. Screenless. Can fit in your clothes. Smaller than the previous iteration. Now counts your steps. Whoop Coach is much better.**

**TIRED**

**Does not have GPS. Still needs a separate blood pressure monitor. Still has niche, and annoying, proprietary metrics.**

**IN A SEA** of nearly identical fitness trackers, Whoop stands apart. Since it started in 2012, the company has understood that the hardware was secondary to software. For a pricey monthly membership, you get access to a (theoretically) never-ending series of new features in the Whoop app, and the company throws in the small, screenless sensor for free.

This was once a pretty good bargain, but for the past several years, Whoop hasn't done much. In 2023, the company released its OpenAI-powered personalized fitness service, Whoop Coach. As with most other AI-enabled fitness services, you had to think really hard about how to frame your questions to get useful advice. I didn't find it particularly helpful.

This year, the company finally released an updated Whoop that comes with a bevy of new features that make it a much more versatile tracker for people who don't post their gains every day. Most notably, it has a proprietary algorithm for blood pressure



PHOTOGRAPH: ADRIENNE SO

If you're not familiar with a Whoop tracker, it's a small wearable with photoplethysmography (PPG) sensors to measure heart rate and heart rate variability (HRV); accelerometers to measure movement, strain, and activity; and skin temperature sensors to capture variations during sleep or recovery. The new Whoop units are smaller and purportedly more power-efficient than the last one, although I'm not getting anywhere near the claimed 14-plus days of battery life. In 21 days, I've had to charge it twice.

Whoop sent the new MG training bra ($59) and training shorts ($54), which captured my data while I was running and rowing, but if you're a returning Whoop customer, you do need the new Whoop Body clothes because the MG is smaller than the last iteration, the Whoop 4.0.

It's also important to note that Whoop changed its membership structure. You used to pay a blanket $30 per month membership fee for everything Whoop had to offer, but now features are paywalled behind a tiered subscription plan. Whoop One ($199/year) gets you the regular Whoop 5.0, which is the upgrade from the Whoop 4.0, Whoop Coach, and sleep, strain, and recovery tracking. Whoop Peak ($239/year) gets you the Whoop 5.0 with the new Healthspan and Pace of Aging features, and Whoop Life ($359/year) gets you the new Whoop MG, which unlocks the new cardiac features like ECGs, heart screeners, blood pressure monitoring, and AFib detection.

PHOTOGRAPH: ADRIENNE SO

Paywalling features sucks. But I must point out that at $359 per year, the highest tier costs exactly what Whoop subscribers were paying before the change, which was $30/month. That's not exactly cheap, especially compared to an Oura subscription at $6 per month, but Oura doesn't include a ring in the subscription, either.

## No Strain, No Gain

The most significant difference between Whoop and almost every fitness tracker is a proprietary algorithm called Strain. It's a measure of the stress on your body, on a scale from 1 to 21 based on the Borg rating of perceived exertion. Strain takes into account your previous day's recovery, so the Strain score you earn day to day, even

COURTESY OF WHOOP

COURTESY OF WHOOP

Most fitness trackers are meant to encourage you to, you know, get moving and gamify any movement at all. In contrast, Whoop gives you zero brownie points for getting up and moving every hour. One Friday, I walked my kids to and from school, walked to lunch, walked my dog, biked to my kids' school, set up yard games, walked around playing yard games, then biked home. It was a 17,000-step day. Guess how much Strain I accumulated? Not nearly enough, says Whoop. A mere 10.1 Strain score. It was not optimal and did not put me on the path to future gains. Not even rock climbing for 1.5 hours in the gym gave me a noticeable Strain increase.

Aging is sadly accelerated due to my poor sleep habits and intermittent strength training.

The cardiac features are anchored by the blood pressure measurement. A few important factors to note: The blood pressure measurements are done via a proprietary algorithm that uses your heart rate, heart rate variability, and blood flow patterns to estimate your systolic and diastolic blood pressure. The Whoop does not take blood pressure measurements from the wrist. The feature is still in beta, is not yet FDA-cleared, and requires calibration with a separate blood pressure monitor.

I used a Withings BPM Vision to calibrate the Whoop, and my manual measurements did not find anomalies. Right now, I think blood pressure monitoring on the Whoop is useful as a canary in a coal mine. If you have hypertension and were hoping that a Whoop meant you didn't have to take your blood pressure daily, you will need a separate blood pressure cuff.

PHOTOGRAPH: ADRIENNE SO

I compared the stats measured on the Whoop to my Oura ring and found that the sleep stats were astoundingly similar—the amount of sleep measured, for example, differed by only a minute or two. The Whoop now counts steps, which it did not do before, but the steps are hilariously inaccurate when compared to the Garmin Forerunner 970, either swinging wildly too many or too few. GPS tracking helps the Garmin to be more accurate, and Whoop is continuously updating the algorithm, but I would take step tracking with a grain of salt for now.

Whoop Coach has seen significant improvements since I last tried it several years ago. Instead of just sitting there, a blank space waiting to be filled with your personal health neuroses, it now gives you a Daily Outlook with the weather, a few select health insights, and some suggested activities for the day. It also offers some personalized prompts. For me, these weren't always helpful—yes, I'm trying to

If you're considering the Whoop, you should ball out and get the Whoop MG with the Whoop Life membership. Even years after it debuted, it's still a niche tracker, but still unique. You never have to take it off or look at a screen or worry about notifications. You can layer it with bracelets or stick it in your bra or underwear. The Whoop Life membership has health insights that no other tracker has right now, particularly when it comes to cardiac health, and Whoop Life costs the same as a regular Whoop membership has for years.

I like being able to check, you know, what time it is with a Garmin or how fast I'm running with a tracker that has a screen, but if I were a lifter, I could see the appeal. Now, off to try and find an activity that will give me a decent amount of Strain.

$199 AT WHOOP (ONE)

$239 AT WHOOP (PEAK)

$359 AT WHOOP (LIFE)



Adrienne So is a senior commerce editor for WIRED, where she reviews health and fitness gear. She graduated from the University of Virginia with bachelor's degrees in English and Spanish and runs, rock climbs, and sings karaoke in her free time. She lives in Portland, Oregon with her husband, two ... Read More

SENIOR COMMERCE EDITOR

WIRED

FEATURED BEST ANDROID TABLETS BEST ELECTRIC SCOOTERS ULTIMATE HOME OFFICE BUY IT FO

Upgrade your life with our buying guides, deals, and how-to guides

SIGN UP

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

PRIVACY INFORMATION

Open in app ↗ Sign up Sign in

Medium Search Write

# Whoop! There It Is: The Status Symbol That's Giving You a Hangover in More Ways Than One

Daniel Brown Follow 4 min read · Aug 31, 2024



SuperKnit Luxe Whoop Band

If you've been paying attention lately, you might have noticed a particular wristband popping up everywhere — from the gym to the local pub, on the arms of people who look like they've never run a mile in their lives. It's the Whoop strap: sleek, black, minimalist, and conspicuously lacking a screen. It doesn't buzz, flash, or remind you to get up every hour. But don't be fooled — this tiny device is a masterclass in psychological manipulation. Less "personal trainer," more "public shamer."

Originally designed for world-class athletes to hone their performance, Whoop has now taken on a life of its own. It's the new badge of honour for anyone who wants to flaunt their dedication to health — or at least wants you to think they do. Yet behind its simple design and serious metrics lies a different narrative — one of dread, self-recrimination, and existential panic. Because when you strap on a Whoop, you're not just buying a fitness tracker; you're signing up for a daily dose of guilt.

The New Badge of Honour… and Anxiety

Yes, the Whoop strap has become the latest status symbol in our wellness-obsessed culture. Like Patagonia jackets for city-dwellers who have never camped a day in their lives, it's less about functionality and more about broadcasting your membership in the health-conscious tribe. "Look at me," the Whoop-wearer proclaims, "I'm serious about my health. I'm serious about my sleep. I'm serious about things you can't see but should definitely ask me about."

But the Whoop doesn't rest quietly on your wrist, silently communicating your commitment to wellness. It has a more sinister side — a little red icon of doom that appears on your app after a night of indulgence. Had one too many drinks? There it is, the skull and crossbones, taunting you, letting you

know that your body is staging a full-scale rebellion against the cocktail menu.

Indeed, Whoop has nailed the art of quantifying shame. Across Reddit forums and whispered over weekend brunches, there are countless tales of users waking up to the dreaded notification that their recovery score is in the gutter. They approach their phones with a mix of curiosity and dread, only to find the digital version of a scarlet letter that declares: "You made poor life choices."




The Fear Factor in Fitness

---

## Get Daniel Brown's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email | Subscribe

---

There's a well-worn theory in behavioural economics that we humans are driven more by fear of loss than by the promise of gain. Enter Whoop, a device that doesn't just motivate you to hit the gym, but rather, terrifies you into compliance. It's like having a judgmental friend who knows precisely how many pints you had last night and isn't afraid to tell you off about it. "Oh, you think you're getting away with that cheeky glass of wine? Think again. Your Whoop knows."

The fear is palpable. There's a whole subculture around this little wristband — a kind of unofficial support group for those who've stared down the skull and crossbones and lived to tell the tale. The "Whoop effect" has birthed a new kind of collective anxiety, where people wake not just to a hangover but to a flashing red alert on their phones. It's not enough that you had a rough night; you've officially failed at being a responsible adult. Your body has "come under attack," as Whoop so dramatically phrases it, and now your mates on your Whoop team know it, too.

Whoop's Silent (but Deadly) Marketing Masterclass

So how did Whoop become the must-have accessory for both the fitness elite and the weekend warriors alike? It's a lesson in clever marketing. Whoop began with the pros — LeBron James, Rory McIlroy, and other superhumans — who endorsed it with their chiselled physiques and 5 a.m. workout routines. Then it slowly trickled down to the rest of us, who have now been granted the dubious privilege of knowing just how bad our decisions are.

Whoop isn't just selling a fitness tracker; it's flogging the illusion of control — the idea that with enough data, you can outsmart your worst instincts. But here's the kicker: it doesn't actually stop you from making those choices. It

just makes you feel really, really bad about them afterwards. On multiple occasions I've tucked the device away in a draw.

The New Status Game

So, why has Whoop got everyone hooked? Perhaps it's the promise that, with enough data, we can master our bodies, our decisions, and our very lives. Or maybe it's that in a world filled with distractions, Whoop offers a rare kind of clarity — a digital Jiminy Cricket, keeping us in line with a nudge and a wink (or, more accurately, a skull and crossbones).

Or perhaps, just perhaps, it's the fear of that wretched red icon. Because nothing quite says "I'm serious about my health" like a tiny, pixelated symbol of doom reminding you that you're one tequila shot away from falling off the wagon.

So, the next time you see someone sporting a Whoop, don't assume they're training for a triathlon or prepping for their next marathon. They could just be an average Joe, trying their best, navigating the minefield of modern life, and doing their damnedest to avoid that little red skull. Whoop! There it is — a new status symbol for a new era of self-improvement, where the game isn't played with steps or calories, but with choices, consequences, and a dash of good old-fashioned fear.

Fitness Luxury Marketing Sports Wellness



## Written by Daniel Brown

Follow

107 followers · 296 following

Advertising - London

## No responses yet

Write a response

What are your thoughts?

## More from Daniel Brown






Daniel Brown

### Can We Engineer the Magic Back Into Life ?

Remember when “serendipity” meant more than a rom-com from the early 2000s? A tim…





Daniel Brown

### The Death of Originality: Why AI Will Make Us More Creative, Not…

In the corridors of modern advertising agencies, beneath the sleek surfaces of…

Aug 31, 2024

Nov 12, 2024

See all from Daniel Brown

## Recommended from Medium



In Long. Sweet. Valuable. by Ossai Chinedum

### I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

May 16 23K 1389



In In Fitness And In Health by Daniel Hopper

### How to Avoid the Dad Bod

It doesn't have to be inevitable.

6d ago 429 19



In Write A Catalyst by Utsuk Agarwal

**The 10 Morning Habits That Quietly Make You Unstoppable**

I Tried Them for 6 Months — The Results Were Unreal

Aug 11 7K 189



In Bitchy by Maria Cassano

**Husbands Are 7 Times More Likely to Leave Their Wives Over This 1...**

And it's not nagging, finances, or sex.

Sep 7 10.7K 286



In ILLUMINATION by Dr. Nikita Singh

**Stop Doing This If You're Over 50 — It's The Biggest Threat to Your...**

Don't wait until it's too late

Sep 8 5.7K 100



In 3Streams by Cam Silver, Ph.D.

**Teaching Charlie Kirk to My Students**

Satire on August 27, Death on September 10

5d ago 8.5K 227

See more recommendations

CNET

- **Article updated on August 18, 2025 at 3:00 AM PDT**

Wellness > Fitness > Fitness Tech

# Whoop 5.0 Review: A Fitness Tracker With a Focus on Performance and Longevity

I've spent three months testing the new Whoop 5.0 MG. Here's where it shines and some things to consider.

## OUR EXPERTS



Written by Nasha Addarich Martínez

Our expert, award-winning staff selects the products we cover and rigorously researches and tests our top picks. If you buy through our links, we may get a commission.

**Reviews ethics statement →**

Advertisement

## WHY YOU CAN TRUST CNET

**25+**
Years of Experience

**23**
Hands-on Product Reviewers

**15,000**
Sq. Feet of Lab Space

**How we test**

**Table of Contents**

I've tested my fair share of fitness trackers over the years. From smartwatches to smart rings, I've seen how fast innovation in the wearables industry can change. You've probably seen this discreet, screenless band on the wrists of sport superstars like Patrick Mahomes, Cristiano Ronaldo and Mathieu van der Poel. But Whoop is designed for everyone, from casual runners to pro athletes.

The Whoop 5.0 has been on my wrist for the past three months, and I've experienced firsthand how this upgrade offers a more in-depth analysis of your daily physical activity and long-term physiological conditions. As someone who loves Pilates, weight lifting, pickleball and occasionally cycling, Whoop has shifted how I relate to my exercise and recovery. It's especially reassuring since my sleep dynamics changed with age.

The Whoop 5.0 and Whoop MG are virtually identical except for the MG's integrated ECG features, which require you to press your fingers against the indents to get an ECG readout. You can only get the MG with a Whoop's most expensive membership -- Life. Having tried both the Whoop 4.0 and now the MG, the hardware upgrade alone (which is the same as the 5.0) offers subtle yet noteworthy changes, so trading in the older model for one of the new units

was a no-brainer for me.



Nasha Addarich Martínez/CNET

## Whoop 5.0 design and everyday wear

The Whoop 5.0 and MG are approximately 10% smaller than their predecessors, making the devices slightly sleeker. Thanks to the strap that comes with them, they sit comfortably just above the wrist with minimal sliding. It's worth noting that the default fabric material strap that Whoop offers is not optimal, especially when you consider the unit's waterproof functionality: It tends to stay damp after taking a shower or swimming (which can cause it to smell), and it collects sweat and dirt that leads to stains, especially on lighter

colored bands.

Whoop offers an alternative SportFlex band, which uses silicone, and LeatherLuxe bands. These bands will run you an additional $60 and $129, on a 4.0 in the past, and although it handled water and dirt better, these use clip-on buttons like a belt, which don't offer the more exact, adjusted fit as the default strap.

If you're unfamiliar with Whoop, screenless means that all your data is viewable only in the app, which is part of Whoop's philosophy (to focus on the workout and recovery without distractions). The downside to this is that if you're used to glancing at your wrist mid-run to check pace, you'll be missing that real-time feedback. Whoop is a retroactive tracker, meaning it'll tell you how you did after the activity is done and the tracker has processed the data, not as you go.



Nasha Addarich Martínez/CNET

# Whoop 5.0 battery life

Most noticeably, the battery life on the Whoop 5.0 has improved to last about two weeks, compared with four days on the 4.0. For someone on the go, commuting for work and spending time between homes, having that two-week cushion has offered forgiving flexibility when I've forgotten to pack the charging block in my bag (or recharging the wireless charger itself).

In addition, the upgraded processors are 60% quicker than the previous units, which means a better app experience, faster syncing and more accurate ssors usually mean faster battery drain, but that has not been true for the Whoop 5.0.

# Whoop 5.0 membership tiers

If you're trading in your 4.0 for the 5.0 or the MG, you might ask yourself which membership is best. With these new units, Whoop now has three membership tiers: One, Peak and Life. The more you pay, the more insights and capabilities you unlock.

## One membership

The entry-level tier, Whoop One, costs $199 per year. You will receive the new 5.0 unit, the same as the Peak membership. However, it will come with a basic, wired charger, instead of the wireless charger that Peak and Life offer, which I find essential to Whoops' overall ease of use and experience (those with Peak and Life memberships can charge without taking the unit off, thanks to the wireless charger that attaches to the Whoop's clasp). The charger isn't waterproof, so avoid showering or cleaning the band while charging. Like other trackers, the Whoop is made to be worn all day, every day, for precise health tracking

tracking.

As for the data, Whoop One provides everything the 4.0 unit covers, with recovery scores based on updated sleep and strain monitoring, daily steps and physical activity detection, VO2 Max and heart rate zones, and women's hormonal insights and menstrual cycle tracking. This beginner membership will inform you about your daily and short-term achievements and activities.

## Peak membership

The middle-tier membership costs $239 per year, and you get access to what Whoop's been recently cooking in their labs. You'll get everything the One membership offers in addition to more long-term data sets such as Healthspan with Whoop Age (indicates the pace of aging based on all the info gathered across days of recovery, strain and other health insights), stress monitor and overall health monitor. These encompass some of the newest features of Whoop, using the data collected over time to create a larger picture of your physiology. I find this further encourages me to consider my daily habits, exercise routines and diet through an interconnected approach that can be adjusted or changed with Whoop's AI coaching and suggestions for long-term goals and progress.

## Life membership



Putting my fingers on the side indents to get an ECG reading.

Nasha Addarich Martínez/CNET

For Whoop Life (its most expensive membership at $359 per year), users get Whoop's MG (medical-grade) unit, access to everything Peak offers, Heart Screening, ECG capabilities and Blood Pressure insights. For the latter, you will need a separate cuff and follow specific steps to calibrate the measurements.

## New Whoop 5.0 features: Healthspan and menstrual cycle tracking

One of my favorite additions to the Whoop 5.0 is the Healthspan suite, which will show you metrics like Whoop Age and pace of aging. These metrics aim to tell you not just how fit you are but how well your body is holding up over time.

During my time testing Whoop, my pace of aging score has become one of the things I look at the most. It's been equal parts exciting and jarring to see how habits and life events affect your body. For example, during an injury, I noticed that my Whoop Age increased by three years as I recovered. And on streaks where I have been consistent with sleeping well and moving every day, my Whoop Age will trend down.

One of the more interesting updates in the Whoop app is the menstrual cycle data. It's more than a calendar, as it layers your cycle information over your recovery, sleep and strain patterns, so you can see how your body's readiness shifts through each menstrual phase.

In my own tracking, I've noticed that during my luteal phase, my recovery score is often lower and my resting heart rate a little higher. Meanwhile, my follicular phase is a prime time for me to push harder during my workouts. The AI coach interprets my data and will suggest adapting my workouts based on where I am in my cycle.

That said, Whoop's cycle insights still feel more "performance through cycle" than deeply hormonal. When comparing this feature with Oura Ring's cycle insights, I noticed that Oura leans more into reproductive health tracking by measuring body temperature and predicting your next period. Oura also flags potential fertile windows without you having to log symptoms manually.

If your priority is training smarter throughout your cycle, Whoop is the clear winner as it takes into account your cycle phases and directly correlates them to your strain and recovery. On the other hand, Oura takes the crown for pure reproductive awareness and slightly richer temperature-driven cycle


9:34
5G
HEALTHSPAN
NEXT UPDATE IN 2 DAYS
AUG 13 - AUG 16
31.6
WHOOP AGE
0.1 years younger




predictions. It really comes down to whether you want the data anchored to performance metrics (Whoop) or presented as part of your overall well-being (Oura).

## Recovery and sleep insights

es is where it really shines. Each morning, it will give you a score and color (green means excellent recovery, yellow means OK to good recovery and red means low recovery) based on your heart rate variability, respiratory rate and sleep. There's also a journal feature that lets

rate variability, respiratory rate and sleep. There's also a journal feature that lets you log daily habits, like caffeine intake, sleeping with a partner or pet, exercise and alcohol consumption, so you can track what habits impact your body's recovery. After a few weeks, I had a clear view of what things helped me recover faster and what habits tank my progress.

Nasha Addarich Martínez/CNET

The sleep tracking on the Whoop is also pretty impressive and detailed. You can get insights into how long you slept and how much time you spent in each stage (light sleep, REM and deep sleep), and it'll even recommend your bedtime based on your recovery needs and sleep debt.

**Read more:** Sleeping With Robots: How Artificial Intelligence Transformed My Sleep

## Training with the Whoop 5.0

When you work out with Whoop, each workout gets a strain score, which is based on your heart rate and HRV. On green recovery days (signaling optimal recovery), Whoop encourages me to push a little harder. On red days (recovery is low -- either because I didn't sleep well or have been pushing my body to its limits), the Whoop AI coach will recommend taking it slow. More often than not, I feel like my body agrees with that advice.

Keep in mind that strain and stress scores seem to overlap in data points, but Whoop has these two metrics separated in the app. For example, weightlifting and other non-cardio activities induce stress, but are low in strain count.

## Whoop 5.0 buying advice

When it comes to offerings, I find Whoop's pricing model to be pretty logical: the unit is "free," and users pay a monthly subscription that covers all the data and insights -- as opposed to other fitness trackers where you pay a large sum

and insights -- as opposed to other fitness trackers where you pay a large sum up front for the unit in addition to a monthly subscription (albeit less expensive than Whoop's). That being said, the increased subscription choices can have current members and new timers scratching their heads, deciding which to pick.

*The information contained in this article is for educational and informational purposes only and is not intended as health or medical advice. Always consult a physician or other qualified health provider regarding any questions you may have about a medical condition or health objectives.*

## Fitness Guides

### Fitness Equipment

- Best Elliptical
- Best Treadmill
- Best Rowing Machine
- Best Exercise Bike
- Best Peloton Alternative
- Best Adjustable Dumbbells
- Best Home Exercise Equipment
- Best Smart Home Gym Workouts

### Fitness Accessories

- Best Weightlifting Shoes
- Best Walking Shoes for Men
- Best Walking Shoes for Women
- Best Running Shoes for Men
- Best Running Shoes for Women
- Best Compression Socks

- Best Compression Socks
- Best Foam Roller

**Fitness Tech**

- Best Massage Gun
- Best Smart Scale
- Best Mirror Workout
- Best Fitness Workout Apps
- Best Fitness Trackers
- Best Chest Strap Heart Rate Monitors
- Tonal Review
- Theragun Review

**Fitness Nutrition**

- Best Protein Powders
- Best Protein Shakes
- Fitness Supplements that Work
- Best Pre-Workout Supplements
- Best Creatine Supplements
- Best Foods for Building Muscle
- Best Weight Loss Programs



**NASHA ADDARICH MARTÍNEZ**
Managing Editor

Nasha is a Managing Editor for CNET, overseeing our sleep and wellness verticals. She is a nutrition, mental health, fitness and sleep science enthusiast. Her passion for mindful and holistic practices transcends her personal life and profoundly influences her editorial approach, as she weaves evidence-based insights with practical advice to inspire readers to lead healthier, more balanced lives. Throughout her career, she's covered various topics including financial services, technology, travel and wellness. **See full bio**


9:36
5G UC
PICKLEBALL
1:39 PM to 2:13 PM
6.1
8.0
2,170
4,434
ACTIVITY STRAIN
ACTIVITY STEPS
Active recovery. You spent 25 minutes in HR Zone 1. This is 10 minutes less than you typically spend in this zone during Pickleball.
LEARN MORE WITH WHOOP COACH
150
125
100




Nasha Addarich Martínez/CNET

INDEPENDENT

Bulletin

Support Now

Menu

NEWS SPORT VOICES CULTURE LIFESTYLE INDYBEST DEALS TRAVEL

Categories

Home & Garden

- Vacuum cleaners
- Kitchen appliances
- Household appliances
- Bathroom
- Furniture
- Bedroom
- Kitchen accessories
- Garden furniture
- Garden toys
- Power tools
- BBQs & accessories
- Cooling fans

Mattresses

- Mattresses
- Mattress toppers

Tech

- Laptops & tablets
- Cameras & accessories
- Computer accessories

Phones & accessories

Headphones & earphones

Audio

TVs

Best VPN

Fashion & Beauty

Women's clothing

Lingerie

Men's clothing

Men's grooming

Sun care & tanning

Fragrances

Beauty

Hair

Make-up

Skincare

Kids

Baby tech & essentials

Kids' sports

Kids' travel

Pushchairs

Kids' clothing & footwear

Toys & activities

School clothing & equipment

Gifts for kids

Kids furniture

Children's books

Sports & Fitness

Running

Cycling

Fitness equipment

Golf

Yoga

Swimming

Winter sports

Deals

More

Travel & outdoors

Food & Drink

Wine

Gaming

Books

Gifts

About IndyBest

The Independent's journalism is supported by our readers. When you purchase through links on our site, we may earn commission. Why trust us?

**Extras > IndyBest > Sports & Fitness > Sports Equipment & Accessories**

Case 1:25-cv-12690-FDS Document 1-6 Filed 09/22/25 Page 52 of 66

# We put Whoop's fitness tracker strap and membership experience to the test

Record your activities, analyse data and track progress with this exercise strap

Lydia Willgress • Wednesday 14 April 2021 12:56 BST




VIP users include basketball superstar LeBron James and EF pro cyclists *(iStock/The Independent)*

Amateur athletes and the health conscious have also realised the benefits, using wearable tech to record their activities and apps to analyse the data.

One of the hottest products right now is the Whoop strap. From basketball superstar LeBron James, to the EF Pro Cycling team, the list of VIP users keeps growing – and it's become more talked about than ever after pro golfer Nick Watney found out he was Covid-19 positive after he noticed a change in his data.

Whoop is a fitness wearable and app. Unlike others on the market, it doesn't just track workouts while you're doing them. Instead, it's like a coach in your pocket, collecting physiological data and helping you keep track of the impact of your everyday life so you can make well-informed decisions about your recovery and training.

It does this via a small, comfortable strap that goes on your wrist or arm and measures heart rate and movement via two LEDs and an accelerometer.

**Read more:**

- **11 best sports bras for bigger busts**
- **Best activewear brands for women**
- **8 best running watches that track your workouts**
- **10 best fitness apps for every workout**

Instead of buying a Whoop band outright, you pay a monthly subscription. There is no separate cost for the strap, although there is a minimum subscription of six months, with the price (£30 per month) decreasing if you sign up for longer.

You can trust our independent reviews. We may earn commission from some of the retailers, but we never allow this to influence selections, which are formed from real-world testing and expert advice. This revenue helps to fund journalism across *The Independent*.




## ❶ Whoop strap and subscription

### How does the Whoop strap work?

You might be familiar with other fitness wearables or apps, which typically allow you to record activities and measure things like heart rate and cadence for the duration of your workout. If you want to see your progression, you look back through the data.

With Whoop, the easy-to-use app records data 24/7 and breaks it down into three key areas – strain, recovery and sleep. The thinking behind this is simple: your previous tracked activities are not the only influence on how ready you are to train the next day.

Will Ahmed, Whoop's CEO, launched the brand after struggling to manage his training while captaining the men's squash team at university.

"I used to overtrain almost every season, which is the ultimate betrayal, because you're putting so much effort into getting fitter and stronger, and then all of a sudden you fall off a cliff because you've just pushed your body well past what it's capable of," he tells the brand's podcast. "I got very interested in what I could measure about my body to prevent me from doing that."

## So, what's strain and why does Whoop measure it?

Whoop's "strain" function quantifies how hard your body and mind are working each day. As we mentioned above, it is designed to capture all effort – so your workouts are included alongside everyday activities, whether that's parenting or going to appointments.

Using your bespoke data, the app gives you a "strain score" out of 21 each day so you know just how hard you've been working. It uses this data, alongside your sleep and recovery stats, to work out your 'optimal' strain score so you can shape your training accordingly.

**Read more: 10 best fitness trackers to help you reach your goals**

The brand claims its data sparks behavioural change, finding that after only four months users reported fewer injuries. We found it also gave us a real push to do a little more exercise on some quieter days in order to reach the "optimal" range.

## How does recovery fit in?

The recovery function is, in our view, the product's biggest USP. Designed to give you insights into your body and mind's readiness, it measures something other apps rarely look at – heart rate variability (HRV).

HRV is the variation in time between each heartbeat. A low HRV can indicate that your body is working hard so if you're not doing something active, this can signal that you're stressed, dehydrated or sick.

On the flipside, the greater the HRV, "the more 'ready' your body is to execute at a high level," the brand says.

Put simply, the recovery data gives you an insight into how much petrol you have in the tank. It's not realistic for your tank to be full every day – but you can see when you're running low and may want to change your approach to training.

A word of warning for those planning a big day after a big night out – we found it absolutely plummets when you've had a few drinks.

## And how does Whoop measure sleep?

Numerous apps and devices will measure your slumber – but Whoop takes it to a whole new level, not only recommending the ideal amount of sleep you need to recover or improve performance, but also allowing you to analyse things like sleep disturbances and efficiency.

It works by auto-detecting your sleep in the morning, prompting you to open the app and see what the "coach" is saying on optimal strain and recovery. It's also worth checking the app when you've done most of your activity for the day, as it tells you how much sleep you'll need that night.

**Read more: Fitbit Versa 3 vs Fitbit Sense – which fitness smartwatch is best?**

Our favourite function is the journal, which helps you actually change your sleeping patterns rather than simply telling you you're not getting enough. It does this by asking you a series of questions each morning (which you can tailor to your own lifestyle), which analyse the relationship between sleep and your habits.

These can include basic questions about hydration, eating before bed, and drinking alcohol, as well as whether you have read before bed, allowed your cat in the room or had sex.

After a while, Whoop uses this data to help you work out that, for example, you get a deeper sleep if you read before bed, or that your slumber is interrupted more if there's a cat sleeping on your head.

### What else do I need to know?

You don't need to worry about your Whoop strap running out of battery – it lasts for five days and comes with a battery pack that slides on so you can charge on-the-go.

Plus, the strap is waterproof and comes in a variety of colours, so you can pick your favourite or switch between them, although some options come at an additional cost.

£30 from Whoop.com

Prices may vary

Back to top

## The verdict: Whoop

Whoop really does provide much more useful insight than many other wearables we've tried. It is innovative, modern and exciting, offering a new way of considering the strain you are placing on your body.

Given the level of data it looks at, some of the best coaching insights take a few weeks to come through. We recommend spending some time early on setting up the journal so you can make the most out of it as soon as possible.

It is also worth noting that the subscription model is unusual, and it isn't cheap, working out as a minimum spend of £180. You'll want to think about whether the product is right for you – or whether it'll just be another direct debit disappearing from your account.

But if you want to take a more holistic approach to your training, if you're prone to injury or overtraining, if you have a goal in mind you've struggled to meet before or if you work a stressful job and find it hard to recover on your days off, then Whoop won't only help – it will help you transform.

**Say goodbye to post-workout soreness with the best massage guns for relieving aches**

**More about:** Indybest Sports & Fitness


**LEGO invites you to come in and play - in-store and…**
Sponsored Feature

**Seize the sale! Find your next holiday in Virgin Atlantic's September Sale**
Sponsored Feature

**Meet the Sihoo Doro C300 - your new favourite ergonomic office chair**
Sponsored Feature

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

The Standard

# Why I worry for Willy and his Whoop fitness tracker (I used to have one)

## Prince William may have flashed his health tech at the Euros, but former Whooper Hannah Evans has some words of advice



Prince William was seen wearing a Whoop device while watching England v Switzerland at the Euros

REX SHUTTERSTOCK

Hannah Evans

Tuesday July 09 2024, 5.15pm BST, The Times

In a football tournament that has so far given England fans five perfect penalties and a path to the semi-finals, the Euros has also given us some hot fitness intel about the future king of England. You may have seen Prince William cheering from the stands on Saturday evening during the match against Switzerland, but my attention was immediately drawn to his wrists. On one was a flashy silver watch, on the other was the fitness tracker all exercise junkies own: a Whoop.

To the untrained eye this might have just looked like a black canvas band wrapped around his wrist. But fit and athletically gifted people, such as me, instantly recognise it as the It fitness accessory worn by Michael Phelps, Tiger Woods, Rory McIlroy and the like.

A Whoop is a faceless fitness watch that, using a sensor on the underside of the strap, tracks biometric data such as your resting heart rate, skin temperature, heart rate variability, sleep performance and respiratory rate, all presented in a set of nifty graphs on the phone app. You can view your "strain", a score out of 21 that represents how hard you've exerted yourself that day. For exercise addicts, the higher the number, the better.

• **Wills on wheels: Prince William rides e-scooter to Windsor Castle**

Whoop also gives you a recovery score. This is how well-rested your body is and is calculated by the quality of your sleep, how hard you worked the day before and other nerdy stats that happen while you're in bed — oh, you never take it off, by the way.

ADVERTISEMENT

As for drinking, that's a silent no-no. Whoop's sensors can tell if you've had a few pints the night before, which can send your

recovery score plummeting.

Every morning when you wake up, a notification shows your fitness in numbers: a recovery of less than 33 per cent and you're in the red and told to take it easy today. If you're above 67 per cent you're in the green and it's all systems go. Whoop memberships, including the band, cost £229 a year.

But I do worry for Willy and his Whoop. I wore one religiously for years, until those numbers became all too much and I had to tap out. I had become a slave.

Look, I get it. When you start using Whoop, you get high on the silent respect that comes from fellow wearers when they get a flash of your wrist. William, I too have been on the receiving end of those glances. I know how nice it feels for people to recognise that you take fitness more seriously than most. And yes, it's a niche conversation starter when you spot a fellow user. "What's your strain today?" is an ice-breaker nobody else will understand. You feel as if you've joined the Freemasons for fitness lovers.

But there are also flaws Whoop users will know all too well. First, I maintain that it is impossible to get a strain score of 21. Not to brag (but really I am), when I ran an 84km ultramarathon across Gran Canaria this year my score only reached 20. What's the point of setting a test if you can never get full marks? If you've done it, send me a screenshot and I'll put it in the Louvre.

ADVERTISEMENT

• My tour of Balmoral before King Charles throws open the doors

Then there's the recovery flaw. All Whoop users will tell you of the horror of waking up feelin' dandy, thinking you've slept well, only to check your app and see that Whoop disagrees: you're actually in the red. It's the app's way of telling you you've hit rock bottom. What is this gaslighting?

Not to mention the leaderboards. You can join a virtual group with other Whoop users you know and compete for the best recovery, sleep or strain scores. It all starts as a bit of old-fashioned rivalry but quickly becomes ridiculous. Take my friend Miranda, who started going to bed at 8pm every night to ensure she got the best sleep score in our group. Meanwhile, other members were getting up at 5am to cram in as much exercise as possible.

Granted, there are a few things about Prince William's Whoop I'd like to know: what his highest strain has been; his sleep score the morning after that Sandringham summit; if he's dropped to 1 per cent recovery. As for being in a Whoop group with him? I'd rather wear a Fitbit.

Life & Style > Health & Fitness

## Related articles

### Will Zara Tindall join the King's inner circle?

July 01 2024, 12.00am BST

Hilary Rose

VIDEO

## Prince of Wales calls 2022 Earthshot prize winner 'Queen of Africa'

June 27 2024, 11.10pm BST

Kate Mansey, Assistant Editor

KEVIN MAHER

## Sneer at William and me if you like, but we're not really dad dancing

June 24 2024, 12.01am BST

Kevin Maher

PROMOTED CONTENT



The best luxury ski
children

LUXURY SKIWEAR




Why Invest in UK R

BUY ASSOCIATION




Helping people ma
financial decisions

SMARTASSET

BACK TO TOP

THE TIMES
THE SUNDAY TIMES

Get in touch

About us

Contac

Help

The Ti

The Sunday Times Editorial Complaints

Place a

Classified advertising

Display

The Times corrections

The Su

Careers

More from The Times and The Sunday Times

The Times e-paper

The Sunday Times Wine Club

The Times Archive

Sunday Times Driving

The Sunday Times Rich List

Good University Guide

Newsletters

Best Places to Stay

Podcasts

Sportswomen of the Year Awards

Puzzles

Times Radio

Times Bookshop

More from News Corp

The Australian

Dow Jones

Investor's Business Daily

MarketWatch

The Sun

The Wall Street Journal

© Times Media Limited 2025.
Registered in England No. 894646.
Registered office: 1 London Bridge Street, SE1 9GF.

Privacy & cookie policy

Licensing

Topics

Authors

Terms and conditions

Generative AI editorial guidelines

Site map

Puzzles Archive

Commissioning terms

ipso. Regulated