# EXHIBIT G

whoopinthewild Follow

134 posts 1,345 followers 711 following

#WITW
Not affiliated with WHOOP in any official capacity! Always on the hunt for Whoop in the Wild - please DM when you... more




ndefeated pro boxer
you're not having fun you're doing it wrong
MY WORKOUT APP FOR ONLY $1
ee/avrilmathie
Followed by joedaldosso, adriandeleterso and 2 others
llowing
Message
Email
Onlyfan5
Q&A
7th Pro...
iews · Liked by asobhy93
whoopactivity Hiding underneath a long sleeve
d a @whoopinthewild during my MMA session!
n learned: the bicep band is clutch ... more
p Nothing better than that #WHOOPintheWild
ent
pinthewild
everywhoopactivity 2d
everywhoopactivity · Original Audio
2,014
barstoolsports Follow
uswnt
Female trans
UPenn swimmer Lia
Thomas is
CRUSHED by male
trans competitor
by Admin
YALE
CREDIT: @UFC
10,539 likes
ufcbtsport @theassassinbaby @stylebender
Wholesome fighter interaction you love to see...
@NFT
KEVIN O'LEARY
EXPLAINS WHY NFTS
ARE GOING TO BE HUGE
28,668 likes
nft On a recent Youtube Short, Canadian entrepreneur Kevin O'Leary talks about why he thinks NFTs are going to be huge. He goes on to say that he believes the biggest opportunity in this digital industry is tied to physical assets such as watches and that NFTs can become their
CG expert: Scott Boland to
but on Boxing Day
alinta
t Boland's MCG expertise has won him a
e in Australia's Boxing Day XI for the thi
es Test




certificate of authentication. He also states that this is the
UFC


4,254 likes
overthemoon Bridesmaids to be, you can't go wrong with






Photo
diogodalot




Hissalot
Entertainment Website
Snakes, Pranks & Viral Videos
Followed by davidbcronheim, milkygolf and 9 others
Following
Message
Randle
Mainati
Osweiler
Payton
Smith


Instagram
pgamemes
WHOOP
LIVE
135






How my dad
actually was on
my wedding day


6,559 likes


ro_mang
NO ONE
CARES ABOU
YOUR
RECOVERY
@hank_blynn


14,382 likes
nfl The Panthers rookies dressed in costume for an event with @levinechildrens patients hosted by veteran DE @marquishaynes98 (via @panthers)


off right
617K
1,400
memezar · Follow






Posts
owenhennyoga
houseofhighlights
Garrett Yurisko
Beanie KD >>>
URALKALI
brynley.fitness
brynley.fitness · Original Audio
PLEASE...
evan_mcpherson04
Raymond James Stadium


12,872 views
ryansantoso2 So blessed to be a Carolina Panther. Cheers to the journey! #keeppounding
UBS
BOL
ZURICH
EXIT
Photo
aleixespargaro


PELOTON
MARKET ALERT
COMPANY OFFERS FITNESS TRACKER SUBSCRIPTION
@FOXBUSINESS
patriots


WHEN YOU REALISE YOU'RE BRITISH OPEN CHAMPION!!! 🏆
#TEAMHEAD
@PDCOLL


azcardinals
State Farm Stadium




8:00
Reels


f1
1&1


jjpiot
Oakmont Country Club
1/6


Taylor Bier commented on a viral swimming video Matt Bannan posted on Tik Tok and they've been close ever since.
"He was way more handsome than I ever thought he was going to be," Bier said. "We both half–


presleygerber


HELMM


an, a platform aimed at the
eryday investor,' valued at
0M as a16z leads $58M Series B
bangbangnyc
79,828 likes
liekeklaver 4x100 relay it was. Soon again.. @diegomenzi
View all 1,016 comments
leasprunger 1h post - more than 200 comments! Usual Tuesday
lauradewitte Mag ik jou haar ?
June 15 · See Translation
TODAY WE SALUTE JONAH HILL WHO'S JUST THE COOLEST MOTHERFUCKER
817K
750K
1.4M
Breakfast time
1.2M
1M
586K
GREAT BRITAIN


avrilmathie
Mikonos
WHOOP
ATX boys, you gettin it in today? LFG.
5.1
102
92
BACK BAY STUDIO FITNESS
Union Square


reggiemillertnt
World Wide
jcamachoquinn
May 11
Baby's first bath
#anita
@liz.hartigan
ked by manekmathur and 299 others
ny93 This week was an absolute blast!!
gabbythomas
2,288 likes
gabbythomas Mondays....
... more
dafne_schippers
Partnership... 2021 Meets... 2020 Meets... Website
43.6K
1.6M
218K
SAMUEL
mariasakkari
Costa Navarino
MOURATOGLOU
TENNIS CENTER
KornFerryTour
PGATOURChampions
PGATOUREsp
PGATOUR_Korea... more
ved by hamptonthepilot, tatey2919 and 76 othe
Follow
Message
Email
Glover Cam Davis Harris Engli... Originals
FOR PAR
ROCKIES


#HRD
PLAY BALL
ESPN
O's Dad - Steve-O's Wild Ride! Ep #61
3 weeks ago
117
Share
Download
Create
vinnyguadagnino
Los Angeles, California
Photo
patrickmahomes
michaelrubin
Bridgehampton, New York
quavohuncho
bonjovi
emmaraducanu
Kia K900 LeBron James Commercial Ten Mi
3 years ago


BRONCOS
3




larryfitzgerald
Paid partnership with usaa


antogiovinazzi99
Azzurri
GIOVINAZZI
99






bloomberg.com
w York Post @nypost · 31s
ts acquire Anthony Banda to bolster depleted pitching depth
RORY TRACKR Retweeted
RORY TRACKR @RoryTrackr · Jun 30
ll update you as the week progresses. With the time change & lack of
ervice I'll have I may not be able to track the full week. Again, it's a fluid
ituation so I'll keep ya'll updated. Good to see Rory back on the ET


leahmob 23m
WHO DID THIS




zacefron
Kangaroo Island
garethbale11
toryburch
auburnfootball
joerogan
01:00:35
PROVIDENCE
@olivia_moultrie
get back on the campaign trail this summer and fall, Hou
ublican Leader Kevin McCarthy has procured dozens of WHO
his political and fundraising staff in D.C. and across the countr
Why it matters: McCarthy, who represents Bakersfield an
and supporters safe.
deeper: GQ on NBA and PGA use of fitness trackers to detect


SMU
@whoop
Advent
Health
HOME OF THE U
HAAS
mickschumacher
New York Yankees
In all his glory:


whoopinthewild • Follow
whoopinthewild I've never seen a whoop look as small as it does on @tonyrobbins #whoop #whoopinthewild #tonyrobbins
190w
keithkatsoulis My OCD hates that the whoop buckle faces OUT
190w Reply
View replies (1)
asobhy93 Why does it look so tiny?!? 🫠 😂
190w Reply
29 likes
January 29, 2022
Add a comment...
Post


whoopinthewild • Follow
whoopinthewild @mickschumacher matches his Whoop with his outfit 🔥
196w
6 likes
December 15, 2021
Add a comment...
Post


Post
zacefron
Kangaroo Island
whoopinthewild • Follow
whoopinthewild @zacefron sharing a special moment with creature while sporting a pure Whoop in the Wild #witw #whoop
220w
zachremsen With creature
220w Reply
jamiewilson055 HoDl
220w 1 like Reply
11 likes
July 2, 2021
Add a comment...
Post


SAINTS
whoopinthewild • Follow
whoopinthewild Just became a huge @jaboowins fan. Jameis Winston sporting his Whoop in the Wild! @whoop @jaboowins #whoop #neworleanssaints #jameiswinston #nfl
212w
13 likes
August 27, 2021
Add a comment...
Post


whoopinthewild • Follow
whoopinthewild One of the greatest to ever do it with his fresh piece @reggiemillertnt
196w
11 likes
December 15, 2021
Add a comment...
Post