# EXHIBIT H

r/whoop • 4 mo. ago
Motor_Pollution231

# WWE WHOOP sighting

Seth Rollins whooping it up



32 10 Share

Add a comment

r/whoop • 18 days ago
thabuzman

# Charles wears whoop during the race

Whoop Sighting




An earlier post shows Charles sitting trackside with his phone and his whoop on. Wasn't clear if he was handed it or put it on after he had crashed. This photo shows just after crashing before leaving the track. Pretty cool that he wears a whoop during the race. This is enough validation for me!

r/whoop • 3 mo. ago
stcorbett

# Whoop sighting

Humor



On tonight's episode of the late show with Stephen Colbert on CBS and YouTube

https://youtu.be/4WIF-f4puYM?si=SyaOu3xEkWNpnAYF