# EXHIBIT I

amazon Delivering to New York 10118 Update location | Electronics | Search Amazon | EN | Hello, John Account & Lists | Returns & Orders | 0
All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Prime Video | Thursday: Commanders vs. Packers
Electronics | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable
Shop WHOOP
Sponsored

Sports & Outdoors › Exercise & Fitness › Fitness Technology › Activity & Fitness Trackers




3 VIDEOS

Click to see full view

**Ask Rufus**

Can it track swimming? | Does it monitor stress? | Is the wristband adjustable? | Ask something else

# Smart Bracelet Activity Fitness Tracker, Health Wristband, Screenless Ultra Lightweight 17g Wearable 24/7 BP Health Monitor, 100+ Modes, Improve Sleep, Heart Rate Tracking for Women Men Free App

Brand: Harry Williams

4.1 ★★★★☆ (11) |

Find specific info

$99.99

Or **$18.46** /mo (6 mo). Select from 1 plan

FREE Returns

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

$99.99 | $99.99 | $99.99 | $99.99

| | |
|---|---|
| **Brand** | Harry Williams |
| **Color** | Black |
| **Compatible Devices** | Smartphones |
| **Battery Life** | 20 days |
| **UPC** | 768825868983 |

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$99.99

FREE delivery **Sunday, September 14**

Or Prime members get FREE delivery **Friday, September 12**. Order within 6 hrs 28 mins. Join Prime

Delivering to New York 10118 - Update location

## In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | HARRY WILLIAMS WATCHES |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

- [ ] 2-Year Protection Plan for $9.99
- [ ] 3-Year Protection Plan for $13.49
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

**Manufacturer** Shenzhen Lexqi Electronic Technology Co.,Ltd

## About this item

- Advanced Dual-Chip Technology High Precesion Sensor Smart Health Monitor – Powered by 8762ESF CPU for smooth performance and VC30F-S HR sensor for HIGHLY ACCURATE status monitoring.
- 150mAh Long-Lasting Battery Smart Bracelet– Optimized for extended use, reducing the need for frequent charging.
- Free App - Live time free app for this fitness tracker wristband
- 24/7 Health Monitoring – Continuously tracks heart rate, steps, calories, and distance for a complete fitness overview, to improve sleep, stress, wellness. Night sleeping monitoring period: 6:00pm-12:00pm, Noon sleeping monitoring period: 11:30am-3:00pm
- Compatible with Android 4.4+ & iOS 9.0+ Fitness Tracker – Easily syncs with your smartphone to track and analyze fitness data
- IP68 Waterproof Rating Smart Wristband– Perfect for swimming, intense workouts, and outdoor activities without worry. (Warning: Do not use it in hot water, steam will damage the device)
- Ultra Lightweight Health Tracker- This tracker is only 17g. It is so that when doing sporting or sleeping just feel nothing.
- Two Bands For Activity & Fitness Tracker – You can see more than 100 sports modes. GPS running can track movement and running records. The sillicon band fits for outdoor activities which refer water while magic stick band fits for indoor such as sleeping.

› See more product details

Report an issue with this product or seller



Smart Bracelet for Men Women,...
5.0 19
$159.99
Sponsored

## Consider a similar item





Fitness Tracker Watch with Heart Rate Monitor, Activity Tracker with Pedometer, Sleep Monitor, Calories & Step Counter, 5ATM Waterproof

Smart Watch for Women Men Health Fitness Watch for Sports
(3790)
$19.99 prime
1 sustainability feature

Sponsored

## Buy it with





**This item:** Smart Bracelet Activity Fitness Tracker, Health Wristband, Screenless Ultra…
$99.99

+ 3 in 1 Charging Station for iPhone 16/15/14/13/12 Series, Foldable Travel Charger for…
$19.99

+ Smart Watch(Answer/Make Call), 2.01" Smartwatch for Men Women, IP67 Waterproof, 100+…
$28.49

Total price: $148.47
Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## 4 stars and above Sponsored

Page 1 of 20


Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All…
273
$169.97
prime
You pay $129.97 with coupon


WHOOP Life - 12-Month Membership - Health and Fitness Wearable – 24/7 Activity and ...
807
$239.00
prime


Smart Health Wristband, Wearable Activity & Fitness Tracker Band, 24/7 Sleep Tracke...
66
$159.99
prime
You pay $119.99 with coupon


Ultra Smart Ring for Women Men,Health Fitness Tracker with Sleep/Blood Pressure…
68
-30% $69.99
List: ~~$99.98~~
prime


IAMJOY Smart Health Wristband, Wearable Activity & Fitness Tracker for Multi-Sport ...
536
Limited time deal
-47% $99.99
Typical: ~~$188.22~~
prime

## Deals on related products Sponsored

Page 1 of 2


IAMJOY Smart Health Wristband, Wearable Activity & Fitness Tracker for Multi-Sport ...
536
Limited time deal
-47% $99.99
Typical: ~~$188.22~~
prime


Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All…
124
Limited time deal
-28% $129.98
List: ~~$179.99~~
prime


Fitness Tracker with Heart Rate/Blood Oxygen/Sleep Monitor, 20+ Sports Modes…
344
#1 New Release
Limited time deal
-10% $26.09
Typical: ~~$28.99~~
prime


Health Fitness Tracker for Women Men: 24H Heart Rate Monitor Activity Trackers Bloo…
1,337
Amazon's Choice
Limited time deal
-20% $39.97
List: ~~$49.99~~
prime


Smartwatch for Women/Men, Compatible with Android & iPhone, 1.8" Fitness…
2,295
Limited time deal
-17% $49.99
List: ~~$59.99~~
prime
You pay $39.99 with coupon
Climate Pledge Friendly

## Product description

**Product description**

HARRY WILLIAMS




Harry Williams
ULTRA LIGHT
ONLY 17 GRAM


129/88mmHg
SBP DBP


98-98%


REM 14 min
Deep sleep Light sleep REM Wake up
Sleep time 05h 39min
Deep sleep continuity 72 score
Deep sleep ratio 35%
Light sleep ratio 46%


62bpm


IP68 HIGH GRADE WATER RESISTANT
WARNING: AVOID HOT WATER AND STEAM


TRACK WOMEN'S MENSTRUAL CYCLE
APRIL
SU MO TU WE TH FR SA
30 31 1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 1 2 3
4 5 6 7 8 9 10
MENSTRUAL PERIOD




## Product Videos




Videos for this product




**Fitness tracker smart wrist bands BP sleep monitor**
HARRY WILLIAMS WAT…




**Customer Review: Easy to use smart watch - long lasting charge**
Katherine Close




**My quick review on this great activity tracker option!**
Liana Tchepurin




**The Smart Bracelet I Wear 24/7!**
Taylor Yrabedra



Smart Bracelet Activity Fitness Tracker, Health Wristband, Screenless Ultra…
★★★★☆ 11
$99.99



Smart Bracelet Activity Health Wristband, Scr
★★★★☆ 11
$99.99

## Product information

## Item details

| | |
|---|---|
| **Brand Name** | Harry Williams |
| **Model Number** | H59 |
| **UPC** | 768825868983 |
| **Manufacturer** | Shenzhen Lexqi Electronic Technology Co.,Ltd |
| **Customer Reviews** | 4.1 ★★★★☆ (11)<br>4.1 out of 5 stars |
| **Best Sellers Rank** | #366,500 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#939 in Activity & Fitness Trackers |
| **ASIN** | B0F3D4ZGSH |
| **Included Components** | Charging Cable, User Manual |
| **Warranty Description** | 1 year |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

## Features & Specs

| | |
|---|---|
| **Compatible Devices** | Smartphones |
| **Battery Average Life** | 20 days |

## Additional details

| | |
|---|---|
| **Color** | Black |

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it track swimming? | Does it monitor stress? | Is the wristband adjustable? | Does it have a sleep tracker? | Is it compatible with all smartphones?

## What's in the box

- Charging Cable
- User Manual

## Similar brands on Amazon

Sponsored

## Products related to this item

Sponsored



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All…
273
$153⁹⁷ → $153.97
prime
You pay $113.97 with coupon



Smart Bracelet for Men Women, Health Activity Fitness Trackers, 24/7 Continuous Hea...
19
-11% $169.99
List: ~~$189.99~~
prime
You pay $139.99 with coupon



Smart Health Wristband, All Weather Activity & Fitness Tracker with 120+ Sports Ste...
47
-38% $79.99
Typical: ~~$129.99~~
prime
You pay $69.99 with coupon



Smart Health Wristband, Wearable Activity & Fitness Tracker 24/7 Heart Rate Blood O...
8
-22% $77.77
List: ~~$99.99~~
prime



IAMJOY Smart Health Wristband, Wearable Activity & Fitness Tracker for Multi-Sport ...
536
Limited time deal
-47% $99.99
Typical: ~~$188.22~~
prime



WH(
Mem
and
24/7
$23
prir

Sponsored


## Customer reviews

4.1 out of 5

11 global ratings

| | |
|---|---|
| 5 star | 53% |
| 4 star | 17% |
| 3 star | 18% |
| 2 star | 12% |
| 1 star | 0% |

How customer reviews and ratings work

## Reviews with images

See all photos ›










## Top reviews from the United States

Sabrina

**Nice!**

Reviewed in the United States on July 22, 2025

Color: Blue | Verified Purchase

Easy to pick up ! Excellent!

Helpful | Report

P

Sponsored

The Acquirer

**App and functionality issues**

Reviewed in the United States on June 12, 2025

Color: Black | **Amazon Vine Customer Review of Free Product** ( What's this? )

This is an exceptionally lightweight tracker which fits well on my smaller wrist. The device itself is sleek and slender and it comes with two choices of wristband - one is fabric with an adjustable Velcro closing and the other is a soft plastic kind - again with fully adjustable sizing. I am using the Velcro strap and hardly notice it on my wrist, and sleeping with it is very comfortable.

This is not a device that's also a watch and a phone and activity tracker device - it's solely an activity and health tracker. There is no 'face' - the device is a small metal rectangle that points down and makes contact with your wrist. To see your stats or vitals you have to check the app. You can also set it up so it vibrates when you have notifications on your phone. I have it set only to vibrate when I get a call, because I don't like my wrist vibrating every few minutes.

The not so small issue with this tracker is that the app (QWatch Pro) it comes with has poor reviews: 2.4 out of 5 in the App Store. This is a red flag given it's perhaps your first introduction to this product when you scan the barcode which takes you to the App Store to download and set it

Read more

One person found this helpful

Helpful | Report

Teri

**Smart Fitness Tracker**

Reviewed in the United States on August 29, 2025

Color: Black | **Amazon Vine Customer Review of Free Product** ( What's this? )

I have really been enjoying this smart fitness tracker. It works really well and is easy to use. There is an app that you use to setup and manage the fitness tracker in. The app is easy to use and understand. You can also customize it to your needs.

This fitness tracker tracks quite a bit of things. Anything from your heart rate, to the number of steps in a day, to your blood oxygen level. It also has options to remind you to stand periodically. Those are just a few of the many things that you can easily track with this device.

I love that it can also be synced with other fitness apps. I have mine connected to my "Health" app on my iPhone and Apple Watch. It comes with two bands: one fabric band (which I basically wear all the time) and a silicone band. It is very comfortable and fits nicely. The bands are adjustable for best comfort and fit.

It does have a waterproof rating of IP68. Paired with the silicone band it can easily be used in

Read more

Helpful | Report

Darocaro2014

**My New Invisible Health Coach**

Reviewed in the United States on June 9, 2025

Color: Black | **Amazon Vine Customer Review of Free Product** ( What's this? )

I've tried a few fitness trackers before, but they always ended up in a drawer after a few weeks. They were either too bulky, too distracting with notifications, or just felt like another screen I had to manage. Enter the Smart Health Wristband – and wow, this little device has completely changed my mind about wearables!

The fact that it's screenless is actually a huge plus for me. I don't need another device blinking at me, and it really helps me disconnect while still getting all the vital data. All the information is easily accessible and beautifully presented in the app, which is intuitive and easy to navigate.

Here's what I've been most impressed with:

24/7 Health Monitoring (Without the Distraction): This is where it shines. It's constantly tracking my heart rate, and I love seeing the trends. It gives me a great overview of my cardiovascular health throughout the day and night. It's discreetly doing its job in the background, which is

Read more

Helpful | Report

Nicole

★★☆☆☆ **Very basic**

Reviewed in the United States on July 11, 2025

Color: Black | **Amazon Vine Customer Review of Free Product** ( What's this? )

Kind of low quality. Instructions are not intuitive and it's very basic. Compared to other watches and straps on the market, it doesn't come close even compared to other budget products. Splurge and get something better and from a more reputable brand.

Helpful | Report

**See more reviews ›**

Sponsored

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon Delivering to New York 10118 Update location | Electronics | Search Amazon | EN | Hello, John Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Prime Video | Thursday: Commanders vs. Packers

**Electronics** New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable

Shop WHOOP

Sponsored

Sports & Outdoors › Exercise & Fitness › Fitness Technology › Activity & Fitness Trackers





7 VIDEOS

Click to see full view

**Ask Rufus**

Can it track swimming? | Does it have a stopwatch?

Is it compatible with Android phones? | Ask something else

# Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All-Day Continuous Heart Rate Blood Pressure Stress HRV Monitor, 170+ Sport Modes Smart Wristband with Free APP 2 Bands

Visit the EGQINR Store

4.4 ★★★★☆ (273) |

Find specific info

**100+ bought** in past month

$153.97

Or **$38.49** /2 weeks (x4). Select from 1 plan

FREE Returns

☐ Coupon price **$113.97** Terms

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**



$153.97



$165.97



$169.97



$169.97

| | |
|---|---|
| **Operating System** | Android & iOS |

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$153.97

FREE delivery **Monday, September 15**

Or Prime members get FREE delivery **Thursday, September 11**. Order within 6 hrs 27 mins. Join Prime

Delivering to New York 10118 - Update location

## In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | YTing-US |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $24.99

☐ 3-Year Protection Plan for $33.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

| | |
|---|---|
| **Supported Application** | Day＆Night Sleep Tracker, Call Reminder |

See more

## About this item

- 【24H Accurate Health Monitoring】EGQINR health band uses advanced sensors to continuously and accurately monitor your heart rate, heart rate variability, blood pressure, blood oxygen levels, stress levels all day. Detailed health monitoring data and analysis reports can be viewed on the APP. The unique wearable fitness device helps users gain a comprehensive understanding of health and effectively improve welness.
- 【All Day Sleep Tracker】The newly upgraded fitness band tracker can not only track your sleep at night, but also track your nap sleep during the day to meet your different needs. Professionally interpret the sleep characteristics of each stage, analyze sleep quality, including sleep duration, deep sleep, light sleep and wake-up time. Help you understand your sleep patterns so you can make smart adjustments for better rest and recovery.
- 【170+ Sports Modes & All-Day Activity Tracking】Fitness tracker bracelet monitor your steps, distance and calories burned all the day to help you achieve your fitness goals more efficiently. Including 170 sports modes like skipping, swimming, yoga, basketball etc., and provides 3 GPS modes specifically for outdoor walking, running and cycling, you can view GPS movement trajectory on the map in real time on the APP.
- 【Long Battery Life & IP68 Waterproof】The minimalist fitness tracker is equipped with large capacity and low power consumption battery. A full charge lasts for 45 - 60 days in regular use and 20 - 30 days in continuous operation. The health tracker bracelet features an IP68 waterproof rating, making it resistant to water splashes, sweat, and light rain. Wear it confidently during your everyday activities, including washing hands or engaging in light water-related tasks.


Smart Bracelet for Men Women,...
5.0 19
$159.99
Sponsored

- 【15g Lightweight & Double Straps】Smart bracelet for men adopts a minimalist screenless design, combined with durable ABS material and soft silicon/ fabric straps. The lightweight body and ergonomic curved design allow you to wear it comfortably all day long, making it a great choice for fitness equipment.
- 【Multiple Practical Functions】The fitness trackers with various smart features including vibration reminder for incoming calls and messages, female function, sedentary reminder, alarm clock, do-not-disturb mode, find device, photo control and can also sync with Apple Health, which makes it a better all-around way to take care of your health.
- 【Free APP】EGQINR fitness tracker let you enjoy zero subscription fees and ongoing free app updates. Syncs seamlessly via Bluetooth to the dedicated companion APP (iOS & Android compatible) to analyze trends, crush goals, and share achievements. Just scan the QR code in the manual to download the app and start your health journey with EGQINR.

› See more product details

## Additional Details

Verified by Transparency
Each item has a unique code that we…

**Frequently returned item**
*Check the product details and customer reviews to learn more about this item.*

Report an issue with this product or seller

## There is a newer model of this item:



Smart Watches for Men/Women, 1.75" Bluetooth Call, AI Voice Smartwatch, 24/7 Heart Rate Monitor, Blood Pressure/SpO2/Sleep Tracker, IP68 Waterproof, 100+ Sports Fitness Tracker for Android iOS Black
$94.99
(78)
In Stock

Sponsored

## Buy it with



+



Total price: $161.77

Add both to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracke… $153.97

YANMONGI Smart Watch Charger for EGQINR 3.3Ft/100cm 2 Pin USB Portable Magnetic Chargin… $7.80

## Based on your recent views Sponsored

Page 1 of 75



EnergyPort Smart Bracelet with Blood Oxygen/Blood Pressure Monitor, 60-Day…
124
Limited time deal
-26% $139.98
List: ~~$189.99~~
prime




FITVII Fitness Tracker, Slim AMOLED Fitness Watch 2025 with 24/7 Heart Rate, Blood ...
99
-9% $49.98
List: ~~$54.99~~
prime
You pay $44.98 with coupon (some sizes/colors)



Amazfit Helio Strap Fitness Tracker Wristband, 24/7 Activity & Sleep Tracker with H…
236
Amazon's Choice
$99.00
prime



shunvbasha Smart Health Wristband, Screenless Smart Bracelet, Pedometer,…
15
-18% $89.99
List: ~~$109.99~~
prime



Smart Bracelet for Men Women, Health Activity Fitness Trackers, 24/7 Continuous Hea...
19
-11% $159.99
List: ~~$179.99~~
prime
You pay $129.99 with coupon

## Deals on related products Sponsored

Page 1 of 2



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All…
124
Limited time deal
-28% $129.98
List: ~~$179.99~~
prime




Health Fitness Tracker for Women Men: 24H Heart Rate Monitor Activity Trackers Bloo...
1,337
Amazon's Choice
Limited time deal
-20% $39.97
List: ~~$49.99~~
prime



Smart Health Ring Sleep Health Tracker for Women Men with Heart Rate, Blood Oxygen,...
147
Ends in 03:27:39
-29% $49.99
Typical price ~~$69.99~~
prime




Smartwatch for Women/Men, Compatible with Android & iPhone, 1.8" Fitness…
2,295
Limited time deal
-17% $49.99
List: ~~$59.99~~
prime
You pay $39.99 with coupon
Climate Pledge Friendly



YMZ Smart Watch for Men Women, 1.27" HD Touchscreen Fitness Tracker, Bluetooth Call...
398
Amazon's Choice
Limited time deal
-10% $34.19
Typical: ~~$37.99~~
prime

## Product description


EGQINR
H59 Smart Health Fitness Tracker
The best choice for people who pay attention to health and love sports
Android 5.0 or above
iOS 10.0 or above
Bluetooth 5.0


All Day Sleep Tracking
Gain deeper insights into your sleep patterns with detailed graphs that track your sleep onset and wake-up times, sleep time, as well as the duration of light and deep sleep stages
Sleep Duration
8hrs 00min
Deep Sleep
01hrs 30min
Light Sleep
6hrs 30min
Awake Time
22min
Day
Night


24H Accurate Health Tracker
Heart Rate
Blood Pressure
Blood Oxygen
Heart Rate Variability


24/7 Activity Tracking
120+ Sports Modes, Feature 3GPS Sports Modes
4.00 Km
260 Kcal
26200 Steps
Health
Heart rate
Sleep
Sport Record
Blood pressure
Walking
Running
Mountai-neering
Basketball
Badminton
Football
Elliptical machine
On foot
Cycling
Jump rope
Yoga
Swimming
Table tennis
Spinning bike
Bodybuilding exercise
Rowing machine

# Never Miss a Beat with Smart Alerts

Receive vibration alerts of calls, emails, text messages, WhatsApp and other app notifications, you will never miss an important call or message!

***Note**: Smart bracelet do not support viewing and replying.




# Suitable Product Size & Packing List

The bracelet is lightweight and ergonomically designed for all-day comfort. The exquisite customized high-end packaging makes it the best gift choice for friends, family and loved ones.






## Product Videos




Videos for this product




**How to Connect Your Phone with the Smart Bracelet (H59)?**
YTing-US




**Huge battery life in a small band**
Chad R.




**How to wear a black nylon quick-drying watch strap?**
YTing-US




**Smart Bracelet, 24H Sleep HR BP HRV Monitor, 170+ Sport...**
YTing-US




**Is the Whoop 4.0 worth it. WATCH THIS!**
Austin McCoo




**Does This Fitness Tracker Outperform Smartwatches?**



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep…
★★★★☆ 273
$153.97



Sponsored
EmeTerm Smart FDA-( Nausea Wristwatch To
★★★★☆ 97
$159.99

## Product information

## Additional details

## Style

## Display

## Measurements

## Memory & Storage

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

## Item details

| | |
|---|---|
| **Brand** | EGQINR |
| **Target Audience** | Elderly Fitness & Health, Men, Unisex Adults, Unisex Youth, Women |
| **Age Range Description** | 8-60 |
| **Model Number** | 059bb251-c056-4383-89e0-1d9722a281f6 |
| **Built-In Media** | 1*EGQINR H59 Smart Watch, 1*Instruction Manual, 1*Megenetic Charging Cable, 2*Replacement Straps |
| **Wearable Computer Type** | Activity Tracker |
| **Manufacturer** | EGQINR |
| **Customer Reviews** | 4.4 (273) 4.4 out of 5 stars |
| **Best Sellers Rank** | #34,662 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #142 in Activity & Fitness Trackers #275 in Electronics & Gadgets |
| **ASIN** | B0F2TCB88Y |
| **Warranty Description** | 1 Year |

## Connectivity

## Compatibility

## User guide

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it track swimming? Does it have a stopwatch? Is it compatible with Android phones?

Does it monitor stress levels? Can it be worn in the shower?

## From the brand



**EGQINR** brand of smart watches, focus on product quality, chasing fashion trends and innovation awareness.

Your health we are always concerned about, it is



## What's in the box

- 1*EGQINR H59 Smart Watch
- 1*Instruction Manual
- 1*Megenetic Charging Cable
- 2*Replacement Straps

## Similar brands on Amazon

Sponsored



WHOOP Life - 12-Month Membership - Health and Fitness Wearable – 24/7…
4.1 807
$239.00



Smart Ring Health Tracker, Sleep Tracker Ring with Heart Rate, Waterproof Fitn…
3.3 436
$21.99 Typical: ~~$39.99~~

## Products related to this item Sponsored



Smart Bracelet Activity Fitness Tracker, Health Wristband, Screenless Ultra Lightwe…
11
$99.99
prime



WHOOP Life - 12-Month Membership - Health and Fitness Wearable – 24/7 Activity and ...
807
$239.00
prime



Smart Bracelet for Men Women, Health Activity Fitness Trackers, 24/7 Continuous Hea…
19
-11% $169.99
List: ~~$189.99~~
prime
You pay $139.99 with coupon



Smart Health Wristband, Wearable Activity & Fitness Tracker 24/7 Heart Rate Blood O…
8
-22% $77.77
List: ~~$99.99~~
prime



Smart Health Wristband, All-Day Continuous Monitoring, Heart Rate Tracking, Improve…
$159.99
prime
You pay $119.99 with coupon



Sma
Wea
Fitne
24H
Limi
-28
List:
prir

Sponsored

## Customer reviews

4.4 out of 5

273 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 5% |
| 3 star | | 1% |
| 2 star | | 3% |
| 1 star | | 10% |

How customer reviews and ratings work

Sponsored

## Customers say

Customers find the fitness tracker accurate and appreciate its 24/7 health monitoring capabilities. The device is easy to set up and use, takes less than an hour to charge completely, and is comfortable to wear. They like its lightweight design and consider it an affordable option, with one customer noting it's packed with features for the price.

Generated from the text of customer reviews

**Select to learn more**

Heart rate tracking | Fitness tracker | Battery life | Ease of use | Comfort | Value for money | Weight | Accuracy

## Reviews with images

See all photos ›



## Top reviews from the United States

rakesh

**Smart Fitness Companion That Truly Delivers!**

Reviewed in the United States on August 2, 2025

Color: Black | **Verified Purchase**

I recently started wearing a smart bracelet for activity & fitness tracking, and it's been a game-changer for my daily routine. The step counts and distance tracking are highly accurate, and the heart rate monitor feels more reliable than I expected. I love that it syncs effortlessly with my phone—giving real-time updates, sleep metrics, and workout stats—all clearly displayed in a sleek, easy-to-use app. The battery life easily lasted over a week on a single charge, and the lightweight wristband is comfortable both during workouts and while sleeping. Whether I'm walking, running, or just staying active throughout the day, this bracelet keeps me motivated and informed about my health goals—it's become my favorite fitness accessory!

One person found this helpful

Helpful | Report

Yogesh

**such a incredible bracelet**

Reviewed in the United States on August 30, 2025

Color: Black | **Verified Purchase**

I've been using the smart bracelet for almost two weeks now and I'm impressed with the features. The 24-hour heart rate and blood pressure monitoring is well accurate, and the sleep tracking

even for naps is a great bonus. I track my steps almost every 2-3 hours. The setup with the QWatch pro app was smooth, and I appreciate that there are no hidden subscription fees. It's lightweight and comfortable to wear all day.

Helpful | Report

preethi

**Sleek and Elegant**

Reviewed in the United States on July 16, 2025

Color: Black | **Verified Purchase**

I've been using the EGQINR fitness tracker for a few weeks now, and I'm genuinely impressed.
The 24-hour accurate health monitoring is incredibly helpful—I can now keep track of my heart rate, blood oxygen, blood pressure, and even stress levels right from the app.
The data gives me great insights into my overall wellness.
One of my favorite features is the sleep tracking, which even logs my daytime naps. It breaks down my sleep cycles in detail and helps me understand how to improve my rest.
Battery life is outstanding! I have charged twice and it's still strong after weeks of use.
I also appreciate the extra strap and minimalist, screenless design, which makes it look sleek and elegant.
The additional features like vibration alerts, female health tracking, alarm clock, and Apple Health sync are just icing on the cake.
Highly recommended for anyone looking for a comprehensive, affordable, and stylish fitness and health tracker!

Helpful | Report

B.Sudhir Sidhaarthan

**Best Fitness tracker!**

Reviewed in the United States on August 6, 2025

Color: Black | **Verified Purchase**

I purchased this fitness tracker recently and have been using it for a while. It can track all my health data including heart rate, sleep time and also my blood pressure. This is really helpful for anyone who needs to closely monitor their health. The watch is easy to wear and comfortable wear all day. The battery lasts long and takes less than an hour to charge completely. This also seems to be water resistant and very durable. The app that the band uses has a beautiful eye pleasing UI, which presents every data in understandable way. I would highly recommend this to the fitness enthusiasts.

Helpful | Report

Jill Hansen

**Inaccurate to the point of useless**

Reviewed in the United States on July 19, 2025

Color: Black | **Verified Purchase**

The wrist device's purpose in my life is to accurately count daily steps and accurately record sleep cycles. It is completely inaccurate at both these things, so much so that the info it does provide is useless. As an example, working from home at my desk for 8.5 hours, it counted 7,145 steps. I think it must be counting keyboard strokes not steps. Useless. Regarding sleep monitoring, I agree with other reviewers, the midnight to midnight display is ridiculous but would not be a total deal breaker for me, it just means I'd have to do some math each morning to add up last nights sleep with the sleep occurring after midnight to get a total. The deal breaker for sleep monitoring is that it stops recording my sleep when I get up during the night to pee (I've had three babies, that happens EVERY NIGHT). I wore the device for 5 nights, going to bed after midnight each night and each night sleeping around 8-9 hours. The first night I got no sleep data, the next 4 nights it recorded 2:52, 3:06, 3:40, and 4:30 hours and consistently stopped recording when I got up for the bathroom even though I went right back to bed and slept several more hours. Completely useless.

7 people found this helpful

Helpful | Report

Angie Sutil

**Great Little Fitness Tracker for Everyday Use**

Reviewed in the United States on August 25, 2025

Color: Black | **Verified Purchase**

This bracelet has been such a useful addition to my daily routine. It's lightweight and comfortable to wear all day, and the band adjusts easily without feeling bulky. The screen is clear and easy to read, even outside, and the touch response is quick.

I like that it tracks steps, heart rate, and sleep pretty accurately, giving me a good picture of my daily activity. The battery life lasts several days on a single charge, which is really convenient since I don't have to think about charging it constantly.

For the price, it's a great value. It does exactly what I need without being complicated, and it looks sleek enough to wear with anything. Perfect for keeping an eye on fitness goals without spending a fortune.

Helpful | Report

THANH THI VAN

**Ultimate Smart Bracelet**

Reviewed in the United States on July 31, 2025

Color: Black | **Verified Purchase**

I've been using the Smart Bracelet Activity & Fitness Tracker for a few weeks now, and I'm genuinely impressed! The setup was a breeze, and the free app makes it easy to sync with my phone. It comes with two stylish bands, so I can switch up my look whenever I want.
The 24-hour sleep tracking feature is surprisingly accurate, giving me insights into my deep and light sleep cycles. I also love how it continuously monitors my heart rate, blood pressure, and even stress levels—it's like having a personal health coach on my wrist! The HRV (Heart Rate Variability) monitoring is a nice bonus, especially if you're into tracking your recovery and overall wellness.
With 120+ sport modes, whether I'm cycling, running, or even doing yoga, the bracelet keeps up and logs my activity perfectly. The screen is bright and easy to read, and the battery lasts several days on a single charge.

2 people found this helpful

Helpful | Report

Amazon Customer

**Excellent Fitness Tracker – Packed with Features!**

Reviewed in the United States on June 30, 2025

Color: Black | **Verified Purchase**

I've been using this Smart Bracelet for a couple of weeks now and I'm really impressed! It's super lightweight, comfortable to wear all day, and comes with 2 bands, which is a nice bonus.

The heart rate, blood pressure, stress, and HRV monitoring are surprisingly accurate for a tracker in this price range. I love the 24-hour sleep tracking—it gives detailed insight into deep and light sleep, which has really helped me improve my rest.

4 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Tapan

**Perfect fitness tracker with great value**

Reviewed in Canada on September 2, 2025

**Verified Purchase**

I've been using this smart bracelet for a little while now, and I'm honestly impressed with how much it packs in for the price. The setup was quick and the app is pretty straightforward once you get used to it. I mainly got it for sleep and heart rate tracking, and both features seem accurate

enough for everyday use. The variety of sport modes is almost overwhelming (there really are over a hundred), but it's nice to know whatever workout I try, it's covered.

The bracelet itself is lightweight and comfortable—I like that it comes with two bands so I can switch things up. Battery life has been solid so far; I only need to charge it every several days. My only small complaint is that the screen could be a little brighter outdoors, but indoors it's perfectly fine.

Overall, it's a reliable fitness tracker with more features than I expected, and it feels like a good value.

Report

Sara

★★★★★ **Great Value Fitness Tracker with Lots of Features!**

Reviewed in Canada on August 22, 2025

**Verified Purchase**

I've been using this smart bracelet for a while now, and I'm really happy with it. It's lightweight, comfortable, and I like that it comes with 2 bands so I can switch up the style. The setup was simple with the free app, and everything synced quickly with my phone.

The bracelet tracks heart rate, stress, and sleep quite accurately, and I find the continuous monitoring very helpful throughout the day. I was impressed by the number of sport modes—over 170—which makes it easy to track different workouts. The battery life is also solid; I don't need to charge it too often.

Overall, it's a reliable and affordable fitness tracker packed with features you'd expect from higher-end models. Definitely a good choice for anyone who wants to monitor their health and activity without spending too much.

Report

Zack

★★★★★ **Lasts 10-12 days on full charge**

Reviewed in Canada on August 5, 2025

**Verified Purchase**

Title: Excellent and Affordable Fitness Tracker!
I'm incredibly impressed with the EGQINR Smart Bracelet. It's comfortable, the screen is clear, and the two included bands are a great bonus. The features, including the 24-hour sleep tracker, continuous heart rate monitor, and stress tracker, are all surprisingly accurate and useful. With over 120 sport modes and an easy-to-use app, it has everything I need. This is a fantastic, budget-friendly alternative to more expensive trackers. Highly recommend!

Report

Stephen Fardy

★☆☆☆☆ **Product will not work after a month**

Reviewed in Canada on July 30, 2025

**Verified Purchase**

Just a month and 8 days after purchase. This thing no longer works. Won't connect and even days before that I would leave it at home and it would think I was sleeping for 14 hours . Horrible product and past the refund date. Hopefully amazon can make this right

Report

Rahul Kikani

**Absolutely love this smart bracelet!!**

Reviewed in Canada on June 20, 2025

Verified Purchase

I have been using this Smart Bracelet for a few days now and I'm beyond impressed! It's lightweight, stylish, and comes with two interchangeable bands which is a nice touch. The setup was super easy with the free app.
I especially love the 24-hour sleep tracking and continuous heart rate monitoring.

Battery life is solid. Honestly, it's packed with features you'd expect from a much more expensive fitness tracker. Highly recommend for anyone looking to stay on top of their health and fitness!

Report

**See more reviews ›**

Sponsored

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

› See More Ways to Make Money

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates