# EXHIBIT K

amazon Delivering to New York 10118 Update location | Electronics | Search Amazon | EN | Hello, John Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Prime Video | Amazon Basics | Thursday: Commanders vs. Packers

Electronics | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology

amazon fresh Linebacker sized savings Shop Fresh

Sports & Outdoors › Exercise & Fitness › Fitness Technology › Activity & Fitness Trackers






Click to see full view

**Ask Rufus**

Can it track swimming?

Does it monitor blood oxygen?

Is it easy to set up?

Ask something else

# Smart Health Wristband, All Weather Activity & Fitness Tracker with 120+ Sports Step Calorie Counter, Heart Rate Monitoring, 1ATM Waterproof, Free App & Lifetime Updates, 2 Pack Bands(Black)

Brand: SGJIK

3.4 ★★★☆☆ (47) | Find specific info

-38% $79.99

Typical price: ~~$129.99~~

Or **$14.77** /mo (6 mo). Select from 1 plan

FREE Returns

☐ Coupon price **$69.99** Terms

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Style: **Black**

| Black | Blue |
|---|---|
| $79.99 ~~$129.99~~ | $79.99 |

| | |
|---|---|
| **Operating System** | Androi & IOS |
| **Wearable Computer Type** | Activity Tracker |
| **Memory Storage Capacity** | 64 MB |
| **Special Feature** | Activity Tracker |

See more

## About this item

- 【24/7 Health Insights】SGJIK health tracker tracks heart rate and female menstrual cycle in real time. Equipped with advanced heart rate monitor and blood pressure watch to help you better optimize recovery, exercise and daily health.
- 【120+ Sports Modes + GPS Tracking】Fitness band crush every workout with manual tracking for rugby, swimming, yoga, golf, cycling, and more. Step tracker activate GPS for outdoor runs, walks, or rides to map routes, pace, and calories burned. Activity tracker is perfect for athletes, gym goers, or casual fitness enthusiasts.
- 【45-Day Battery Life, 2-Hour Fast Charge】SGJIK fitness bracelet enjoy up to 45 days of continuous health monitoring on a single charge . No weekly charging hassles—ideal for travel, camping, or busy lifestyles.
- 【Better sleep, Stress Less】Sleep tracker get personalized sleep reports and improvement tips by analyzing your sleep stage (deep sleep/light sleep/REM/awake) . Manage stress with guided breathing exercises and real-time alerts when your body needs a break.

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$79.99

FREE delivery **Tuesday, September 16**

Delivering to New York 10118 - Update location

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Bekely |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $10.99

☐ 3-Year Protection Plan for $12.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

- 【1ATM Waterproof + Customizable Comfort】Swim, shower, or sweat worry-free. Fitness watch swap between 2 included straps (Nylon band and Silicone band) for all-day comfort. Lightweight, hypoallergenic design suits work, workouts, or sleep.
- 【After-sales warranty + Lifetime free subscription】SGJIK fitness tracker band sync via Bluetooth 5.0 to the QWatch Pro App (compatible with iOS 10.0 and above, plus Android OS 5.0 and above)， to view trends , set goals, and share progress—APP has no hidden costs, lifetime free subscription. Excellent after-sales service, including 1-year warranty and lifetime software upgrade.
- 【What's Included】SGJIK Smart Wristband ×1,Interchangeable Straps ×2 (Nylon band and Silicone band), Magnetic Charging Cable ×1, user manual ×1. Just scan the QR code in the manual to download the app and start your health journey with SGJIK!

› See more product details

Report an issue with this product or seller

## Consider a similar item



Fitness Tracker Watch with Heart Rate Monitor, Activity Tracker with Pedometer, Sleep Monitor, Calories & Step Counter, 5ATM Waterproof Smart Watch for Women Men Health Fitness Watch for Sports
(3790)
$19.99 prime
1 sustainability feature

## Frequently bought together



+



**This item:** SGJIK Smart Health Wristband, All Weather Activity & Fitness Tracker with 120+ Sport…
$79.99

Apple Watch Series 10 [GPS 42mm case] Smartwatch with Rose Gold Aluminium Case with…
$329.00

Total price: $408.99

Add both to Cart

One of these items ships sooner than the other.
Show details

## Deals on related products Sponsored



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All…
124
Limited time deal
-28% $129.98
List: $179.99
prime



Health Fitness Tracker for Women Men: 24H Heart Rate Monitor Activity Trackers Bloo…
1,337
Amazon's Choice
Limited time deal
-20% $39.97
List: $49.99
prime



Pedometer Watch Senior Friendly No App/Phone Required, Waterproof Fitness Tracker W…
2,150
Limited time deal
-20% $23.99
List Price $29.99
prime
Climate Pledge Friendly



Smartwatch for Women/Men, Compatible with Android & iPhone, 1.8" Fitness…
2,295
Amazon's Choice
Limited time deal
-15% $50.99
List: $59.99
prime
You pay $43.34 with coupon



YMZ Smart Watch for Men Women, 1.27" HD Touchscreen Fitness Tracker, Bluetooth Call…
398
Limited time deal
-10% $34.19
Typical: $37.99
prime

**4 stars and above** Sponsored

Page 1 of 35



WHOOP Life - 12-Month Membership - Health and Fitness Wearable – 24/7 Activity and ...
807
$239.00
prime



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All...
273
$169.97
prime
You pay $129.97 with coupon



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All...
124
Limited time deal
-28% $129.98
List: ~~$179.99~~
prime



Amazfit Helio Strap Fitness Tracker Wristband, 24/7 Activity & Sleep Tracker with H...
236
Amazon's Choice
$99.00
prime



FITVII Fitness Tracker, Slim AMOLED Fitness Watch 2025 with 24/7 Heart Rate, Blood ...
99
-9% $49.98
List: ~~$54.99~~
prime
You pay $44.98 with coupon
(some sizes/colors)

## Product description




**Advanced Sensor** | **Easy to Wear**




120+
Sports Modes
high-accuracy sensors enable manual tracking of more than 120 exercise modes, recording each and every second of the workouts you've completed.


Blood Oxygen (Sp02) Monitoring
Effortlessly monitor your oxygen levels to keep your health in check!
100
95
90
00:00
06:00
12:00
18:00
00:00


1ATM
Waterproof
Not recommended for use in seawater or hot water.

# Never Miss a Beat with Smart Alerts

Supports calls, emails, text messages, sms and all app notifications never miss an important message or notification again!

*Note: message viewing and replying are not available through the wristband.



# Download QWatch Pro App to Explore More

iOS 10.0 or later

Android 6.0 or later

Bluetooth 5.0 or later




## Product Videos



Sponsored

Videos for this product

## Product information

### Additional details

### Style

### Connectivity

### Measurements

### User guide

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Item details

| | |
|---|---|
| **Brand** | SGJIK |
| **Model Number** | H59 |
| **Built-In Media** | User Manual |
| **Wearable Computer Type** | Activity Tracker |
| **UPC** | 754197979150 |
| **Manufacturer** | SGJIK |
| **Customer Reviews** | 3.4 (47)<br>3.4 out of 5 stars |
| **Best Sellers Rank** | #135,250 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#434 in Activity & Fitness Trackers |
| **ASIN** | B0F1XJ53T9 |
| **Item Height** | 4.72 inches |
| **Warranty Description** | 2 Year |

### Battery

### Display

### Compatibility

### Memory & Storage

## What's in the box

- User Manual

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it track swimming? Does it monitor blood oxygen? Is it easy to set up? Does it have a silent alarm?

Can it be used without a smartphone?


## Similar brands on Amazon

Page 1 of 2

Sponsored





## Products related to this item Sponsored



Smart Bracelet, Wearable Activity & Fitness Tracker Band, 24H Sleep Tracker, All… 273
$153.97
prime
You pay $113.97 with coupon

Smart Wristband Men's Fitness trackers Fitness Bands Activity Tracker Sleep Tracker...
$169.99
prime
You pay $119.99 with coupon

Smart Bracelet Activity Fitness Tracker, Health Wristband, Screenless Ultra Lightwe... 11
$99.99
prime

Smart Health Wristband, Multi-Sport Wearable with Automatic Monitoring,… 1
$70.00
prime

WHOOP Life - 12-Month Membership - Health and Fitness Wearable – 24/7 Activity and ... 807
$239.00
prime

Smart Health W All-Day Contin Monitoring, He Tracking, Impro
$159.99
prime
You pay $119.99


## Customer reviews

3.4 out of 5

47 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 3% |
| 3 star | | 0% |
| 2 star | | 13% |
| 1 star | | 28% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the fitness tracker comfortable and easy to use, with simple setup and good connectivity to the app. The device tracks heart rate throughout the day and is ideal for health and fitness monitoring, with one customer noting its detailed sleep tracking capabilities. However, the functionality receives mixed reviews, with some customers reporting random crashes, and customers disagree on the accuracy of the device.

Generated from the text of customer reviews

**Select to learn more**

✓ Sleep tracking | ✓ Trackability | ✓ Fitness tracker | ✓ Comfort | ✓ Ease of use | ✓ Connectivity | Functionality | ⊖ Accuracy

## Reviews with images

See all photos ›




## Top reviews from the United States

Snerling Alcántara

**Amazing Fitness Tracker – Great Value!**

Reviewed in the United States on August 5, 2025

Style: Black | **Verified Purchase**

I've been using the Smart Health Wristband for a few weeks now and I'm honestly impressed. It's super comfortable to wear, even all day, and tracks everything I need – steps, calories, heart rate, and more. I love that it supports over 120 sports modes, which is perfect for my varied workouts. The waterproof design means I never have to take it off, even in the rain or shower.

The free app is user-friendly and keeps me motivated with helpful insights. Also, having 2 bands included is a great bonus – I can switch up the look anytime. With lifetime updates, I feel like this is a long-term investment. Highly recommend it for anyone wanting to stay active and track their health goals!

Helpful | Report

A. Smith

**Inconsistent data- waste of money.**

Reviewed in the United States on July 5, 2025

Style: Black | **Verified Purchase**

The band looks great and I forget that it is on. I like that it doesn't have a screen. I wish I had kept the box so I could return it though because it doesn't track my sleep, some nights it says 2hrs some 4, but I'm always in bed at least 8. Because it is so inaccurate I don't trust any of the ithet data collects. So for me it is a waste of money, I should have just gotten the Whoop. It was a waste of $100 because the data is inaccurate and unusable.

Helpful | Report

Gabriela

★★★★★ **Comfortable, accurate, and easy to set up.**

Reviewed in the United States on August 2, 2025

Style: Black | **Verified Purchase**

This smart bracelet has been a great little addition to my daily routine. Its super comfortable, and I love that it comes with two band! it's nice to switch it up. It tracks my heart rate all day, monitors my sleep, and even has different sport modes, which is perfect when I'm being more active. The Sp02 feature is something I've been curious about, and its nice to have it built in. It also handles water well so i don't have to stress if i get it wet. Everything connected to my phone smoothly, and it's been working like a charm since. So far, I'm really happy with it!

Helpful | Report

Felix

★★☆☆☆ **Low quality software, sometimes crashes on long distance hikes/runs and data is lost.**

Reviewed in the United States on September 4, 2025

Style: Black | **Verified Purchase**

Uhhh, not great. Battery life is very good but all metrics a very inaccurate. Software is pretty bad as well and phone app has limited functionality with weird time displays and sometimes it randomly crashes when I am mid run. Imagine doing a 7 mile hike and then none of it being recorded just because????

Helpful | Report

Tiffany

★★★★★ **Great Fitness Tracker**

Reviewed in the United States on August 17, 2025

Style: Black | **Verified Purchase**

This Health Fitness Tracker is fantastic! It monitors heart rate, blood oxygen, and sleep with great accuracy. The screen is easy to read, and the pedometer keeps me motivated. And works perfectly with both Android and iPhone. Ideal for anyone wanting to track their health and fitness. Highly recommend

Helpful | Report

JB

★☆☆☆☆ **Nothing is accurate.**

Reviewed in the United States on June 1, 2025

Style: Black | **Verified Purchase**

Not sure if it is the watch or the App, but Sleep is wrong, not even close, BP is wrong, too low, Stress is wrong, Steps seem high. O2 is high. So I'm assuming HR is wrong also. Not really sure why I bought this! On top of that, the messages to control my text and contact list won't go away, even though I have it set it up. This thing is more about monitoring your personal information, than giving acurate physical information.

2 people found this helpful

Helpful | Report

Alma Galvan

★★★★★ **Excellent product**

Reviewed in the United States on July 29, 2025

Style: Black | **Verified Purchase**

It's very practical the bracelet is for my husband since he doesn't like watches so much this is perfect for him because it keeps it active it gives him sleep tracking it connected quickly and its bands are comfortable it works perfectly well 👍 its price is worth it

Helpful | Report

Kayla

★★★★★ **Whoop band**

Reviewed in the United States on August 25, 2025

Style: Black | **Verified Purchase**

These work so well. They track literally everything. Easy to use and easy to read. The ban is also so durable.

Helpful | Report

**See more reviews ›**

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List

Become an Amazon Hub Partner

› See More Ways to Make Money

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates